# EXHIBIT E



Filters   Your Languages
Showing **228** reviews that match the filters above ( **Mostly Positive** )





