# EXHIBIT E

12/9/22, 12:00 PM
This game is no longer authorized by the developer.

Case 1:22-cv-01302-LY   Document 2-5   Filed 03/06/23   Page 2 of 6



Filters   Your Languages
Showing **228** reviews that match the filters above ( **Mostly Positive** )

12/9/22, 12:00 PM
This game is no longer authorized by the developer.
Case 1:22-cv-01302-LY   Document 2-5   Filed 03/06/23   Page 4 of 6





12/9/22, 12:00 PM
This game is no longer authorized by the developer.
Case 1:22-cv-01302-LY    Document 2-5    Filed 08/06/23    Page 6 of 6

