# EXHIBIT G

**Copyright** | Public Records System    Home    Recent Records    Recent Searches    Name Directory

Home / Search Results / Detail Record View

[Keyword ▼] [V15013D118]  [Search]    Advanced Search

# Detail record view
## Recordation record V15013D118
Copyright Catalog

◀ Previous          Next ▶

### The Outbound Ghost;computer programReg. TX0009222190.

[Share] [Actions ▼]

| | |
|---|---|
| Document Number | V15013D118 |
| Entire Copyright Document | V15013 D118 P1-16 |
| Type of Document | Recorded Document |
| Registration Number Not Verified | TX0009222190 |
| Date of Recordation | 2023-02-20 |
| Party 1 | Conradical Sarl, |
| | Rue de Ransou 151, Verbier, CHE |
| Party 2 | Digerati Distribution & Marketing LLC, |
| | 7200 Moon Rock Road, Austin, TX, USA |
| Notes | Video Game Licensing Agreement. |
| Title | The Outbound Ghost;computer programReg. TX0009222190. |
| Names | Conradical Sarl |
| | Digerati Distribution & Marketing LLC |

◀ Previous          Next ▶

### Menu
Home
Recent Records
Recent Searches
Name Directory
Help

### Resources
Request Copies
Get a Search Estimate
FAQs

### Contact
Contact Us
Feedback

**Copyright**
U.S. Copyright Office
101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

**DISCLAIMER** This pilot is a demonstration and is not the final version of the Copyright Public Records System (CPRS). The CPRS pilot is intended to evaluate system functionality and identify any changes that should be implemented. This pilot does not replace or supersede the online public catalog or existing search practices established by the U.S. Copyright Office, and the results should not be relied on for legal matters. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work ." For information regarding requests to remove personal information from Copyright Office public records, please refer to Circular 18 "Privacy: Copyright Public Records."

U.S. Copyright Office | Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy

```
Type of Work:         Recorded Document

Document Number:      V15013D118

Date of Recordation:
                      2023-02-20

Entire Copyright Document:
                      V15013 D118 P1-16

Date of Execution: 10Sep21; 10Sep21

Registration Number Not Verified:
                      TX0009222190

Title:                The Outbound Ghost; computer program Reg. TX0009222190.

Notes:                Video Game Licensing Agreement.

Party 1:              Conradical Sarl,

Party 2:              Digerati Distribution & Marketing LLC,

Names:                Conradical Sarl
                      Digerati Distribution & Marketing LLC

================================================================================
```