# EXHIBIT H

**ALMARAN LAW PLLC**
*57 Turner Pl., #2, Brooklyn NY 11218*

# DMCA TAKEDOWN NOTICE

February 15, 2023

**Dawn Dempsey**
Designated Copyright Agent
Valve Corporation
10400 NE 4th Street
Suite 1400
Bellevue, WA 98004
dmca@valvesoftware.com

**Chris Schenk**
Legal Counsel
Valve Corporation
chriss@valvesoftware.com

**Re: The Outbound Ghost - DMCA Takedown Notice**

Dear Chris,

My name is Andrés Arnaldos Montaner and I am legal counsel to Conradical Sàrl (the "Developer") with respect to The Outbound Ghost (the "Video Game"), a video game developed by it, currently being sold through Steam by Digerati Distribution & Marketing, LLC, as publisher ("Digerati"), at the following URL: https://store.steampowered.com/app/1276810/The_Outbound_Ghost/.

The purpose of this communication is to seek the immediate removal of the Video Game's store page from Steam pursuant to Section 512(c) of the Digital Millennium Copyright Act ("DMCA").

The Developer is the creator of the Video Game and has registered its copyright with respect to the Video Game with the U.S. Copyright Office, with registration number TX 9-222-190 (a copy of an unofficial certificate of such registration is attached as **Exhibit A** hereto).

The Developer granted Digerati a license (the "License") to distribute the Video Game pursuant to the Video Game Licensing Agreement by and between the Developer and Digerati dated September 10, 2021 (the "Licensing Agreement").

Due to Digerati's repeated breaches of several material provisions of the Licensing Agreement, and pursuant to such agreement's own terms, the Licensing Agreement and the License have been terminated, and therefore Digerati no longer has any rights to distribute the Video Game through Steam or any other platform. Therefore, any further distribution of the Video Game on behalf of Digerati amounts to an infringement of the Developer's copyright with respect to the Video Game and is prohibited by other applicable intellectual property laws of the United States of America.
Based on the above, on behalf of the Developer, we hereby ask Valve Corporation to remove the Video Game's store page from Steam immediately upon receipt of this notice.

In addition, in line with the instructions set forth on Steam's website, we have completed and submitted the attached form Steam's website. See, https://steamcommunity.com/dmca/create/

If you have any questions, please contact me at andres.arnaldos@almaranlaw.com or (646)580-0804.

I have a good faith belief that the use of the material in the manner complained of above is not authorized by the copyright owner, its agent, or the law. **I attest that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the rights being infringed by the material described above.**

Sincerely,

_____
**Andrés Arnaldos Montaner, Esq.**
Attorney at Law

**Exhibit A**

**Registration Number**

# TX 9-222-190

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
February 09, 2023

## Title

|   |   |
|---|---|
| **Title of Work:** | The Outbound Ghost 1.0 |

## Completion/Publication

|   |   |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | June 13, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

|   |   |
|---|---|
| • **Author:** | Conradical Sarl |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | Switzerland |

## Copyright Claimant

|   |   |
|---|---|
| **Copyright Claimant:** | Conradical Sarl<br>Rue de Ransou 151, Verbier, 1936, Switzerland |

## Limitation of copyright claim

|   |   |
|---|---|
| **Material excluded from this claim:** | computer program |
| **New material included in claim:** | computer program |

## Certification

|   |   |
|---|---|
| **Name:** | Conrad Grindheim |
| **Date**: | February 08, 2023 |
| **Applicant's Tracking Number**: | 163685.00005 |

Page 1 of 1

**ALMARAN LAW PLLC**
*57 Turner Pl., #2, Brooklyn NY 11218*

# DMCA TAKEDOWN NOTICE

February 16, 2023

**Merge Games Ltd.**
The School House
Alderley Rd, Chelford
Macclesfield SK11 9AP
support@mergegames.com

**Re: The Outbound Ghost - DMCA Takedown Notice**

My name is Andrés Arnaldos Montaner and I am legal counsel to Conradical Sàrl (the "Developer") with respect to The Outbound Ghost (the "Video Game"), a video game developed by it, that we understand is currently being sold by Merge Games Ltd. ("Merge Games").

The purpose of this communication is to have Merge Games immediately cease selling the Video Game pursuant to Section 512(c) of the Digital Millennium Copyright Act ("DMCA").

The Developer is the creator of the Video Game and has registered its copyright with respect to the Video Game with the U.S. Copyright Office, with registration number TX 9-222-190 (a copy of an unofficial certificate of such registration is attached as **Exhibit A** hereto).

The Developer granted Digerati a license (the "License") to distribute the Video Game pursuant to the Video Game Licensing Agreement by and between the Developer and Digerati dated September 10, 2021 (the "Licensing Agreement").

Due to Digerati's repeated breaches of several material provisions of the Licensing Agreement, and pursuant to such agreement's own terms, the Licensing Agreement and the License have been terminated, and therefore Digerati no longer has any rights to distribute the Video Game through Merge Games or any other platform or retailer. Therefore, any further distribution of the Video Game on behalf of Digerati amounts to an infringement of the Developer's copyright with respect to the Video Game and is prohibited by other applicable intellectual property laws of the United States of America. Other platforms, such as Steam, have already ceased distributing the Video Game after receiving a similar DMCA takedown notice from us.

Based on the above, on behalf of the Developer, we hereby ask Merge Games to cease selling the Video Game immediately upon receipt of this notice.

If you have any questions, please contact me at andres.arnaldos@almaranlaw.com or (646)580-0804.

I have a good faith belief that the use of the material in the manner complained of above is not authorized by the copyright owner, its agent, or the law. **I attest that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the rights being infringed by the material described above.**

Sincerely,

_____
**Andrés Arnaldos Montaner, Esq.**
Attorney at Law

## Exhibit A

**Registration Number**

# TX 9-222-190

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
February 09, 2023

### Title

Title of Work: The Outbound Ghost 1.0

### Completion/Publication

Year of Completion: 2022
Date of 1st Publication: June 13, 2022
Nation of 1st Publication: United States

### Author

- Author: Conradical Sarl
  Author Created: computer program
  Work made for hire: Yes
  Citizen of: Switzerland

### Copyright Claimant

Copyright Claimant: Conradical Sarl
Rue de Ransou 151, Verbier, 1936, Switzerland

### Limitation of copyright claim

Material excluded from this claim: computer program

New material included in claim: computer program

### Certification

Name: Conrad Grindheim
Date: February 08, 2023
Applicant's Tracking Number: 163685.00005

Page 1 of 1