UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 1:22-cv-1302-LY |
| CONRADICAL SARL and CONRAD GRINDHEIM BORRELL, | § § § | **Jury Trial Demanded** |
| Defendants, | § | |

### Defendant Conradical Sarl's Rule 7.1 Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Conradical Sarl states that it is a Switzerland society with limited responsibility, that it has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

35628783v.1

Dated: March 21, 2023

                                        Respectfully submitted,

                                         _/s/ Arthur Gollwitzer III_

                                        Arthur Gollwitzer III
                                        Texas Bar No. 24073336
                                        agollwitzer@jw.com
                                        JACKSON WALKER LLP
                                        100 Congress Avenue, Suite 1100
                                        Austin, TX 78701
                                        Telephone: 512.236.2268
                                        Facsimile: 512.236.2002

                                        *Attorneys for Defendants/Counterclaim-Plaintiffs Grindheim and Conradical Sarl*

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, hereby certify that on March 21, 2023, I electronically filed the following document:

**Defendant Conradical Sarl's Rule 7.1 Statement**

with the Clerk of the United States District Court for the Western District of Texas, Austin Division, using the CM/ECF system, which will send notification and a copy of this filing to the following counsel of record:

James H. Creedon
Christian Cowart
Creedon PLLC
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel: 972-850-6864
Fax: 972-920-3290
Email:      jhcreedon@creedon.com
            ccowart@creedon.com

*Attorneys for Plaintiff/Counterclaim-Defendant*
*Digerati Distribution & Marketing, LLC*

                                        By:   */s/ Arthur Gollwitzer III*
                                              Arthur Gollwitzer III

35628783v.1