UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONRADICAL SÀRL; and CONRAD GRINDHEIM,<br><br>Defendants.<br><br>CONRADICAL SÀRL; and CONRAD GRINDHEIM,<br><br>Counter Plaintiffs,<br><br>v.<br><br>DIGERATI DISTRIBUTION & MARKETING, LLC; BIG SUGAR LLC; and SARAH ALFIERI,<br><br>Counter Defendants. | Civil Action No. 1:22-cv-1302-LY |

**PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ANSWER**

Plaintiff Digerati Distribution & Marketing LLC respectfully requests that the Court extend Digerati's deadline to file its answer or otherwise respond to the Counterclaim [ECF No. 4] to June 2, 2023, and in support, Digerati states as follows:

**BACKGROUND**

Digerati filed its Complaint on December 9, 2022 [ECF No. 1] and then its First Amended Complaint on March 6, 2023 [ECF No. 2]. On March 21, 2023, Defendants filed their Answer to the First Amended Complaint and their Counterclaim against Counter

– 1 –

Defendants Digerati, Big Sugar LLC, and Sarah Alfieri [ECF No. 4]. Pursuant to Federal Rule of Civil Procedure 12(a), the deadline for Digerati to serve an answer or otherwise respond to the Counterclaim is April 11, 2023. *See* FED. R. CIV. P. 12(a)(1)(B).

## ARGUMENTS & AUTHORITIES

The Court may grant extensions of time prior to the expiration of a deadline for "good cause." FED. R. CIV. P. 6(b). A party satisfies the good-cause standard by showing it cannot meet the deadlines at issue despite acting diligently. *S&W Enters., LLC v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003).

Good cause exists for the Court to grant Digerati's request for a 52-day extension of Digerati's deadline to file a responsive pleading to June 2, 2023. This Motion is Digerati's first request for an extension of this deadline. After conferring, Defendants' counsel indicated that they are not opposed to the deadline for Digerati's responsive pleading being June 2, 2023. Moreover, Digerati is diligently analyzing the allegations, but it needs additional time to investigate the facts and circumstances alleged in the Counterclaim and prepare a response. Further, Digerati seeks the requested extension so that all Counter Defendants will have approximately the same deadline for serving a responsive pleading. This request will not unduly delay these proceedings or cause Counter Plaintiffs any undue hardship.

Digerati believes this approximately 52-day extension would provide a reasonable amount of time for it to diligently prepare its responsive pleading to the Counterclaim. Accordingly, Digerati requests that the Court extend the time for Digerati to file an answer or responsive pleading to the Counterclaim to June 2, 2023.

## CONCLUSION

For the foregoing reasons, Digerati respectfully requests that this Court grant this Motion by ordering that the deadline for Digerati to serve a responsive pleading to the Counterclaim is June 2, 2023.

Dated: April 5, 2023

Respectfully,

*/s/ James H. Creedon*

**JAMES H. CREEDON**
Texas Bar No. 24092299
jhcreedon@creedon.com
**CHRISTIAN COWART**
Texas Bar No. 24105748
ccowart@creedon.com

**CREEDON PLLC**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel: (972) 850-6864
Fax: (972) 920-3290

**COUNSEL FOR PLAINTIFF
DIGERATI DISTRIBUTION &
MARKETING, LLC**

### CERTIFICATE OF CONFERENCE

I hereby certify that, from March 29, 2023 to April 5, 2023, counsel for Plaintiff conferred with Defendants' counsel by e-mail in a good-faith attempt to resolve the relief requested in this Motion, and that Defendants' counsel indicated that they are not opposed to any of the relief requested in this Motion.

_____
**CHRISTIAN COWART**

### CERTIFICATE OF SERVICE

I certify that, on April 5, 2023, the foregoing document has been filed unsealed with the Clerk via the Court's CM/ECF system and served to the following who are deemed to have consented to electronic service via the Court's NEF system or the registered users' e-mail accounts per Rule 5(b), Local Rule CV-5(a), and Electronic Filing Procedures § 14(a):

| | | |
|---|---|---|
| **Arthur Gollwitzer , III**<br>JACKSON WALKER LLP<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701<br>agollwitzer@jw.com | *representing* | **Conradical Sarl**<br>(*Defendant & Counter Plaintiff*)<br><br>**Conrad Grindheim**<br>(*Defendant & Counter Plaintiff*) |

_____
**CHRISTIAN COWART**