UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DIGERATI DISTRIBUTION &
MARKETING, LLC,

               Plaintiff,

    v.

CONRADICAL SÀRL; and
CONRAD GRINDHEIM,

               Defendants.

———————————————

CONRADICAL SÀRL; and
CONRAD GRINDHEIM,

               Counter Plaintiffs,

    v.

DIGERATI DISTRIBUTION &
MARKETING, LLC; BIG SUGAR LLC; and
SARAH ALFIERI,

               Counter Defendants.

Civil Action No. 1:22-cv-1302-LY

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Answer [ECF No. 10]. The Court, having reviewed the Motion, finds that good cause has been shown and GRANTS the Motion. Therefore, the deadline for Digerati to serve a responsive pleading to the Counterclaim [ECF No. 4] is **June 2, 2023**.

    SIGNED:    _____

                        _____

                        LEE YEAKEL
                        UNITED STATES DISTRICT JUDGE