UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONRADICAL SÀRL; and CONRAD GRINDHEIM,<br><br>Defendants. | Civil Action No. 1:22-cv-1302-LY |
| CONRADICAL SÀRL; and CONRAD GRINDHEIM,<br><br>Counter Plaintiffs,<br><br>v.<br><br>DIGERATI DISTRIBUTION & MARKETING, LLC; BIG SUGAR LLC; and SARAH ALFIERI,<br><br>Counter Defendants. | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Answer [ECF No. 10]. The Court, having reviewed the Motion, finds that good cause has been shown and GRANTS the Motion. Therefore, the deadline for Digerati to serve a responsive pleading to the Counterclaim [ECF No. 4] is **June 2, 2023**.

SIGNED: *April 6, 2023*

LEE YEAKEL
UNITED STATES DISTRICT JUDGE