UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CONRADICAL SÀRL; and CONRAD GRINDHEIM, <br><br> Defendants and Counter Plaintiffs, <br><br> v. <br><br> DIGERATI DISTRIBUTION & MARKETING, LLC; BIG SUGAR LLC; and SARAH ALFIERI, <br><br> Counter Defendants. | Civil Action No. 1:22-cv-1302-LY |

**PLAINTIFF'S APPENDIX IN
SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

---

JAMES H. CREEDON
Texas Bar No. 24092299
jhcreedon@creedon.com
CHRISTIAN COWART
Texas Bar No. 24105748
ccowart@creedon.com

CREEDON PLLC
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel.: (972) 850-6864
Fax: (972) 920-3290

*Counsel for Plaintiff*
*DIGERATI DISTRIBUTION & MARKETING, LLC*

Dated:  June 14, 2023

Pursuant to Local Rule CV-7(C)(1), Plaintiff Digerati Distribution & Marketing, LLC submits this Appendix in Support of its Motion for Preliminary Injunction which includes the following declarations and other documents supporting the relied upon facts:

## Appendix of Exhibits

| Ex. | Description | App. Pages |
|---|---|---|
| **A** | **Declaration of S. Alfieri** | **1–8** |
| A-1 | Licensing Agreement | 9–25 |
| A-2 | Copyright Registration | 26–29 |
| A-3 | Copyright Assignment | 30–33 |
| **B** | **Declaration of T. Ilsley** | **34–41** |
| B-1 | Summary & Copies of Payments | 42–63 |
| B-2 | Summary & Copies of Quarterly Revenue Share Statements | 64–70 |
| B-3 | Summary & Copies of Sales Reports | 71–143 |
| **C** | **Declaration of A. Dennis** | **144–155** |
| C-1 | Modified Steam Page | 156–161 |
| C-2 | Initial DMCA to Nintendo | 162–165 |
| C-3 | Compilation of DMCA Takedown Notifications | 166–194 |
| C-4 | Compilation of Responsive DMCA Counter Notifications | 195–211 |
| C-5 | Compilation of Reply DMCA Takedown Notifications | 212–221 |
| C-6 | Compilation of Twitter Misstatements | 222–229 |
| C-7 | Personal Twitter Account | 230–234 |
| C-8 | NintendoLife Article re: The Outbound Ghost Dev Complaints and Steam Page Edits | 235–252 |
| C-9 | Slack Message re: Super Rare Games's Copy of Defendants' Video Script | 253–254 |

| Ex. | DESCRIPTION | APP. PAGES |
|---|---|---|
| C-10 | Slack Messages re: Testing *The Outbound Ghost* | 255–260 |
| C-11 | E-mail re: Payment of Q4 2022 Revenue Share | 261–262 |
| C-12 | Rock Paper Shotgun Article re: Outbound Ghost Devs DMCA Strike | 263–269 |
| C-13 | Tweets re: Consumer's Near Flawless Review | 270–272 |
| C-14 | Steam Reviews re: The Outbound Ghost as of March 10, 2023 | 273–293 |
| **D** | **Declaration of S. Hibbler** | **294–301** |

Dated:   June 14, 2023                    Respectfully,

_____

**JAMES H. CREEDON**
Texas Bar No. 24092299
jhcreedon@creedon.com
**CHRISTIAN COWART**
Texas Bar No. 24105748
ccowart@creedon.com

**CREEDON PLLC**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel:     (972) 850-6864
Fax:     (972) 920-3290

**COUNSEL FOR PLAINTIFF &
COUNTER DEFENDANTS**

### CERTIFICATE OF SERVICE

I certify that, on June 14, 2023, the foregoing document has been filed unsealed with the Clerk via the Court's CM/ECF system and served to the following who are deemed to have consented to electronic service via the Court's NEF system or the registered users' e-mail accounts per Rule 5(b), Local Rule CV-5(a), and Electronic Filing Procedures § 14(a):

**Arthur Gollwitzer , III**
JACKSON WALKER LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701
agollwitzer@jw.com

*representing*

**Conradical Sarl**
(*Defendant & Counter Plaintiff*)

**Conrad Grindheim**
(*Defendant & Counter Plaintiff*)

**CHRISTIAN COWART**