# EXHIBIT A-2

Pl.'s App. 026

**Registration #:** TX0009222190
**Service Request #:** 1-12214474351

Jackson Walker LLP
Chandler Stephens
2323 Ross Ave
Suite 600
Dallas, TX 75201 United States

DIGERATI_000422

Pl.'s App. 027

**Registration Number**

# TX 9-222-190

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
February 09, 2023

## Title

    **Title of Work:** The Outbound Ghost 1.0

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** June 13, 2022
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Conradical Sarl
    **Author Created:** computer program
    **Work made for hire:** Yes
    **Citizen of:** Switzerland

## Copyright Claimant

    **Copyright Claimant:** Conradical Sarl
    Rue de Ransou 151, Verbier, 1936, Switzerland

## Limitation of copyright claim

    **Material excluded from this claim:** computer program

    **New material included in claim:** computer program

## Certification

    **Name:** Conrad Grindheim
    **Date**: February 08, 2023
    **Applicant's Tracking Number**: 163685.00005

**Correspondence:**   Yes