# EXHIBIT B-1

Pl.'s App. 042

| Description | Date | Amount | Bates |
|---|---|---|---|
| **Advance re The Outbound Ghost** | 10/28/2021 | $5,500.00 | DIGERATI_000034 |
| **Advance re The Outbound Ghost** | 12/1/2021 | $5,500.00 | DIGERATI_000036 |
| **Advance re The Outbound Ghost** | 12/22/2021 | $5,572.63 | DIGERATI_000037 |
| **Advance re The Outbound Ghost** | 2/16/2022 | $5,000.00 | DIGERATI_000038 |
| **Advance re The Outbound Ghost** | 2/17/2022 | $500.00 | DIGERATI_000039 |
| **Advance re The Outbound Ghost** | 2/28/2022 | $5,500.00 | DIGERATI_000040 |
| **Advance re The Outbound Ghost** | 3/30/2022 | $5,500.00 | DIGERATI_000041 |
| **Advance re The Outbound Ghost** | 5/5/2022 | $5,500.00 | DIGERATI_000042 |
| **Advance re The Outbound Ghost** | 6/6/2022 | $5,500.00 | DIGERATI_000044 |
| **Advance re The Outbound Ghost** | 7/7/2022 | $5,500.00 | DIGERATI_000045 |
| **Advance re The Outbound Ghost** | 8/15/2022 | $5,500.00 | DIGERATI_000046 |
| **Monthly Advance Payment** | 11/29/2022 | $5,500.00 | DIGERATI_000047 |
| **Final Advance Payment** | 11/30/2022 | $5,500.00 | DIGERATI_000048 |
| **Localization** | 11/2/2022 | € 10,411.50 | DIGERATI_000392 |
| **Localization** | 12/1/2022 | € 333.22 | DIGERATI_000393 |
| **Porting** | 12/14/2022 | $30,000.00 | DIGERATI_000049 |
| **Q4 2022 Royalties** | 2/17/2023 | $37,224.01 | DIGERATI_000050 |
| **Q1 2023 Royalties (Delayed)** | 5/15/2023 | $30,102.73 | DIGERATI_000051-DIGERATI_000053 |
| **Total** | | **$174,144.09** | |

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 25174394 | CONRADICAL SARL | 5,500.00 USD | Oct 28, 2021 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | |

## Payment message

{1:F21COFXUS66AXXX1553119223}{4:{177:2110280450}{451:0}{108:MT103}} {1:F01COFXUS66AXXX1553119223}{2:
I103FTBCUS3CXXXXN}{3:{108:MT103}{121:8c53977d-1ce3-4f41-bd5a-c2acbca206a7}}{4: :20:PR5925174394RP :2 3B:CRED
:32A:211028USD5500,00 :33B:USD5500,00 :50F:/645648 1/DIGERATI DISTRIBUTION AND 1/MARKETING L LC 2/2000 Kinney Avenue
Austin 3/US/Austin,Texas,78704 :52A:COFXUS66XXX :53B:/07028958937 :57A:UBSWC HZH80A :59F:/CH270026426413073960K
1/CONRADICAL SARL 2/Rue de Ransou, 187 3/CH/Verbier,1936 :70:Adva nce re Outbound Ghost :71A:OUR -
}{5:{MAC:00000000}{CHK:75DFF8D6CD10}}

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving
credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint
regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar
Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money
Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

**DIGERATI_000034**

**Pl.'s App. 044**

# Proof of Payment



**moneycorp**

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 25542034 | CONRADICAL SARL | 5,500.00 USD | Dec 01, 2021 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | |

## Payment message

{1:F21COFXUS66AXXX1598125510}{4:{177:2112010925}{451:0}{108:MT103}} {1:F01COFXUS66AXXX1598125510}{2: I103FTBCUS3CXXXXN}{3:{108:MT103}{121:85d2047b-137a-4cce-88be-9576d605a91b}}{4: :20:PR3525542034RP :2 3B:CRED :32A:211201USD5500,00 :33B:USD5500,00 :50F:/645648 1/DIGERATI DISTRIBUTION AND 1/MARKETING L LC 2/2000 Kinney Avenue Austin,Texas,78704 :52A:COFXUS66XXX :53B:/07028958937 :56A://FW0 26007993 UBSWUS33PID :57A:UBSWCHZH80A :59F:/CH270026426413073960K 1/CONRADICAL SARL 2/Rue de Ransou, 187 3/CH/Verbier,1936 :70:Advance re November re The Outbound Ghost :71A:OUR -}{5:{MAC:00000000}{CH K:6E6B7B56B82A}}

