# EXHIBIT B-2

Pl.'s App. 064

| Quarter | Revenue Period | Platform | Sales Period | Net Royalty | Bates |
|---|---|---|---|---|---|
| 2022 Q4 | Oct-22 | Soft Source | Oct-22 | $20,000.00 | |
| 2022 Q4 | Oct-22 | Merge | Oct-22 | $30,000.00 | |
| 2022 Q4 | Oct-22 | Fanatical | Sep-22 | $306.39 | |
| 2022 Q4 | Oct-22 | Steam | Sep-22 | $75,205.59 | |
| 2022 Q4 | Oct-22 | Epic | Sep-22 | $239.03 | |
| 2022 Q4 | Nov-22 | GOG | Sep-22 | $580.03 | |
| 2022 Q4 | Nov-22 | Steam | Oct-22 | $10,474.44 | |
| 2022 Q4 | Nov-22 | Steam | Oct-22 | $88.02 | DIGERATI_000030-DIGERATI_000031 |
| 2022 Q4 | Nov-22 | Humble | Sep-22 | $104.12 | |
| 2022 Q4 | Nov-22 | Humble | Oct-22 | $299.23 | |
| 2022 Q4 | Nov-22 | Greenman | Sep-22 | $3,160.02 | |
| 2022 Q4 | Nov-22 | Epic | Oct-22 | $113.26 | |
| 2022 Q4 | Dec-22 | Sony Europe | Nov-22 | $720.65 | |
| 2022 Q4 | Dec-22 | Steam | Nov-22 | $3,386.34 | |
| 2022 Q4 | Dec-22 | Sony America | Nov-22 | $1,638.43 | |
| 2022 Q4 | Dec-22 | Humble | Nov-22 | $132.46 | |
| **Total 2022 Q4** | | | | **$146,448.01** | |
| 2023 Q1 | Jan-23 | Greenman Gaming | Oct-22 | $1,632.23 | |
| 2023 Q1 | Jan-23 | Sony Europe | Dec-22 | $2,022.76 | |
| 2023 Q1 | Jan-23 | Nintendo Switch | Dec-22 | $33,046.90 | |
| 2023 Q1 | Jan-23 | Steam | Dec-22 | $4,306.52 | |
| 2023 Q1 | Jan-23 | Sony America | Dec-22 | $7,780.58 | |
| 2023 Q1 | Jan-23 | Epic | Dec-22 | $236.03 | |
| 2023 Q1 | Jan-23 | Fanatical | Oct-22 | $71.52 | |
| 2023 Q1 | Jan-23 | Fanatical | Nov-22 | $60.88 | |
| 2023 Q1 | Jan-23 | Fanatical | Dec-22 | $293.52 | |
| 2023 Q1 | Feb-23 | GOG | Q4 2022 | $458.05 | |
| 2023 Q1 | Feb-23 | Nintendo Switch | Jan-23 | $3,152.18 | DIGERATI_000032-DIGERATI_000033 |
| 2023 Q1 | Feb-23 | Steam | Jan-23 | $936.77 | |
| 2023 Q1 | Feb-23 | Sony Europe | Jan-23 | $305.03 | |
| 2023 Q1 | Feb-23 | Epic | Jan-23 | $96.98 | |
| 2023 Q1 | Feb-23 | Sony America | Jan-23 | $1,013.87 | |
| 2023 Q1 | Mar-23 | Nintendo Switch | Feb-23 | $2,128.33 | |
| 2023 Q1 | Mar-23 | Sony Europe | Feb-23 | $385.02 | |
| 2023 Q1 | Mar-23 | Steam | Feb-23 | $75.99 | |
| 2023 Q1 | Mar-23 | Humble | Dec-22 | $118.83 | |
| 2023 Q1 | Mar-23 | Humble | Jan-23 | $0.00 | |
| 2023 Q1 | Mar-23 | Humble | Feb-23 | $106.95 | |
| 2023 Q1 | Mar-23 | Sony America | Feb-23 | $1,976.41 | |
| **Total 2023 Q1** | | | | **$60,205.35** | |

| Period | Net Revenue | DRP Gross | During Recouping Period | | ARP Gross | After Recouping Period | | Digerati Total | Conradical Total | Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Digerati 80% Revenue Share | Conradical 20% Revenue Share | | Digerati 50% Revenue Share | Conradical 50% Revenue Share | | | |
| Q4 2022 | $146,448.01 | $120,000.00 | $96,000.00 | $24,000.00 | $26,448.01 | $13,224.01 | $13,224.01 | $109,224.01 | $37,224.01 | DIGERATI_000030-DIGERATI_000031 |
| Q1 2023 | $60,205.35 | 0 | $0.00 | $0.00 | $60,205.35 | $30,102.68 | $30,102.68 | $30,102.68 | $30,102.68 | DIGERATI_000032-DIGERATI_000033 |



