# EXHIBIT C-1



12/9/22, 12:00 PM
Case 1:22-cv-01302-DH   Document 19-10   Filed 06/14/23   Page 3 of 6
This game is no longer authorized by the developer on Steam

Filters   Your Languages
Showing **228** reviews that match the filters above ( **Mostly Positive** )

DIGERATI_000258





