# EXHIBIT C-2

**ccowart@creedon.com**

| | |
|---|---|
| **From:** | Digerati Accounts <andy@digeratidistribution.com> |
| **Sent:** | Wednesday, December 7, 2022 2:12 PM |
| **To:** | ccowart@creedon.com |
| **Subject:** | FW: DMCA Request Inquiry - The Outbound Ghost |

Best regards,

**ANDY DENNIS**
HEAD of FINANCE / ACTING CEO



**From:** Stephen Hibbler <stephen@digeratidistribution.com>
**Sent:** 07 December 2022 20:08
**To:** Sarah Veach Alfieri <sarah@digeratidistribution.com>
**Cc:** Mike Corrigan <mike@digeratidistribution.com>; Digerati Accounts <andy@digeratidistribution.com>
**Subject:** Fwd: DMCA Request Inquiry - The Outbound Ghost

Begin forwarded message:

> **From:** Ted Regulski <tedreg01@noa.nintendo.com>
> **Date:** 7 December 2022 at 19:50:17 GMT
> **To:** Stephen Hibbler <stephen@digeratidistribution.com>
> **Subject: FW: DMCA Request Inquiry - The Outbound Ghost**
>
> Hey Stephen,
> We got the below from The Outbound Ghost developer, and wanted to get your input/guidance on the issue.
> Please let me get your thoughts.
> Best,
> Ted
>
> **Ted Regulski**
> Sr. Manager, Partner Management
> Publisher & Developer Relations
> Nintendo of America Inc.
> 4600 150th Ave. NE | Redmond, WA 98052



**From:** Lotcheck Lotcheck <Lotcheck_usr@noa.nintendo.com>
**Sent:** Wednesday, December 7, 2022 11:32 AM
**To:** Ted Regulski <tedreg01@noa.nintendo.com>
**Subject:** FW: DMCA Request Inquiry - The Outbound Ghost

Hey Ted,

Elyse suggested I forward this to you directly, so here you go!

Thanks,
1. Danny

**From:** Lotcheck Lotcheck <Lotcheck_usr@noa.nintendo.com>
**Sent:** Wednesday, December 7, 2022 11:19 AM
**To:** Conrad Grindheim <conrad@conradicalgames.com>; agreements_publisher@nintendo.de; SDSG Support <SDSGSupport@noa.nintendo.com>; Lotcheck Lotcheck <Lotcheck_usr@noa.nintendo.com>
**Cc:** Third PartyPublisher <thirdpartypublisher@noa.nintendo.com>; Christopher Leeper <chrile06@noa.nintendo.com>; Kelyn Mainwaring <kelyma01@noa.nintendo.com>
**Subject:** RE: DMCA Request Inquiry - The Outbound Ghost

Hey Conrad,

I'm adding the alias for Publisher and Developer Relations at NOA. They should be able to assist with your situation.

PDR, can you guide Conrad on this subject?

Thanks,
Danny Gallardo
Project Leader
Nintendo of America – Lotcheck



2

**From:** Conrad Grindheim <conrad@conradicalgames.com>
**Sent:** Wednesday, December 7, 2022 10:09 AM
**To:** agreements_publisher@nintendo.de; SDSG Support <support@noa.nintendo.com>; Lotcheck Lotcheck <lotcheck_usr@noa.nintendo.com>
**Subject:** DMCA Request Inquiry - The Outbound Ghost

Hi there,

I'm Conrad Grindheim, the lead developer of The Outbound Ghost. The game was released on Nintendo Switch last Thursday on December 1st through the publisher Digerati.

Over the past weeks Digerati has breached our contract in multiple ways and they no longer have the rights to publish the game. My legal team has given them until Friday the 9th of December to start the process of taking down the Nintendo Switch page or we will start a lawsuit and issue a DMCA takedown request.

I have found the appropriate channels to issue this request on other platforms, but have not been able to for the Nintendo Switch. I have the legal documents to prove that they are in violation of our contract and hence are no longer allowed to publish my IP. I would like to be referred to the appropriate channel to issue such a request in case Digerati does not comply before the 9th of December. Thanks in advance.

Best regards,


**Conrad Grindheim**
*Lead Developer*
**Twitter** | **YouTube** | **LinkedIn**

