# EXHIBIT C-4



7200 Moon Rock Rd
Austin
TX 78739
United States

Focus Multimedia Ltd
The Studios, Lea Hall Enterprise Park
Wheelhouse Road
Rugeley
Brereton
Staffordshire, WS15 1LH

**Via E-mail:**   alan.wild@fanatical.com

February 21, 2023

**RE:**   **DMCA Counter Notification of Notice to Remove or Disable Material**

Dear Sirs

I am writing in response to the mistaken removal of or disabling of access to certain materials. I hereby provide counter notification pursuant to the terms of the Digital Millennium Copyright Act (the **"Act"**).

The following material was removed from or disabled on your service located at www.fanatical.com (the "**Service**"):

- The Outbound Ghost, previously located at https://www.fanatical.com/en/game/the-outbound-ghost .

I swear, under penalty of perjury, that I have a good faith belief that any removal or disabling of the identified material from the Service is as a result of a mistake or misidentification of the material.

I therefore request, in accordance with Section 512(g) of the Act, that you replace any removed material and cease disabling access to any blocked material within 14 business days of your receipt of this notice. Please notify me to confirm that any removed material has been replaced and that access to any disabled material has been restored. I may be contacted as follows:

| Name: | Digerati Distribution & Marketing LLC |
|---|---|
| Address | 7200 Moon Rock Road |
| | Austin, Texas 78739 |
| Telephone: | +44 7734 266320 |
| E-mail: | andy@digeratidistribution.com |

I hereby consent to the jurisdiction of the Federal District Court for the Western District of Texas in the Austin Division, and I will accept service of process from the person (or an agent of the person) who provided the DMCA notification.

The above is not an exhaustive statement of all the relevant facts and law, and I expressly reserve all equitable and legal rights and remedies.

Sincerely,

Digerati Distribution & Marketing LLC

By: *Andrew R Dennis* (signature)
Name: Andrew Dennis
Title: Head of Finance / Acting CEO

cc:  Christian Cowart (ccowart@creedon.com)
Grant Hughes (grant.hughes@fanatical.com)
Matthew Harper (matt.harper@fanatical.com)
Todd Nash (todd.nash@fanatical.com)
Sandra Clarke (sandra.clarke@fanatical.com)
Mark Cotterell (mark.cotterell@fanatical.com)



7200 Moon Rock Rd
Austin
TX 78739
United States

Copyright Agent
GOG sp. z o.o
ul. Jagiellonska 74
03-301 Warsaw
Poland

**Via E-mail:**   legal@GOG.COM; rmiazga@gog.com

February 21, 2023

**RE:**   DMCA Counter Notification of Notice to Remove or Disable Material

Dear Sirs

I am writing in response to the mistaken removal of or disabling of access to certain materials. I hereby provide counter notification pursuant to the terms of the Digital Millennium Copyright Act (the **"Act"**) and GOG's obligations under Directive 2000/3 EC of the European Parliament and of the Council of 8 June 2000 with applicable implementing legislation, and as applicable the DMCA, as well as GOG's IP Policy.

The following material was removed from or disabled on your service located at www.gog.com (the "**Service**"):

- The Outbound Ghost, previously located at https://www.gog.com/game/the_outbound_ghost .

I swear, under penalty of perjury, that I have a good faith belief that any removal or disabling of the identified material from the Service is as a result of a mistake or misidentification of the material.

I therefore request, in accordance with Section 512(g) of the Act, that you replace any removed material and cease disabling access to any blocked material within 14 business days of your receipt of this notice. Please notify me to confirm that any removed material has been replaced and that access to any disabled material has been restored. I may be contacted as follows:

| Name:      | Digerati Distribution & Marketing LLC |
|------------|---------------------------------------|
| Address    | 7200 Moon Rock Road                   |
|            | Austin, Texas 78739                   |
| Telephone: | +44 7734 266320                       |
| E-mail:    | andy@digeratidistribution.com         |

I hereby consent to the jurisdiction of the Federal District Court for the Western District of Texas in the Austin Division, and I will accept service of process from the person (or an agent of the person) who provided the DMCA notification.

