# EXHIBIT C-6





DIGERATI_000385

Pl.'s App. 224

6/7/23, 11:53 AM                      Conrad on Twitter: "This is what has been happening recently with The Outbound Ghost. Please retweet 🔁 so that all relevant pe…

Case 1:22-cv-01302-DH   Document 19-15   Filed 06/14/23   Page 4 of 8



Explore

Settings

**Conrad** @ConradicalGames · Dec 8, 2022
Thank you :) Hope so too!
1 32

**Rimmo** @rimmoco
💑This wind chime is made of recycled horseshoes and is hand-made, which can bring good luck to love!💘

🛒Get Yours 👉rimmo.co/love-chimes

154 1,893 2M
Promoted

**Naggy Alie** @GamerXNaggy · Dec 8, 2022
I bought the physical of this game so what do I do now?
3 2

Show replies

**Erabit 💥Supports #Solodev #Tiny...** @erabit_s... · Dec 11, 2022
As a newly established indie game publisher, we feel so so so sad to hear about what happened to you and your game.We truly understand that how you are feeling and hope everything goes well with you soon!❤️❤️
2

**Perfect_Pixl** @Perfect_Pixl · Dec 8, 2022
That sucks dude. But, I support you. I will wait patiently.
3

**profjpg** @profjpg · Dec 8, 2022
I recently bought it on PS5, hope you get some of the money I spent for it at least? I will definitely keep my eye out for when you self publish it. If you publish another version on Playstation I will gladly buy it again! Sorry you have to go through all of this! ❤️❤️❤️
1 5

**Gramavery** @Gramavery2 · Dec 8, 2022
As long as an update/patch will happen for the physical copies that are already out (i have one for the switch). I don't mind waiting and i hope you can get this sorted. Excited to play so have my fingers crossed it's soon 😁
1 5

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





Search Twitter

Explore

Settings

## Thread

**Conrad 🥳 KICKSTARTER 100% FUNDED IN 7H 🥳**
@ConradicalGames

We have DMCA'd our own indie game. Context in this thread.

Please RT 🔁 so that everyone who is potentially affected can see ❤️

(1/6)

10:39 AM · Feb 16, 2023 · **613.2K** Views

**1,972** Retweets **88** Quotes **5,291** Likes **1,172** Bookmarks

**Conrad 🥳 KICKSTARTER 100% FUNDE...** @Conradical... · Feb 16
Replying to @ConradicalGames
(2/6)

1 56 394 73.2K

**Conrad 🥳 KICKSTARTER 100% FUNDE...** @Conradical... · Feb 16
(3/6)

## New to Twitter?

Sign up now to get your own pers

Sign up with G

Sign up with A

Create accou

By signing up, you agree to the T Privacy Policy, including Cookie U

## Relevant people

**Conrad 🥳 KICKS**
@ConradicalGame
Game dev running and Conradical. Ma @OutboundGhost @SoulStalkerGame s.team/a/1714240. bit.ly/SoulStalkerK

## What's happening

NHL · Last night
**Penguins at Avalanche**

Trending in United States
**Mila Kunis**
Trending with Mina Kimes

Trending in United States
**TikTok CEO**
Trending with ByteDance

Family & relationships · Trending
**#NationalPuppyDay**
17.2K Tweets

Trending in United States
**Linus Tech Tips**
2,832 Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ··
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

Explore

Settings

💬 1 🔁 53 ♡ 366 📊 71K

Conrad 🥳 KICKSTARTER 100% FUNDE... @Conradical... · Feb 16 ···
(4/6)

💬 3 🔁 53 ♡ 356 📊 70.1K

Conrad 🥳 KICKSTARTER 100% FUNDE... @Conradical... · Feb 16 ···
(5/6)

💬 1 🔁 59 ♡ 378 📊 68.9K

Conrad 🥳 KICKSTARTER 100% FUNDE... @Conradical... · Feb 16 ···
And here's the link to support my separate future project:
kickstarter.com/projects/radho...

Any help, even if just clicking the green button, is majorly appreciated ❤️

(6/6)

💬 5 🔁 108 ♡ 497 📊 74.9K

Conrad 🥳 KICKSTARTER 100% FUNDE... @Conradical... · Feb 16 ···
Here's the full YouTube version of the uncut video:

## New to Twitter?

Sign up now to get your own pers

Sign up with A

Create accou

By signing up, you agree to the T
Privacy Policy, including Cookie U

## Relevant people

Conrad 🥳 KICKS
@ConradicalGame
Game dev running
and Conradical. Ma
@OutboundGhost
@SoulStalkerGame
s.team/a/1714240.
bit.ly/SoulStalkerK

## What's happening

NHL · Last night
**Penguins at Avalanche**

Trending in United States
**Mila Kunis**
Trending with Mina Kimes

Trending in United States
**TikTok CEO**
Trending with ByteDance

Family & relationships · Trending
**#NationalPuppyDay**
17.2K Tweets

Trending in United States
**Linus Tech Tips**
2,832 Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

Explore

Settings

Follow Soul Stalker's Kickstarter ➤
https://www.kickstarter.com/projects/radhood/s...

4 · 71 · 319 · 71.1K

Show more replies

## More Tweets

**T** @therealchieff · 15h
Fortnite's inability to fall off needs to be studied

> **asc** 🦥 @ascinhiding · 16h
> they done turned fortnite into elden ring
> Show this thread

464 · 10.9K · 153.5K · 8.5M

Show this thread

**BOI** @Bolverk15 · 19h
So many students using AI to cheat is 100% the result of academia and school systems being outdated and purely focused on appearing prestigious

> **HIRING** @GRITCULT · Mar 21
> Ai arms race is here.
>
> Is there even a point of going to school anymore

271 · 11.3K · 91.8K · 2.8M

Show this thread

**Respectful Memes** @RespectfulMemes · 15h
thanks to

## New to Twitter?

Sign up now to get your own pers

Sign up with A

Create accour

By signing up, you agree to the Te Privacy Policy, including Cookie U

## Relevant people

**Conrad 🥳 KICKS**
@ConradicalGame
Game dev running and Conradical. Ma @OutboundGhost @SoulStalkerGame s.team/a/1714240. bit.ly/SoulStalkerK

## What's happening

NHL · Last night
**Penguins at Avalanche**

Trending in United States
**Mila Kunis**
Trending with Mina Kimes

Trending in United States
**TikTok CEO**
Trending with ByteDance

Family & relationships · Trending
**#NationalPuppyDay**
17.2K Tweets

Trending in United States
**Linus Tech Tips**
2,832 Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S



