# EXHIBIT C-7

Search Twitter

Explore

Settings

## Thread

**Conrad 🥳 KICKSTARTER 100% FUNDED IN 7H 🥳**
@ConradicalGames

Hey everyone, this used to be @OutboundGhost but it is now my personal account.

I'll be posting about all the games I develop, but you can also follow the new account for The Outbound Ghost if you want :)

More info about what exactly the games are below👇 (1/8)

1:26 PM · Jan 30, 2023 · **45.7K** Views

**36** Retweets **402** Likes **19** Bookmarks

**Conrad 🥳 KICKSTARTER 100% FUNDE...** @Conradical... · Jan 30
Replying to @ConradicalGames
Soul Stalker is our next game and we just announced the new Kickstarter campaign for it!

Follow it here: kickstarter.com/projects/radho....

Doing this is the BEST way to support our new operations :) (2/8)

1 13 82 6,850

**Conrad 🥳 KICKSTARTER 100% FUNDE...** @Conradical... · Jan 30
I also wrote a little Kickstarter post about what this means in general, check it out here: kickstarter.com/projects/conra.... (3/8)

1 7 33 4,595

**Conrad 🥳 KICKSTARTER 100% FUNDE...** @Conradical... · Jan 30

### New to Twitter?

Sign up now to get your own pers

Sign up with G

Sign up with A

Create accoun

By signing up, you agree to the T Privacy Policy, including Cookie U

### Relevant people

**Conrad 🥳 KICKS**
@ConradicalGame
Game dev running and Conradical. Ma @OutboundGhost @SoulStalkerGame s.team/a/1714240. bit.ly/SoulStalkerK

**The Outbound Gh**
@OutboundGhost
An adventure RPG figuring out the cau death. By @Conrac out @SoulStalkerG

### What's happening

NHL · Last night
**Penguins at Avalanche**

Trending in United States
**Mila Kunis**
Trending with Mina Kimes

Music · Trending
**hanbin**
Trending with zhang hao

Sci-fi & fantasy TV · Trending
**#StartrekPicardSeason3**

Business and finance · Trending
**$ARB**
Trending with #Arbitrum

Show more

Terms of Service Privacy Policy Accessibility Ads info More ··
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S









3/23/23, 9:55 AM    Conrad 🥳 KICKSTARTER 100% FUNDED IN 1H 🥳 on Twitter: "Hey everyone, this used to be @OutboundGhost but it is now m…

Case 1:22-cv-01302-DH   Document 19-16   Filed 06/14/23   Page 3 of 5



# Explore

## Settings

Fun fact, @Kimmsoft_, the composer of TOBG, also did the music for this! (4/8)



💬 1    🔁 5    ♡ 34    📊 4,591    ⬆️

**Conrad 🥳 KICKSTARTER 100% FUNDE...**  @Conradical... · Jan 30   ···

We've been working on @GravityRascal since late 2021 and we'll keep on working on it throughout the year and maybe even announce it properly soon? 😳 (5/8)



💬 1    🔁 5    ♡ 30    📊 4,395    ⬆️

**Conrad 🥳 KICKSTARTER 100% FUNDE...**  @Conradical... · Jan 30   ···

Probably won't be talking much about Girabox but it has a special place in my heart since we fostered such an awesome speedrunning community, and it was my first game on console :) (6/8)



💬 1    🔁 5    ♡ 23    📊 4,798    ⬆️

**Conrad 🥳 KICKSTARTER 100% FUNDE...**  @Conradical... · Jan 30   ···

And I guess I'll share this screenshot to represent all the prototypes that never released over the years (or will release in the future). Might still revisit this one 👀 (7/8)

### New to Twitter?

Sign up now to get your own per...

 Sign up with A...

 Create accou...

By signing up, you agree to the T... Privacy Policy, including Cookie U...

### Relevant people

**Conrad 🥳 KICKS...**
@ConradicalGame...
Game dev running ... and Conradical. Ma...
@OutboundGhost
@SoulStalkerGame...
s.team/a/1714240...
bit.ly/SoulStalkerK...

**The Outbound Gh...**
@OutboundGhost
An adventure RPG ... figuring out the cau... death. By @Conrad... out @SoulStalkerG...

