# EXHIBIT C-9



I'm Conrad, the lead developer of The Outbound Ghost.

The past few weeks have been incredibly stressful due to many factors, but the main reason is that my relationship with the game's publisher has been dissolved but they refuse to hand back control of the relevant pages and are profiting from the situation. ==We are studying the appropriate legal actions to resolve this, and== will do all that is necessary to resolve this situation and protect the game.

The console issues outlined recently in my socials are just the beginning. A lot more will come out regarding the breaches soon. For now, I suggest you don't buy any publicly available version of The Outbound Ghost ==because it is not up to the quality standards of the game that I create and that you expect of me==.

As you know, legal issues are never resolved quickly but we need to make sure that we protect our company, our name, our reputation, and consumer's rights. The business practices related to The Outbound Ghost shown recently are not representative of what I or Conradical Games believe is ethically correct and we do not approve of them.

Unfortunately, I don't have control over the storefronts that The Outbound Ghost is available in and hence I cannot personally issue refunds, reprints, or anything similar ==since I am not the publisher/distributor==. However, I suggest that you ==return== the game if you are unhappy with your purchase.

I understand that it is incredibly frustrating to buy a product that is not representative of the marketing material, especially if you're a Kickstarter backer of the game and have patiently waited for its release for over a year.

Once this is all resolved, I will self-publish an upgraded version of The Outbound Ghost and all Kickstarter backers will receive what they pledged for during the campaign, as well as additional rewards to make up for the situation.

My priority will always be to do right by fans of the game, and I will keep you all up to date as much as I can.