# EXHIBIT C-10

Pl.'s App. 255

 **Trey Armer**  12:59 PM
Odd! I did not get that error - I'm not exactly sure what that means. My guess is that the firmware for the DevKit is out of date

Let me see what I am  on

Yep that should be what is causing that issue

 **Conrad Grindheim**  1:00 PM
hmm strange

so ive gotta update my devkit then i guess?

do you know how to go about that, havent done that in about a year 😂

 **Trey Armer**  1:00 PM
Yeah that should fix it! Im on 14.0.1 or something like that

Yes!

Let me write up a guide - I've actually bricked a devkit trying to update one once, so I've made sure to burn the process into my brain 😂

DIGERATI_000253

Pl.'s App. 256



DIGERATI_000256

Pl.'s App. 257



DIGERATI_000254

Pl.'s App. 258

 **Conrad Grindheim** 4:57 PM
Hey! Managed to test it out on docked, and to me it seems not so much better 

maybe 20fps at most

DIGERATI_000255



DIGERATI_000235

Pl.'s App. 260