# EXHIBIT C-11

Best regards,

**ANDY DENNIS**
HEAD of FINANCE / ACTING CEO



---

**From:** Digerati Accounts
**Sent:** 16 February 2023 12:41
**To:** Conrad Grindheim <conrad@conradicalgames.com>
**Subject:** The Outbound Ghost Q4 2022 Royalty Payment $37,224.01

Hi Conrad

Please be advised we have now paid the above amount. Funds should arrive tomorrow along with the usual confirmation directly from Moneycorp, however I'm letting you know today since I recall in the past you have had to check with your Swiss bank on occasions.

Best regards,

**ANDY DENNIS**
HEAD of FINANCE / ACTING CEO

