# EXHIBIT C-13



DIGERATI_000354

Pl.'s App. 271



DIGERATI_000353

Pl.'s App. 272