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

**DIGERATI_000036**

**Pl.'s App. 045**

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 25750816 | CONRADICAL SARL | 5,572.63 USD | Dec 22, 2021 |

## Beneficiary details:

Name:                              CONRADICAL SARL
Bank:                              UBS Switzerland AG
IBAN:                              *****************960K
Routing/SWIFT/BankCode:            UBSWCHZH80A
Beneficiary Reference:

## Payment message

{1:F21COFXUS66AXXX1623130571}{4:{177:2112220616}{451:0}{108:MT103}} {1:F01COFXUS66AXXX1623130571}{2:
I103FTBCUS3CXXXXN}{3:{108:MT103}{121:611d5acd-4bea-4068-a7cf-bed6caf12835}}{4: :20:PR3525750816RP :2 3B:CRED
:32A:211222USD5572,63 :33B:USD5572,63 :50F:/645648 1/DIGERATI DISTRIBUTION AND 1/MARKETING L LC 2/2000 Kinney Avenue
Austin,Texas,78704 :52A:COFXUS66XXX :53B:/07028958937 :56A://FW0 26007993 UBSWUS33PID :57A:UBSWCHZH80A
:59F:/CH270026426413073960K 1/CONRADICAL SARL 2/Rue de Ransou, 187 3/CH/Verbier,1936 :70:Ourbound Ghost advance plus
contoller reimburse :71A:OUR -}{5:{MAC:000000 00}{CHK:673169A08530}}

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving
credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint
regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar
Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money
Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

DIGERATI_000037

Pl.'s App. 046

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 26285708 | CONRADICAL SARL | 5,000.00 USD | Feb 16, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | |
| Unique End-to-end Transaction Reference (UETR): | 7a7819ca-0a7f-4350-9138-f9fcc98c7716 |

## Payment message

{1:F21COFXUS66AXXX1686140933}{4:{177:2202160735}{451:0}{108:MT103}} {1:F01COFXUS66AXXX1686140933}{2:
I103FTBCUS3CXXXXN}{3:{108:MT103}{121:7a7819ca-0a7f-4350-9138-f9fcc98c7716}}{4: :20:PR5226285708RP :2 3B:CRED
:32A:220216USD5000,00 :33B:USD5000,00 :50F:/645648 1/DIGERATI DISTRIBUTION AND 1/MARKETING L LC 2/2000 Kinney Avenue
Austin 3/US/Austin,Texas,78704 :52A:COFXUS66XXX :53B:/07028958937 :56A://FW0 26007993 UBSWUS33PID :57A:UBSWCHZH80A
:59F:/CH270026426413073960K 1/CONRADICAL SARL 2/Rue de Ransou, 187 3/CH/Verbier,1936 :70:Milestone advance re The
Outbound Ghost (re Jan) :71A:OUR -}{5:{MAC:00000 000}{CHK:339187FB35DC}}

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

**DIGERATI_000038**

**Pl.'s App. 047**

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 26298049 | CONRADICAL SARL | 500.00 USD | Feb 17, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | |
| Unique End-to-end Transaction Reference (UETR): | 2cc7665f-991f-4ebf-8c61-d1998944ba14 |