7200 Moon Rock Rd
Austin
TX 78739

## The Outbound Ghost Sales Royalty Report for Q4 2022
### (reported according to when royalties were received by Digerati)

|  | Sales Platform | Units Sold | Gross Sales ($ unless stated) | Net Royalty Received from Platform ($) | Digerati Royalty Share ($) | Developer Royalty Share ($) |
|---|---|---|---|---|---|---|
| **Q4 2022** | | | | | | |
| **Oct** | | | | | | |
| | **Soft Source Pte Ltd (Maxsoft) (contingent on launch)** | MG pmt | 20,000.00 | 20,000.00 | 16,000.00 | 4,000.00* |
| | **Merge Games** | MG pmt | 30,000.00 | 30,000.00 | 24,000.00 | 6,000.00* |
| | **Fanatical (Sep sales)** | 29 | 456.18 | 306.39 | 245.11 | 61.28* |
| | **Steam (Sep sales)** | 8055 | 123,198.91 | 75,205.59 | see below | see below |
| | | | of which | 69,693.61 | 55,754.89 | 13,938.72* |
| | | | and | 5,511.98 | 2,755.99 | 2,755.99 |
| | **Epic (Sep sales)** | not reported | not reported | 239.03 | 119.52 | 119.52 |
| | | | | | | |
| **Nov** | | | | | | |
| | **GOG (Q3 ie. Sep sales)** | 65 | 881.07 | 580.03 | 290.02 | 290.02 |
| | **Steam (Oct sales)** | 1072 | 18,385.48 | 10,474.44 | 5,237.22 | 5,237.22 |
| | **Steam (recouped Steam Direct fee - Oct sale)** | N/A | 88.02 | 88.02 | 44.01 | 44.01 |
| | **Humble (Sep sales)** | 10 | 147.40 | 104.12 | 52.06 | 52.06 |
| | **Humble (Oct sales)** | 26 | 419.03 | 299.23 | 149.62 | 149.62 |
| | **Greenman Gaming (Sep sales)** | 413 | various | 3,160.02 | 1,580.01 | 1,580.01 |
| | **Epic (Oct sales)** | not reported | not reported | 113.26 | 56.63 | 56.63 |

|  | Sales Platform | Units Sold | Gross Sales ($ unless stated) | Net Royalty Received from Platform ($) | Big Sugar 30% Royalty Share($) | Developer 70% Royalty Share ($) |
|---|---|---|---|---|---|---|
| **Dec** |  |  |  |  |  |  |
|  | **Sony Europe (SIEE) (Nov sales)** | 60 | €692.15 | 720.65 | 360.33 | 360.33 |
|  | **Steam (Nov sales)** | 387 | 5,628.42 | 3,386.34 | 1,693.17 | 1,693.17 |
|  | **Sony America (Nov sales)** | 115 | 2,341.18 | 1,638.43 | 819.22 | 819.22 |
|  | **Humble (Nov sales)** | 12 | 184.21 | 132.46 | 66.23 | 66.23 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | **Total Developer Royalty Share** |  | **$ 37,224.03** |
|  |  |  |  |  |  |  |

**Notes:**

(1) Sales are recorded in the month payment is received by Digerati, not in the month the sales take place. For example, September saw sales for Steam, Fanatical, Epic, GOG, Humble and Greenman Gaming, however these were not reported until October (or later) with payment similarly not being received until October (or later). Thus September sales are recorded in October (or later) and therefore fall under Q4 for reporting purposes.

(2) For further clarity, reporting and payment terms from the main platforms are:
   - Steam, Sony Europe, Sony America, Nintendo and Epic report and pay the month after sales take place;
   - Microsoft usually reports the month after sales take place. Payment is received two months after sales take place;
   - The minor platforms (eg. Fanatical, Humble, Greenman Gaming, Nuuvem, etc) usually report the month after sales take place. Payment however is subject to minimum payment thresholds, hence on occasions we can see up to 2, 3, 4 months or even longer before we receive a payment from these platforms. To avoid confusion, we only record such sales once a payment is received (such as in the report above, where Humble sales for both September and October are reported in November, which is when the payment was received)
   - GOG report and pay quarterly (Q1 reported and paid in May, Q2 in Aug, Q3 in Nov and Q4 in Feb). GOG sales are therefore recorded in these months when reports and payments are received..