The above is not an exhaustive statement of all the relevant facts and law, and I expressly reserve all equitable and legal rights and remedies.

Sincerely,

Digerati Distribution & Marketing LLC

By: *Andrew Dennis* (signature)
Name: Andrew Dennis
Title: Head of Finance / Acting CEO

cc:   Christian Cowart (ccowart@creedon.com)
      Aleksandra Kolodziejczyk (akolodziejczyk@gog.com)



7200 Moon Rock Rd<br>
Austin<br>
TX 78739<br>
United States

Merge Games Ltd  
The School House  
Alderley Road  
Chelford  
Macclesfield  
SK11 9AP  

**Via E-mail:**   support@mergegames.com; luke@mergegames.com

February 21, 2023

**RE:**   **DMCA Counter Notification of Notice to Remove or Disable Material**

Dear Sirs

I am writing in response to the mistaken removal of or disabling of access to certain materials that you may have undertaken following receipt of the DMCA Takedown Notice dated February 16th 2023. I hereby provide counter notification pursuant to the terms of the Digital Millennium Copyright Act (the **"Act"**)

The DMCA Takedown Notice was regarding the following material you have manufactured for sale either directly or through other retail outlets (the "**Service**"):

- The Outbound Ghost (physical version)

I swear, under penalty of perjury, that I have a good faith belief that any removal or disabling of the identified material from the Service is as a result of a mistake or misidentification of the material.

I therefore request, in accordance with Section 512(g) of the Act, that you replace any removed material and cease disabling access to any blocked material within 14 business days of your receipt of this notice. Please notify me to confirm that any removed material has been replaced and that access to any disabled material has been restored. I may be contacted as follows:

| Name: | Digerati Distribution & Marketing LLC |
|---|---|
| Address | 7200 Moon Rock Road |
|  | Austin, Texas 78739 |
| Telephone: | +44 7734 266320 |
| E-mail: | andy@digeratidistribution.com |

I hereby consent to the jurisdiction of the Federal District Court for the Western District of Texas in the Austin Division, and I will accept service of process from the person (or an agent of the person) who provided the DMCA notification.

The above is not an exhaustive statement of all the relevant facts and law, and I expressly reserve all equitable and legal rights and remedies.

Sincerely,

Digerati Distribution & Marketing LLC

By: *Andrew R Dennis*
Name: Andrew Dennis
Title:  Head of Finance / Acting CEO

cc:     Christian Cowart (ccowart@creedon.com)



7200 Moon Rock Rd  
Austin  
TX 78739  
United States

Nintendo of America Inc.  
c/o Legal Department, Intellectual Property Policy  
4600 150th Ave NE  
Redmond, WA 98052

**Via E-mail:** dmca@noa.nintendo.com

February 28, 2023

**RE:** DMCA Counter Notification of Mistaken Removal or Disabling of Material

Dear Sirs

I am writing in response to the mistaken removal of or disabling of access to certain materials. I hereby provide counter notification pursuant to the terms of the Digital Millennium Copyright Act (the "**Act**").

The following material was removed from or disabled on your service located at www.nintendo.com (the "**Service**"):

- The Outbound Ghost with Release Date Dec 1, 2022, previously located at https://www.nintendo.com/store/products/the-outbound-ghost-switch/

I swear, under penalty of perjury, that I have a good faith belief that Nintendo removed or disabled the identified material from the Service as a result of a mistake or misidentification of the material.

I therefore request, in accordance with Section 512(g) of the Act, that you replace any removed material and cease disabling access to any blocked material within 14 business days of your receipt of this notice. Please notify me to confirm that any removed material has been replaced and that access to any disabled material has been restored. I may be contacted as follows:

| Name: | Digerati Distribution & Marketing LLC |
|---|---|
| Address | 7200 Moon Rock Road |
| | Austin, Texas 78739 |
| Telephone: | +44 7734 266320 |
| E-mail: | andy@digeratidistribution.com |

I hereby consent to the jurisdiction of the Federal District Court for the Western District of Texas in the Austin Division, and I will accept service of process from the person (or an agent of the person) who provided the DMCA notification.

The above is not an exhaustive statement of all the relevant facts and law, and I expressly reserve all equitable and legal rights and remedies.