### What's happening

NHL · Last night
**Penguins at Avalanche**

Trending in United States
**Mila Kunis**
Trending with  Mina Kimes

Music · Trending
**hanbin**
Trending with  zhang hao

Sci-fi & fantasy TV · Trending
**#StartrekPicardSeason3**

Business and finance · Trending
**$ARB**
Trending with  #Arbitrum

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

3/23/23, 9:55 AM   Conrad 🥳 KICKSTARTER 100% FUNDED IN 1 HR 🥳 on Twitter: "Hey everyone, this used to be @OutboundGhost but it is now m…

Case 1:22-cv-01302-DH   Document 19-16   Filed 06/14/23   Page 4 of 5



### Explore

### Settings



💬 2    🔁 5    ♥ 35    📊 5,782    📤

 **Conrad 🥳 KICKSTARTER 100% FUNDE…** @Conradical… · Jan 30

Again, best way to support us now is to follow Soul Stalker on Kickstarter: kickstarter.com/projects/radho….

Thank you all for the support throughout these years :)

(8/8)



💬 2    🔁 6    ♥ 47    📊 8,791    📤

#### New to Twitter?

Sign up now to get your own per…

🍎 Sign up with A…

Create accou…

By signing up, you agree to the T… Privacy Policy, including Cookie …

#### Relevant people

 **Conrad 🥳 KICKS**
@ConradicalGame…
Game dev running … and Conradical. Ma… @OutboundGhost … @SoulStalkerGame… s.team/a/1714240… bit.ly/SoulStalkerK…

 **The Outbound Gh…**
@OutboundGhost
An adventure RPG … figuring out the cau… death. By @Conrad… out @SoulStalkerG…

 **Conrad 🥳 KICKSTARTER 100% FUNDE…** @Conradical… · Jan 30

Oh btw we're in the beginning stages of planning an RPG as well 👀

💬 3    🔁 3    ♥ 53    📊 7,476    📤

 **skillincarnate** @skillincarnate · Jan 30
Replying to @ConradicalGames and @OutboundGhost
Sorry to hear about your experience with the game. I wish you the best of luck with your new title

💬 1    🔁    ♥ 3    📊 1,296    📤

 **Conrad 🥳 KICKSTARTER 100% FUNDE…** @Conradical… · Jan 30
Replying to @skillincarnate and @OutboundGhost
Thank you so much 🫂

💬    🔁    ♥ 1    📊 740    📤

 **Astrology Daily** ✓ @YourAstrologyD
Always Be Ready!

#### What's happening

**NHL** · Last night
**Penguins at Avalanche**

Trending in United States
**Mila Kunis**
Trending with  Mina Kimes

Music · Trending
**hanbin**
Trending with  zhang hao

Sci-fi & fantasy TV · Trending
**#StartrekPicardSeason3**

Business and finance · Trending
**$ARB**
Trending with  #Arbitrum

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More …
© 2023 Twitter, Inc.

### A BIG CHANGE IS COMING THAT WILL IMPACT YOUR FUTURE

### JUST PICK YOUR SIGN BELOW TO FIND OUT

  
ARIES    TAURUS    LEO    CAPRICORN

**Don't miss what's happening**
People on Twitter are the first to know.    Log in

Explore

Settings

soulduo.com
Read here (FREE) >>

2 3 27.5K

Promoted

## New to Twitter?

Sign up now to get your own pers

Sign up with A

Create accoun

By signing up, you agree to the T
Privacy Policy, including Cookie U

## Relevant people

**Conrad 🥳 KICKST**
@ConradicalGame
Game dev running
and Conradical. Ma
@OutboundGhost
@SoulStalkerGame
s.team/a/1714240.
bit.ly/SoulStalkerK

**The Outbound Gh**
@OutboundGhost
An adventure RPG
figuring out the cau
death. By @Conrad
out @SoulStalkerG

## What's happening

NHL · Last night
**Penguins at Avalanche**

Trending in United States
**Mila Kunis**
Trending with Mina Kimes

Music · Trending
**hanbin**
Trending with zhang hao

Sci-fi & fantasy TV · Trending
**#StartrekPicardSeason3**

Business and finance · Trending
**$ARB**
Trending with #Arbitrum

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