## Payment message

{1:F21COFXUS66AXXX1687141134}{4:{177:2202170436}{451:0}{108:MT103}} {1:F01COFXUS66AXXX1687141134}{2:
I103FTBCUS3CXXXXN}{3:{108:MT103}{121:2cc7665f-991f-4ebf-8c61-d1998944ba14}}{4: :20:PR4026298049RP :2 3B:CRED
:32A:220217USD500,00 :33B:USD500,00 :50F:/645648 1/DIGERATI DISTRIBUTION AND 1/MARKETING LLC 2/2000 Kinney Avenue
Austin 3/US/Austin,Texas,78704 :52A:COFXUS66XXX :53B:/07028958937 :56A://FW026 007993 UBSWUS33PID :57A:UBSWCHZH80A
:59F:/CH270026426413073960K 1/CONRADICAL SARL 2/Rue de Ransou, 1 87 3/CH/Verbier,1936 :70:Shortfall re previous pmt re Jan
:71A:OUR -}{5:{MAC:00000000}{CHK:D7E9C0D2B 5B1}}

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

**DIGERATI_000039**

**Pl.'s App. 048**

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 26388880 | CONRADICAL SARL | 5,500.00 USD | Feb 28, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | |
| Unique End-to-end Transaction Reference (UETR): | 360dda89-e0bf-4100-88e8-cdda7f175e86 |

## Payment message

{1:F21COFXUS66AXXX1702142918}{4:{177:2202280435}{451:0}{108:MT103}} {1:F01COFXUS66AXXX1702142918}{2:
I103FTBCUS3CXXXXN}{3:{108:MT103}{121:360dda89-e0bf-4100-88e8-cdda7f175e86}}{4: :20:PR8626388880RP :2 3B:CRED
:32A:220228USD5500,00 :33B:USD5500,00 :50F:/645648 1/DIGERATI DISTRIBUTION AND 1/MARKETING L LC 2/2000 Kinney Avenue
Austin 3/US/Austin,Texas,78704 :52A:COFXUS66XXX :53B:/07028958937 :56A://FW0 26007993 UBSWUS33PID :57A:UBSWCHZH80A
:59F:/CH270026426413073960K 1/CONRADICAL SARL 2/Rue de Ransou, 187 3/CH/Verbier,1936 :70:The Outbound Ghost advance re
February :71A:OUR -}{5:{MAC:00000000}{CHK:2 112B572E1F9}}

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 26716004 | CONRADICAL SARL | 5,500.00 USD | Mar 30, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | |
| Unique End-to-end Transaction Reference (UETR): | 4f1dd2b4-4ee8-41d9-9c73-c8eb393a7913 |

## Payment message

{1:F21COFXUS66AXXX1735150019}{4:{177:2203300436}{451:0}{108:MT103}} {1:F01COFXUS66AXXX1735150019}{2:
I103FTBCUS3CXXXXN}{3:{108:MT103}{121:4f1dd2b4-4ee8-41d9-9c73-c8eb393a7913}}{4: :20:PR5926716004RP :2 3B:CRED
:32A:220330USD5500,00 :33B:USD5500,00 :50F:/645648 1/DIGERATI DISTRIBUTION AND 1/MARKETING L LC 2/2000 Kinney Avenue
Austin 3/US/Austin,Texas,78704 :52A:COFXUS66XXX :53B:/07028958937 :56A://FW0 26007993 UBSWUS33PID :57A:UBSWCHZH80A
:59F:/CH270026426413073960K 1/CONRADICAL SARL 2/Rue de Ransou, 187 3/CH/Verbier,1936 :70:Advance re Outbound Ghost
:71A:OUR -}{5:{MAC:00000000}{CHK:E93FF0EF1268}}

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

# Beneficiary Confirmation



1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 27090716 | CONRADICAL SARL | 5,500.00 USD | May 05, 2022 |

## Beneficiary details

| | |
|---|---|
| Name | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Beneficiary Address: | Rue de Ransou, 187,Verbier,,1936,Switzerland |
| Routing/SWIFT/Bank Code: | UBSWCHZH80A |
| Beneficiary reference: | Advance re The Outbound Ghost |

*Beneficiary may receive less due to fees charged by the Beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

# Proof of Payment



**money**corp

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 27402502 | CONRADICAL SARL | 5,500.00 USD | Jun 06, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | |
| Unique End-to-end Transaction Reference (UETR): | 8e987633-3d10-4a8c-bf3a-28cfef021cee |