(3) Initial sales for The Outbound Ghost (marked * above) were subject to recouping. Under the terms of the Distribution Agreement, Digerati's royalty share was 80% and the Developer share was 20%. Advances and expenses were fully recouped from the initial Steam sales, hence part of these sales were subject to the 80/20 split, with the remainder split according to the regular 50% / 50% split
.



7200 Moon Rock Rd
Austin
TX 78739

**The Outbound Ghost Sales Royalty Report for Q1 2023**

|  | Sales Platform | Units Sold | Gross Sales ($ unless stated) | Net Royalty Received from Platform ($) | Digerati Royalty Share ($) | Developer Royalty Share ($) |
|---|---|---|---|---|---|---|
| **Q1 2023** | | | | | | |
| **Jan** | | | | | | |
| | **Greenman Gaming (Oct Sales)** | 260 | various | 1,632.23 | 816.12 | 816.12 |
| | **Sony Europe (SIEE) (Dec sales)** | 158 | €1,886.65 | 2,022.76 | 1,011.38 | 1,011.38 |
| | **Nintendo Switch (Dec sales)** | 2234 | 47,218.10 | 33,046.90 | 16,523.45 | 16,523.45 |
| | **Steam (Dec sales)** | 655 | 7,475.91 | 4,306.52 | 2,153.26 | 2,153.26 |
| | **Sony America (SIEA) (Dec sales)** | 528 | 11,157.25 | 7.780.58 | 3,890.29 | 3,890.29 |
| | **Epic (Dec sales)** | not reported | not reported | 236.03 | 118.02 | 118.02 |
| | **Fanatical (Oct sales)** | 6 | 104.57 | 71.52 | 35.76 | 35.76 |
| | **Fanatical (Nov sales)** | 5 | 88.95 | 60.88 | 30.44 | 30.44 |
| | **Fanatical (Dec sales)** | 24 | 436.26 | 293.52 | 146.76 | 146.76 |
| **Feb** | | | | | | |
| | **GOG (Q4 2022 sales)** | 50 | 686.62 | 458.05 | 229.03 | 229.03 |
| | **Nintendo Switch (Jan sales)** | 196 | 4,503.40 | 3,152.18 | 1,576.09 | 1,576.09 |
| | **Steam (Jan sales)** | 142 | 1,639.20 | 936.77 | 468.39 | 468.39 |
| | **Sony Europe (SIEE) (Jan sales)** | 21 | €293.09 | 305.03 | 152.52 | 152.52 |
| | **Epic (Jan sales)** | not reported | not reported | 96.98 | 48.49 | 48.49 |

|  | Sales Platform | Units Sold | Gross Sales ($ unless stated) | Net Royalty Received from Platform ($) | Big Sugar Royalty Share($) | Developer Royalty Share ($) |
|---|---|---|---|---|---|---|
| **Feb (cont.)** |  |  |  |  |  |  |
|  | **Sony America (SIEA) (Jan sales)** | 61 | 1,523.60 | 1,013.87 | 506.94 | 506.94 |
| **Mar** |  |  |  |  |  |  |
|  | **Nintendo Switch (Feb sales)** | 152 | 3,040.31 | 2,128.33 | 1,064.17 | 1,064.17 |
|  | **Sony Europe (SIEE) (Feb sales)** | 35 | €359.23 | 385.02 | 192.51 | 192.51 |
|  | **Steam (Feb sales)** | 10 | 158.68 | 75.99 | 38.00 | 38.00 |
|  | **Humble (Dec sales)** | 9 | 166.27 | 118.83 | 59.42 | 59.42 |
|  | **Humble (Jan sales)** | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **Humble (Feb sales)** | 8 | 150.02 | 106.95 | 53.48 | 53.48 |
|  | **Sony America (SIEA) (Feb sales)** | 145 | 2,849.86 | 1,976.41 | 988.21 | 988.21 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  | **Total Developer Royalty Share** | **$ 30,102.73** |
|  |  |  |  |  |  |  |