Sincerely,

Digerati Distribution & Marketing LLC

By: *Andrew R Dennis*
Name: Andrew Dennis
Title: Head of Finance / Acting CEO


cc:     Christian Cowart (ccowart@creedon.com)



7200 Moon Rock Rd<br>
Austin<br>
TX 78739<br>
United States

Nintendo of America Inc.
c/o Legal Department, Intellectual Property Policy
4600 150th Ave NE
Redmond, WA 98052

**Via E-mail:**     dmca@noa.nintendo.com

February 23, 2023

**RE:**     **DMCA Counter Notification of Mistaken Removal or Disabling of Material**

Dear Sirs

I am writing in response to the mistaken removal of or disabling of access to certain materials. I hereby provide counter notification pursuant to the terms of the Digital Millennium Copyright Act (the "**Act**").

The following material was removed from or disabled on your service located at www.nintendo.com (the "**Service**"):

- The Outbound Ghost with Release Date Dec 1, 2022, previously located at https://www.nintendo.com/store/products/the-outbound-ghost-switch/

I swear, under penalty of perjury, that I have a good faith belief that Valve removed or disabled the identified material from the Service as a result of a mistake or misidentification of the material.

I therefore request, in accordance with Section 512(g) of the Act, that you replace any removed material and cease disabling access to any blocked material within 14 business days of your receipt of this notice. Please notify me to confirm that any removed material has been replaced and that access to any disabled material has been restored. I may be contacted as follows:

| Name: | Digerati Distribution & Marketing LLC |
|---|---|
| Address | 7200 Moon Rock Road |
|  | Austin, Texas 78739 |
| Telephone: | +44 7734 266320 |
| E-mail: | andy@digeratidistribution.com |

I hereby consent to the jurisdiction of the Federal District Court for the Western District of Texas in the Austin Division, and I will accept service of process from the person (or an agent of the person) who provided the DMCA notification.

The above is not an exhaustive statement of all the relevant facts and law, and I expressly reserve all equitable and legal rights and remedies.

Sincerely,

Digerati Distribution & Marketing LLC

By: _Andrew Dennis_
Name: Andrew Dennis
Title: Head of Finance / Acting CEO

cc:   Christian Cowart (ccowart@creedon.com)



7200 Moon Rock Rd<br>
Austin<br>
TX 78739<br>
United States

Soft Source Pte Ltd
190 Middle Road
#11-05 Fortune Centre
Singapore 188979

**Via E-mail:**   support@softsource.sg; sameer@softsaource.sg

February 21, 2023

**RE:**   **DMCA Counter Notification of Notice to Remove or Disable Material**

Dear Sirs

I am writing in response to the mistaken removal of or disabling of access to certain materials. I hereby provide counter notification pursuant to the terms of the Digital Millennium Copyright Act (the **"Act"**).

The following material was removed from or disabled on your service (the "**Service**"):

- The Outbound Ghost (Switch Digital version; PS4/5 Digital version; any Switch and PS4/PS4 physical versions)

I swear, under penalty of perjury, that I have a good faith belief that any removal or disabling of the identified material from the Service is as a result of a mistake or misidentification of the material.

I therefore request, in accordance with Section 512(g) of the Act, that you replace any removed material and cease disabling access to any blocked material within 14 business days of your receipt of this notice. Please notify me to confirm that any removed material has been replaced and that access to any disabled material has been restored. I may be contacted as follows:

| Name: | Digerati Distribution & Marketing LLC |
|---|---|
| Address | 7200 Moon Rock Road |
| | Austin, Texas 78739 |
| Telephone: | +44 7734 266320 |
| E-mail: | andy@digeratidistribution.com |

I hereby consent to the jurisdiction of the Federal District Court for the Western District of Texas in the Austin Division, and I will accept service of process from the person (or an agent of the person) who provided the DMCA notification.

The above is not an exhaustive statement of all the relevant facts and law, and I expressly reserve all equitable and legal rights and remedies.