## Payment message

{1:F21COFXUS66AXXX1809164114}{4:{177:2206060436}{451:0}{108:MT103}} {1:F01COFXUS66AXXX1809164114}{2:
I103FTBCUS3CXXXXN}{3:{108:MT103}{121:8e987633-3d10-4a8c-bf3a-28cfef021cee}}{4: :20:PR5227402502RP :2 3B:CRED
:32A:220606USD5500,00 :33B:USD5500,00 :50F:/645648 1/DIGERATI DISTRIBUTION AND 1/MARKETING L LC 2/2000 Kinney Avenue
Austin 3/US/Austin,Texas,78704 :52A:COFXUS66XXX :53B:/07028958937 :56A://FW0 26007993 UBSWUS33XXX :57A:UBSWCHZH80A
:59F:/CH270026426413073960K 1/CONRADICAL SARL 2/Rue de Ransou, 187 3/CH/Verbier,1936 :70:Advance re The Outbound Ghost
:71A:OUR -}{5:{MAC:00000000}{CHK:E2677CE60A A9}}

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 27747997 | CONRADICAL SARL | 5,500.00 USD | Jul 07, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | Advance re The Outbound Ghost |

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 28142561 | CONRADICAL SARL | 5,500.00 USD | Aug 15, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | Advance re The Outbound Ghost |
| Unique End-to-end Transaction Reference (UETR): | fa2cddb2-88c3-4521-9073-31dc20555bfe |

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

DIGERATI_000046

Pl.'s App. 054

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 29203134 | CONRADICAL SARL | 5,500.00 USD | Nov 29, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | Monthly advance payment (penultimate amount) |
| Unique End-to-end Transaction Reference (UETR): | a97c195f-9c0b-4e75-a0ad-7329b651e987 |

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

2000 Kinney Avenue,
Austin, Texas
78704

1 Park Row, Suite 403
Providence, RI 02903
Tel: 800-239-2389

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 29217652 | CONRADICAL SARL | 5,500.00 USD | Nov 30, 2022 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | The Outbound Ghost - final advance payment |
| Unique End-to-end Transaction Reference (UETR): | bc9d2e40-ab78-49c9-90ce-37182e8fb169 |

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/



**Locadile**

Menadostraat 26, 3532 SM Utrecht, Netherlands

www.locadile.de / office@locadile.de

# INVOICE

| Invoice No: | LD_Digerati Distribution_05 | Invoice Date: | November 02, 2022 |
|---|---|---|---|

**To:**

**Digerati Distribution and Marketing LLC,**

7200 Moon Rock Rd, Austin, TX, 78739, United States

| Project | Lang. | Volume | Sum |
|---|---|---|---|
| The Outbound Ghost | fr-FR | Translation (EUR 0,11): 11731 words | €1.290,41 |
| The Outbound Ghost | fr-FR | Translation (EUR 0,11): 13769 words | €1.514,59 |
| The Outbound Ghost | de-DE | Translation (EUR 0,11): 11731 words | €1.290,41 |
| The Outbound Ghost | de-DE | Translation (EUR 0,11): 13769 words | €1.514,59 |
| The Outbound Ghost | es-ES | Translation (EUR 0,11): 11731 words | €1.290,41 |
| The Outbound Ghost | es-ES | Translation (EUR 0,11): 13769 words | €1.514,59 |
| The Outbound Ghost batch 2 | de-DE | Translation (EUR 0,11): 5366 words | €590,26 |
| The Outbound Ghost batch 2 | fr-FR | Translation (EUR 0,11): 5366 words | €590,26 |
| The Outbound Ghost batch 2 | es-ES | Translation (EUR 0,11): 5366 words | €590,26 |
| The Outbound Ghost batch 3 | de-DE | Translation (EUR 0,11): 684 words | €75,24 |
| The Outbound Ghost batch 3 | fr-FR | Translation (EUR 0,11): 684 words | €75,24 |
| The Outbound Ghost batch 3 | es-ES | Translation (EUR 0,11): 684 words | €75,24 |
| | | **TOTAL** | **€10.411,50** |