Sincerely,

Digerati Distribution & Marketing LLC

By: _Andrew Dennis_
Name:  Andrew Dennis
Title:    Head of Finance / Acting CEO


cc:      Christian Cowart (ccowart@creedon.com)



7200 Moon Rock Rd
Austin
TX 78739
United States

Sony Interactive Entertainment LLC
2207 Bridgepointe Parkway
San Mateo
CA 94404
United States
**Via E-mail:**     clayton.palma@sony.com

March 9, 2023

**RE:**     **DMCA Counter Notification of Mistaken Removal or Disabling of Material**

Dear Sony Copyright Agent:

I am writing in response to the mistaken removal of or disabling of access to certain materials. I hereby provide counter notification pursuant to the terms of the Digital Millennium Copyright Act (the "**Act**") and Copyright Policy.

The following material may have been removed from or disabled on your service (the "**Service**"):

- The Outbound Ghost with Release Date Nov 30, 2022

I swear, under penalty of perjury, that I have a good faith belief that Sony removed or disabled the identified material from the Service as a result of a mistake or misidentification of the material.

I therefore request, in accordance with Section 512(g) of the Act, that you replace any removed material and cease disabling access to any blocked material within 14 business days of your receipt of this notice. Please notify me to confirm that any removed material has been replaced and that access to any disabled material has been restored. I may be contacted as follows:

| Name: | Digerati Distribution & Marketing LLC |
|---|---|
| Address | 7200 Moon Rock Road |
| | Austin, Texas 78739 |
| Telephone: | +44 7734 266320 |
| E-mail: | andy@digeratidistribution.com |

I hereby consent to the jurisdiction of the Federal District Court for the Western District of Texas in the Austin Division, and I will accept service of process from the person (or an agent of the person) who provided the DMCA notification.

The above is not an exhaustive statement of all the relevant facts and law, and I expressly reserve all equitable and legal rights and remedies.

Sincerely,

Digerati Distribution & Marketing LLC

By: _____
Name: Andrew Dennis
Title: Head of Finance / Acting CEO


cc:    Christian Cowart (ccowart@creedon.com)



7200 Moon Rock Rd
Austin
TX 78739
United States

Valve Corporation
PO Box 1688
Bellevue, Washington 98009
ATTN: Valve's Copyright Agent
**Via E-mail:** dmca@valvesoftware.com

February 21, 2023

**RE:** **DMCA Counter Notification of Mistaken Removal or Disabling of Material**
DMCA Takedown Notice No. 34304

Dear Valve's Copyright Agent:

I am writing in response to the mistaken removal of or disabling of access to certain materials. I hereby provide counter notification pursuant to the terms of the Digital Millennium Copyright Act (the "**Act**") and Valve Corporation's Terms of Use, Steam™ Online Conduct, Steam® Subscriber Agreement, and Copyright Policy.

The following material was removed from or disabled on your service located at store.steampowered.com (the "**Service**"):

- The Outbound Ghost with Release Date Sep 20, 2022, previously located at https://store.steampowered.com/app/1276810/The_Outbound_Ghost

I swear, under penalty of perjury, that I have a good faith belief that Valve removed or disabled the identified material from the Service as a result of a mistake or misidentification of the material.

I therefore request, in accordance with Section 512(g) of the Act, that you replace any removed material and cease disabling access to any blocked material within 14 business days of your receipt of this notice. Please notify me to confirm that any removed material has been replaced and that access to any disabled material has been restored. I may be contacted as follows:

| Name: | Digerati Distribution & Marketing LLC |
|---|---|
| Address | 7200 Moon Rock Road |
| | Austin, Texas 78739 |
| Telephone: | +44 7734 266320 |
| E-mail: | andy@digeratidistribution.com |

I hereby consent to the jurisdiction of the Federal District Court for the Western District of Texas in the Austin Division, and I will accept service of process from the person (or an agent of the person) who provided the DMCA notification.

The above is not an exhaustive statement of all the relevant facts and law, and I expressly reserve all equitable and legal rights and remedies.

Sincerely,

Digerati Distribution & Marketing LLC

By: /s/ Andrew Dennis
Name: Andrew Dennis
Title: Head of Finance / Acting CEO

cc: Christian Cowart (ccowart@creedon.com)
Chris Schenck (chriss@valvesoftware.com)
copyright@valvesoftware.com