**Account information:**

| | |
|---|---|
| Bank: | ABN AMRO |
| Bank address: | Neude 4, 3512 AD Utrecht, Netherlands |
| Account name: | Locadile |
| IBAN: | NL53 ABNA 0877 8239 01 |
| BIC: | ABNANL2A |
| Payment due: | December 02, 2022 |

DIGERATI_000392

Pl.'s App. 057



**Locadile**
Menadostraat 26, 3532 SM Utrecht, Netherlands
www.locadile.de / office@locadile.de

# INVOICE

| Invoice No: | LD_Digerati Distribution_06 | Invoice Date: | December 01, 2022 |
|---|---|---|---|

**To:** **Digerati Distribution and Marketing LLC,**
7200 Moon Rock Rd, Austin, TX, 78739, United States

| Project | Lang. | Volume | Sum |
|---|---|---|---|
| TOBG_Remaining_Localization | de-DE | Translation (EUR 0,11): 543 words | €59,73 |
| TOBG_Remaining_Localization | es-ES | Translation (EUR 0,11): 543 words | €59,73 |
| TOBG_Remaining_Localization | fr-FR | Translation (EUR 0,11): 543 words | €59,73 |
| TOBG_Store text | fi-FI | Translation (EUR 0,13): 211 words | €27,43 |
| TOBG_Store text | fr-CA | Translation (EUR 0,11): 211 words | €23,21 |
| TOBG_Store text | nl-NL | Translation (EUR 0,12): 211 words | €25,32 |
| TOBG_Store text | nb-NO | Translation (EUR 0,13): 211 words | €27,43 |
| TOBG_Store text | pt-PT | Translation (EUR 0,11): 211 words | €23,21 |
| TOBG_Store text | sv-SE | Translation (EUR 0,13): 211 words | €27,43 |
| Terror of Hemasaurus | ███ | ███ | ███ |
| Terror of Hemasaurus | ███ | ███ | |
| Terror of Hemasaurus | ███ | ███ | |
| Terror of Hemasaurus | | ███ | |
| Terror of Hemasaurus | | ███ | |
| Terror of Hemasaurus | ███ | ███ | |
| Terror of Hemasaurus | ███ | ███ | ███ |
| | | **TOTAL** | ███ |

**Account information:**

| | |
|---|---|
| Bank: | ABN AMRO |
| Bank address: | Neude 4, 3512 AD Utrecht, Netherlands |
| Account name: | Locadile |
| IBAN: | NL53 ABNA 0877 8239 01 |
| BIC: | ABNANL2A |
| Payment due: | January 01, 2023 |

DIGERATI_000393

Pl.'s App. 058



# Invoice

Date: December/14/2022

Desarrollo Bromio SC
RFC DBR130506FB7
Boulevard del Valle 2808, Col. Valle del Ángel.
Puebla, Puebla, 72040, México
+52 222 583 0341
info@bromio.com.mx

**RECEIPT - ALREADY PAID IN FULL**

Bill To

DIGERATI DISTRIBUTION AND MARKETING LLC
EIN 46-2742567
2000 KINNEY AVE., AUSTIN, TX 78704,
UNITED STATES OF AMERICA.

| Description | Amount |
|---|---|
| Porting and QA services – June 2022 through November 2022 | $30,000.00 USD |
| | **TOTAL $30,000.00 USD** |

## Bank Information

**Bank:** Banco Santander (México), S.A.

**Beneficiary:** Desarrollo Bromio S C

**Account Number:** 92-00186776-9

**CLABE:** 014650920018677695

**SWIFT:** BMSXMXMM BANCO SANTANDER, S.A.

**Bank Branch:** 5403, Plaza San Pedro.

**Address:** Boulevard del Valle 2808, Col. Valle del Ángel. Puebla, Puebla. C.P. 72040.



bromio.com.mx     facebook.com/BromioMx     Del Valle 2808, Valle del Ángel, 72040 Puebla, Pue.
info@bromio.com.mx     @BromioDev     (222) 5830341     **DIGERATI_000049**

Pl.'s App. 059

# Proof of Payment



## Client

DIGERATI DISTRIBUTION AND MARKETING LLC

7200 Moon Rock Rd,
Austin, Texas
78739

1 Park Row, Suite 403
Providence, RI 02903
USA: 800-239-2389
Canada : 888-822-8131

## Payment details

| Payment ID | Beneficiary name | Payment amount* | Value date** |
|---|---|---|---|
| 29975909 | CONRADICAL SARL | 37,224.01 USD | Feb 17, 2023 |

## Beneficiary details:

| | |
|---|---|
| Name: | CONRADICAL SARL |
| Bank: | UBS Switzerland AG |
| IBAN: | *****************960K |
| Routing/SWIFT/BankCode: | UBSWCHZH80A |
| Beneficiary Reference: | The Outbound Ghost royalties re Q4 2022 |
| Unique End-to-end Transaction Reference (UETR): | 52353367-5f6a-463c-ad14-b95e3fb3a0ae |

*Beneficiary may receive less due to fees charged by the beneficiaries bank and foreign taxes.

**The delivery date specified above is the date that we expect the beneficiary's bank to receive these funds. The beneficiary may be delayed in receiving credit for reasons outside of our control.

If you have a complaint, first contact the consumer assistance division of Moneycorp US Inc. at 800-239-2389. If you still have an unresolved complaint regarding the company's money transmission or currency exchange activity, please direct your compliant to: Texas Department of Banking, 2601 N. Lamar Blvd, Austin, Texas 78705, 1-877-276-5554 (toll free), http://www.dob.texas.gov/.

Moneycorp US Inc. is a Rhode Island licensed currency transmitter and check seller, license no. 20203947CT. We are also licensed in Texas as a Money Transmitter, license no. 3153. For more information about how we are regulated, please visit - www.moneycorp.com/en-us/legal/compliance/

**DIGERATI_000050**

**Pl.'s App. 060**

| | |
|---|---|
| **From:** | Digerati Distribution & Marketing |
| **To:** | conrad@conradicalgames.com |
| **Cc:** | agollwitzer@jw.com; ccowart@creedon.com |
| **Subject:** | The Outbound Ghost Q1 2023 Royalties |
| **Date:** | Monday, May 15, 2023 1:52:00 PM |
| **Attachments:** | Letter to Conradical re Notice Election.pdf |
| | Conradical Sarl - Q1 2023.pdf |

Dear Conrad

Please see the attached.


Sincerely


**ANDY DENNIS**
HEAD OF FINANCE / ACTING CEO
DIGERATI DISTRIBUTION AND MARKETING LLC

DIGERATI_000051

Pl.'s App. 061



7200 Moon Rock Rd
Austin
TX 78739
United States

May 15 2023

Conradical Sarl:

Digerati Distribution & Marketing LLC provides You with notice of its election to delay all payment of Revenue Share for Q1 2023 during such time that You are in breach of Your obligations under the Licensing Agreement pursuant to Part 1(c)(i) of Exhibit C to the Licensing Agreement.

Attached is a copy of the Delayed Payment that has been set aside and will be paid at such time that You are not in breach of any of Your obligations.

Sincerely

Digerati Distribution & Marketing LLC

cc. Arthur Gollwitzer III, Jackson Walker LLP
    Christian Cowart, Creedon PLLC

DIGERATI_000052

Pl.'s App. 062

 **Creedon**

# FUNDS REQUEST

Funds Request # 5840
Date: 05/12/2023
Due Upon Receipt

## Creedon PLLC

5 Cowboys Way, Suite 300
Frisco, TX 75034
Phone: 972-850-6864
www.creedon.com

Digerati Distribution & Marketing
7200 Moon Rock Road
Austin, TX 78739-2232

## Digerati Funds for Delayed Revenue Share Payment (Conradical Sàrl)

### Funds Request

Delayed Payment — Q1 2023

| | |
|---|---:|
| **Total** | **$30,102.73** |
| **Payment (05/12/2023)** | **-$30,102.73** |
| **Funds Request Amount Required** | **$0.00** |

| Account | Balance |
|---|---:|
| IOLTA Balance | $30,102.73 |
| **Total Account Balance** | **$30,102.73** |

Please make all amounts payable to: Creedon PLLC

DIGERATI_000053

Pl.'s App. 063