# EXHIBIT C-14

Pl.'s App. 273







































# The Outbound Ghost

Store Page

No one has rated this review as helpful yet 0

**Recommended**
3.6 hrs on record

Posted: March 8
This game is great graphics, story and idea wise. The gameplay however takes a very basic and generic run which sadly hinders this game. it is the same attack inputs every single time

NC Pitts
127 products in account 0

---

1 person found this review helpful 0

**Not Recommended**
11.4 hrs on record

Posted: February 4
Overall nice game, but the whole combat system is really redundant and story is not over imho (main character's plot is obviously cut short for some reason)

privetmilki
114 products in account 0

---

4 people found this review helpful 0

**Recommended**
6.4 hrs on record

Posted: February 1
The closest thing to Paper Mario on PC. Comfy times.

Zephir
6,865 products in account 0

---

1 person found this review helpful 0

**Not Recommended**
19.0 hrs on record

Posted: January 10
Lots of interesting concepts that end up poorly executed. Music and art are the best part of this game.

the illest
78 products in account 0

---

19 people found this review helpful
2 people found this review funny 1

**Not Recommended**
18.7 hrs on record

Posted: January 5
Publisher screwed over the developer big time. DO NOT SUPPORT THEM. DO NOT BUY.

Gullible Idiot In Training
56 products in account 0

---

4 people found this review helpful 1

**Not Recommended**
20.3 hrs on record

Posted: January 9
### The Outbound Ghost - A Ghost of a Game

This game has a lot of potential, but as it stands now, this feels more like a late stage alpha release. If there are some big updates that tie up loose ends and adds more content, this may be worth buying. As it stands, this game really isn't complete.

The Good
- This game maps are beautiful. Each area looks picturesque. So much so that there are areas throughout
that seem designed specificly to appreciate the sight.

- The combat system overall is fairly nice, allowing players to approach battles in a multitude of ways.

The Bad
- The size of the maps are simply enormous. While beautiful, this

samuelbakes18
137 products in account 0

---

3 people found this review helpful 1

**Not Recommended**
23.3 hrs on record

Posted: January 7
As charming as this game seems, unfortunately I can't recommend it.

I went into this game basically knowing nothing about it. I heard it was Paper Mario-esq so I watched the trailer and bought it on sale to give it a try. I've since played through the main 4 chapters on hard difficulty but decided not to peruse the epilogue 5th chapter. My verdict? The game has some solid core concepts and heart, but simply isn't finished.

**Story**

No spoilers: Initially, the story has some intrigue as you explore a new world alongside your mute main character. You quickly realize that everyone else are ghosts too, and there's some mystery as to what happened and why. Other side plot points are brought up or hinted at along the way, adding complexity to the story.

ablair24
53 products in account 0

---

2 people found this review helpful 0

**Not Recommended**
13.1 hrs on record

Posted: January 4
There are a lot of things wrong with this game. I feel that a solid summary of this game would be that it's half-assed. The mechanics aren't fully thought out, the pacing of the story (especially after chapter 2) sucks, and every puzzle is brain-dead easy.

Mechanics:

SewerPancake
182 products in account 0

---

No one has rated this review as helpful yet 0

**Recommended**
18.2 hrs on record

Posted: December 31, 2022
This is a yes or no. It is a very good looking game, nice and clean with distinct graphics. Game play even on normal can offer some difficulty depending on the figments you choose. The biggest issue I can find is the story. It in incomplete in my opinion. Some side characters in the story are introduced, involved a decent amount and then disappear. The main character you start as doesn't even get a completed story line. And some story lines aren't even

kitcatplz
73 products in account 0

---

3 people found this review helpful 0

**Not Recommended**
8.7 hrs on record

Posted: December 31, 2022
Beyond the events occurring between the Developer and the Publisher, Outbound Ghost just isn't a fun game. A shifting main character, that keeps previous characters' weapons and items, a story that argues against itself, and very linear level design will be the least of your complaints. Good luck finding what status effect does what, as well!

For further thoughts on The Outbound Ghost, check out our video review:

YouTube™ Video: G2D's Game of the Year Awards! [And A Review of All The Games we Played in the Second

Gateway2Drillbit
184 products in account 0

---

3 people found this review helpful 0

**Not Recommended**
11.5 hrs on record

Posted: December 25, 2022
Unfortunately I can't recommend this game. It started with a lot of promise with an intriguing premise and a fun looking setting to explore but the game play turned into a dull grind.

The biggest disappointment for me was the execution of the story. The pacing was all over the place, characters were introduced and then disappeared and none of the reveals felt satisfying. I kept playing, hoping things would come together but it never really did and the ending in particular came out of nowhere and made very little sense. While the art style was very lovely the world itself just felt empty.

Celestial Pigeon
141 products in account 0

---

43 people found this review helpful
2 people found this review funny 2

**Not Recommended**
6.3 hrs on record

Posted: December 13, 2022
This game is not authorized by the developer. I cant support a game that was pushed without his blessing.

DillyDaliDew
201 products in account 0

---

1 person found this review helpful
1 person found this review funny 0

**Recommended**
0.4 hrs on record

Posted: December 9, 2022
i enjoy this game lot. i dont get about comment people put makes no sense

OmfgitsJakey
188 products in account 0

---

67 people found this review helpful
3 people found this review funny 0

**Not Recommended**
0.4 hrs on record

Posted: December 9, 2022
Don't buy this game until the developer regains control from the publisher, or manages to release independently. What ♥♥♥♥♥♥♥♥. Such a shame because it is a great game.

---

77 people found this review helpful
60 people found this review funny 3

**Not Recommended**
4.4 hrs on record

Posted: December 8, 2022
This review is no longer authorized by the player.

Back to top

DIGERATI_000320

SeriouslySpecific
625 products in account
0

TangyPop
1,513 products in account
0

7 people found this review helpful
2 people found this review funny 0

Not Recommended
3.1 hrs on record

Posted: December 23, 2022
This game is boring and empty.

What's worse, the game designer is now trying to pin blame on the developer for his boring and empty game, and now has entered the nomanland (i.e. no update land) of legal battle.

What's EVEN worse is that legal battle is sure to be more exciting than any battles in this game.

PapaBrain
638 products in account
0

4 people found this review helpful 1

Recommended
11.6 hrs on record

Posted: December 19, 2022
**To preface this review**, I will try to mark story spoilers with spoiler tags, so you can still play the game blind after reading this.

I found out about The Outbound Ghost via Twitter and was honestly pretty excited for it, being a life-long Paper Mario fan and having yearned for an indie Paper Mario type game on Steam for years. After having played it to completion, I feel.. *conflicted*.

First of all, Steam Deck compatibility is near perfect. Some areas will drop some frames and the scaling is a bit off (player level counter is cut off, the cutscene borders don't extend to the very top/bottom, in extreme circumstances some text can be cut off on either side, unwanted assets visible at the bottom of the screen), but gameplay wise it works perfectly.

**Onto the game itself now, let's start with the good bits:**

Relavien
621 products in account
0

18 people found this review helpful 0

Not Recommended
15.8 hrs on record

Posted: December 15, 2022
From a storytelling perspective, The Outbound Ghost is one of the worst games I have ever played. As the game progresses through four excessively long convoluted chapters (followed by an optional 5th chapter that has nothing to do with the story of the first four), it is clear that Conradical Games had no idea where to take The Outbound Ghost as the developer failed to wrap up most, if not all plot threads by the game's end.

Despite its visual charm and delightful music, The Outbound Ghost fails on nearly every level.

Combat is exhaustingly repetitive with no incentive to use anything but maybe one skill with an area of effect to deal damage to more than one enemy at a time. Your attackers, the Figments, auto heal after each battle if they arent KO'd, which is incredibly easy to avoid.

marcanine
381 products in account
0

133 people found this review helpful
4 people found this review funny 4

Not Recommended
3.4 hrs on record

Posted: December 8, 2022
Do not...I repeat .....DO NOT BUY THIS GAME! This game is literally shovelware that a BS publisher launched without the permission of the developer. There is currently legal action being taken by the developer. From a gameplay perspective it feels like a real early alpha that should not have seen the light of day. It looks great....play's like a horrible rip off of paper mario complete with no items, shoddy AI fights, No memorial charaters and no real depth to the story. please do not buy this game. if you want to see work from the dev I recommend you look at there work directly but not from this publisher.

lucajo16
111 products in account
0

59 people found this review helpful
1 person found this review funny 4

Not Recommended
2.4 hrs on record

Posted: December 7, 2022
Putting this at the top so you can't miss it. TL,DR this game is not like Paper Mario or Bug Fables. Skip this one.

I'm gonna be honest, I bought this game not only because it was another indie resembled paper Mario, but because I wanted to support the developers of this game because from the videos and screenshots, the game looked really promising and it was clear that they put hard work into it. And considering how much I enjoyed a similar game, Bug Fables, I was looking forward to this. I stopped playing once I got to the cave of delusions. I was pretty disappointed by this game for quite a few reasons.

Hyper Entity
163 products in account
0

No one has rated this review as helpful yet
2 people found this review funny 0

Recommended
1.4 hrs on record

Posted: November 26, 2022
Best Paper Mario game in years

Mr. Cannoli
171 products in account
0

9 people found this review helpful
3 people found this review funny 0

Recommended
2.2 hrs on record

Posted: November 23, 2022
I made the soundtrack for the game and it is wonderful to see (only 2 hours in) how everything has come toghether, good job m8!

Bithium
20 products in account
0

No one has rated this review as helpful yet 0

Recommended
2.9 hrs on record

Posted: November 22, 2022
Very cute and unique experience!

Daniiee
147 products in account
0

2 people found this review helpful 0

Recommended
0.8 hrs on record

Posted: November 22, 2022
Like Paper Mario but different. I haven't gotten too far into the game yet but the story has me hooked.

The Intangible Bigfoot
2,091 products in account
0

No one has rated this review as helpful yet 0

Recommended
5.4 hrs on record

Posted: November 18, 2022
fantastic sound design. the world and its characters are all so cute!!

hungrymatcha
35 products in account
0

No one has rated this review as helpful yet 0

Recommended
17.5 hrs on record

Posted: November 18, 2022
Steamdeck ✅
Ghost type Paper Mario 👻

psiloveyou
181 products in account
0

1 person found this review helpful
1 person found this review funny 0

Not Recommended
15.1 hrs on record

Posted: November 28, 2022
The game is only 15- 20 hours long. Story is kinda poorly told, but the characters arent bad. Love the music, I bought it because it looked like Paper Mario, but its just not. I feel like if the story had better direction, the game woulda been much better.

QuickNade23
78 products in account
0

11 people found this review helpful
1 person found this review funny 0

Not Recommended
0.2 hrs on record

Back to top

Posted: November 22, 2022

Like many others have said, this game looks great, but feels very lifeless.

The beginning of the game just throws you in, without really any explanation of anything, really. Characters come out of nowhere, and you don't really understand why. I played about 10 minutes and immediately hated it.

Combine that with the combat tutorial that was overly complex for a game that is obviously inspired by paper mario, and you have a game that immediately disappoints when it doesn't bring you the same charm, or fun, that its inspiration so easily does.

myles_dobson
414 products in account
0

---

1 person found this review helpful 0

Recommended
3.9 hrs on record

Posted: November 20, 2022
Product received for free

## feels very much like paper Mario but unique

The Outbound ghost is a Cute indie RPG that feels very much like paper Mario but unique, and with oh so cute art design! The game doesn't only nail the art department but also nails the sound engineering too! I still have way more to play and cannot wait to see what the developers add to the future road map.

TTV||Cdog_
385 products in account
0

---

1 person found this review helpful 0

Recommended
45.2 hrs on record

Posted: November 20, 2022

I wish there was a neutral option honestly but overall I did enjoy most of the game, and I do stress the word MOST. There is a part of the game where you play different characters and you will realize an immense amount of stuff has happened to the main character with little to no story or background behind it. What actually drove me to some anger was the ending where your thrown into random areas with little to no understanding and are unable to explore in some cases. The timeline doesnt add up, there is a ton of unanswered questions I found and I was honestly not satisfied as to why everyone including our main character is being turned into a demon through the eyes of another. Now I 100% know they are setting it up on purpose for DLC and probably needed to release this for some cash flow to complete it since the last thing you see is End?.

HellzHero™
845 products in account
0

---

3 people found this review helpful
6 people found this review funny 0

Not Recommended
6.8 hrs on record

Posted: November 6, 2022

For a game about ghosts, you'd expect it to have more soul.

assume the position
270 products in account
0

---

No one has rated this review as helpful yet 0

Recommended
19.3 hrs on record

Posted: November 1, 2022

7/10 get back here Adrian!

Overlord Seaweaver
478 products in account
0

---

8 people found this review helpful 0

Not Recommended
22.0 hrs on record

Posted: November 16, 2022

First let me address a few things which are more than likely why you'd be interested in this game. The game looks a bit like Paper Mario, but that's where the similarities end. There isn't much of a plot or clear objectives in the game, and the battle system is only like Paper Mario in that you encounter visible enemies that you can avoid.
The battles have up to 4 characters that you can use, any can be exchanged for others, and they collect various abilities as they level up. All characters level together, and none of these battle characters are NPCs with lines, they are basically just things you throw out for battles. Each guy can attack, defend/aether up (the latter allows them an extra move next turn if they have enough attack points), use a skill, or run away. No items, other than those you craft with and the abilities you craft which are mostly terrible.
The entire rest of this game is incredibly long linear treks with the occasional part where you get lost or miss something or simply have to backtrack because the plot demands it. There are relatively few context clues or NPC comments to help you figure out the way to go, and most of the secrets require very long backtracking. This is probably the worst aspect of the game, it's boring as hell.
The next worst part though is the plot, which again is very nonexistent. Basically you'll play as a character for a bit, then the game sort of moves to some other character and forgets about the ones that came before other than like some brief appearances that don't matter much. It seems to pick up at one point later in the game, but don't let this fool you. The ending is absolutely horrible and nearly all of the plot points in the game are left unresolved. Unlike the intro says, you don't actually save the people of outbound or really have any meaningful impact whatsoever on them in general. The only part where it seems like you might matter in this game is a part in chapter 1 near the end, but again that arc ties itself up and is pretty much forgotten thereafter.

P4wn4g3
151 products in account
0

---

1 person found this review helpful 0

Not Recommended
0.9 hrs on record

Posted: November 15, 2022

uhhhh this game is uhhhhhh okay.... I couldn't play through the first part of the game. Feels very rushed and feels lifeless. The Music does not fit at all, the looping in the music are not well done. This game should've had a ♥♥♥♥ ton of playtesters when it was in development. It was a game i was hoping for and it was a game i refunded. If it gets updated and everything gets fixed i'll come back to it. But the music has to be different

Bluemew
126 products in account
0

---

6 people found this review helpful 1

Recommended
107.6 hrs on record

Posted: November 13, 2022
Product received for free

## Intro

I've never played Paper Mario, but I understand that it is also turn-based, and what seems to be heavy inspiration for The Outbound Ghost.

I'll say if, hypothetically, The Outbound Ghost and Paper Mario were a 1:1, even as a new player, I wouldn't want to check Paper Mario out. This game does just enough things either frustrating or short of the mark that I found my time wasn't entirely well-spent, nor particularly memorable. I enjoyed the journey, unremarkable as it was, but that's all. One of these styles of games in my life is enough for me, and I suppose I spent that time with this one.

| **Pros:** | **Cons:** |
| --- | --- |

Bigshot
1,469 products in account
0

---

4 people found this review helpful
1 person found this review funny 0

Recommended
9.7 hrs on record

Posted: November 11, 2022

I'm only giving this a positive review because I could see what the developers wanted this to be, and I really want more devs to pursue this game style, but this was not a well-planned experience.

I'd been following this one for a long time on Twitter and I always expected it to be the next big Paper Mario tribute, but I judged it too early. Even after reading all the bad reviews, I had no idea how disappointed I was going to be. It's a bummer, because it really had a foundation for something great.

The visuals are beautiful, but generic and thematically inconsistent. The writing is concise, but bland and dry. Characters are visually striking, but have no unique personalities because they mostly speak in objective observation. And the events we can observe are rinse and repeat goose chases that serve as little more than padding until the credits role. The combat scratches the surface of

Braytendo
380 products in account
0

---

2 people found this review helpful 0

Not Recommended
22.7 hrs on record

Posted: November 11, 2022

I'm not good at organizing my thoughts, so i'll keep it brief.

There are too many questions i have about the story/world that go completely unanswered and battle mechanics are very lite IMO.

If you want a paper mario-like game. go play Bug Fables. Better story, better world, better battle mechanics.

Shosan
87 products in account
0

---

14 people found this review helpful 0

Not Recommended
4.2 hrs on record

Posted: November 2, 2022

I wanted to write a review just as a caution. Sometimes things really look too good to be true. This game *looked* good, but unfortunately it was only in the looks. I played for only 4 hours, didn't even get past Chapter 1, and was already so bored. Combat is repetitive, everything feels empty, and there's just a general sense of a lot missing while playing this game. I probably would have refunded the game if I hadn't tried to give the game a change and played for too long

Back to top

DIGERATI_000322

felt like there was a lot of unanswered questions, maybe I didn't do

Smoked Cheddar
130 products in account
0

non sequential order to match his memory breaks. I understand

voxktrot
34 products in account
0

4 people found this review helpful 0

**Not Recommended**
12.6 hrs on record

Posted: October 8, 2022
I enjoyed the game but it felt hollow. The art is fantastic but its the best thing about the game the story gets repetitive fast and has no real pay off for a finale. I was left with more questions than answers so many scenes that could have been cut without consequence. It made me feel like I wasted a lot of time for nothing, feels like they tried to set up a full series before they finished writing the full game.

Yellow2020
150 products in account
0

2 people found this review helpful 0

**Not Recommended**
1.5 hrs on record

Posted: October 8, 2022
To get to the point, absolutely don't waste your money. This game is bland.

A very big disappointment, this game didn't have any charm to it or even hint that the characters would grow and show personality. I was hoping that there would be cute and expressive characters like all the other Paper Mario styled games are so bursting with, but it doesn't seem like there is any thought put into the design of anybody or any thing in this game. It has a very singular and basic battle system that uses the same slider bar for everything that I encountered in the short amount of time that I played this game before requesting a refund, but work in uncomfortable ways that punish you for trying to see how they act, so you won't be allowed time to get used to it. There is no

Crocuta Crunch
33 products in account
0

3 people found this review helpful 0

**Not Recommended**
1.3 hrs on record

Posted: October 6, 2022
i was kinda expecting a fun murder mystery with bug fables/paper mario like combat, but it's basically a glorified button presser game. You press a button, you attack, you press a button, you heal. The timing isn't hard and I played on the hardest difficulty at the start, at first I was like "Wow, this is actually kinda tough and unplayable, no wonder it's the hardest gamemode!", then after a single level up it became a cakewalk and I never died. I was really hoping for the game to be a smash hit like bug fables was, this game had so much potential but it just fell flat so fast.

Invisible Lenny
163 products in account
0

2 people found this review helpful 0

**Recommended**
1.2 hrs on record

Posted: October 6, 2022
I was a kickstarter backer and I haven't played too much yet but as far as I got I am enjoying so far. Its really nice that if you lose a battle you can start over instead of having to start from a save point. I am loving the soundtrack and also the design of the game is just really nice to look at.

pmag
814 products in account
0

1 person found this review helpful 0

**Recommended**
15.7 hrs on record

Posted: October 5, 2022
It has what all games need in my opinion: Settings to make it easier!!! Really though, I suck at games, but I still love playing them, so I appreciate settings to make it less frustrating so I can explore with ease and enjoy the story more. Also I like most of the music.

Jess FB
20 products in account
0

10 people found this review helpful 0

**Not Recommended**
7.3 hrs on record

Posted: October 5, 2022
If I could give a "meh" review, I would. I cannot recommend this game to even the most diehard Paper Mario fan.

On the outside, the game looks great, but then you get into the nitty gritty and find that it's mostly just maps that are too large in a game with a lack of exploration incentive, the entire story being wild goose chases, every single character being one-dimensional, and a pretty hollow combat system.

Great presentation, terrible "guts" is the best way to describe the game.

Orange
155 products in account
0

2 people found this review helpful 0

**Not Recommended**
15.3 hrs on record

Posted: October 5, 2022
It's ok. If you buy this game expecting an experience similar to Paper Mario or Bug Fables, you'll be left disappointed. The story basically revolves around this goose chase with a particular character, and each chapter revolves around a different character's point-of-view and their own character arc. Most of the characters themselves are very one-note and didn't make me think twice about their development. The combat is fine but felt lacking. Art and design of the game itself was beautiful but the level layouts felt empty. Like, the entire game you're basically just going from one area to the next, fight a few enemies, pick up some loot, and move forward. Basically, there's no points of interest or sidequests that'd make the player want to branch off from the main path. There's no currency so you can't buy items from a shop, there's no badge system. No fetch quests. No reason to backtrack. You simply progress through the game normally with little to no

Jones BBQ & Foot Massage
128 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
43.0 hrs on record

Posted: October 4, 2022
This game has one of the most interesting and well-designed turn-based combat systems I've encountered in a long time; there was clearly a tremendous amount of thought put into it in regard to consistency and depth of strategy. Playing on max difficulty, almost every battle felt like a fun puzzle to solve. There's a lot of potential for customization and accommodation for different play styles, including fine tuning difficulty settings and whatnot.

That being said, in a lot of regards the game feels rather unfinished. The devs (who to their credit are very responsive to the playerbase) have indicated they plan on adding sidequests to the game in the future, which would be nice because as of right now there are basically

Boogaloo
106 products in account
0

1 person found this review helpful 0

**Not Recommended**
10.2 hrs on record

Posted: October 4, 2022
I was hyped for this game and love the dev enthusiasm for this game. I have to be harsh since I reach a point where I just can't finish this. You reach a moment in the "story" where you go around the whole map for cut scenes and supposed context for the story and I felt at that moment my time was being wasted.

The good stuff is the game graphically looks fantastic and evokes the Paper Mario Style, the soundtrack is also a fantastic highlight.

6 people found this review helpful 0

**Recommended**
22.3 hrs on record

Posted: October 4, 2022
the game was amazing and I was deeply invested. Sadly the ending is very sudden and barely answers any of the questions built up and left the journey feeling tarnished to a degree. Great game terrible ending :(

Back to top

DIGERATI_000325

The bad, the combat is not that deep, is repetitive and you get overwhelm with so many abilities. The combat has no explanation on why you use figments which are minions or in the game story emotions. As to why I can be sure since I stopped at I think chapter 5 or about 9 hours in. The combat tries to follow the Paper Mario formula but fails in variety and distinction. Your Figments or minions attack the same with a bar of different colors. The damage depends on the class of figment, you get 4 figments at any given time to use in the fight. The abilities follow the same bar from red to green for the max damage of the attack. Difference is it goes more faster and tricky vs the normal attack. On hard the you will notice how monotonous the combat gets, you get to use ap which allows you to attack more than once on a turn. To get AP you sacrifice a turn in defense mode to refill extra ap, this gives enemies in hard mode in the beginning a big advantage. I felt hard the enemy damage for the same figments vs mine did too much and had too much health. I got bored and turn the difficulty. Paper Mario the OG and Thousand Year door combat was unique, sure a bit repetitive but Mario had a jump timing attack, you partners had normal attacks that were unique and each had a unique special. The abilities were more compact and based on a badge system. This game goes a bit more like pokemon in the leveling system

Drahko
247 products in account
0

Vannilion
70 products in account
0

1 person found this review helpful 1

**Recommended**
18.5 hrs on record

Posted: October 2, 2022
I love it

Buddy
136 products in account
0

---

No one has rated this review as helpful yet
1 person found this review funny 0

**Recommended**
23.8 hrs on record

Posted: October 4, 2022
It's a great concept, hopefully it'll become a great franchise, BUT, at the moment, the game is just "barely good, there are a lot of empty spaces, inconsequential npcs, and missing key features (like a map...)

Again, I did love the concept, hopefully this will become the Mario Party killer.

My score: 7/10

Chuy Hardy™
2,374 products in account
0

---

4 people found this review helpful 0

**Recommended**
16.3 hrs on record

Posted: October 4, 2022
I am so torn on this game. On the one hand, it has amazing visuals, a fun battle system, great music, and some memorable characters.

On the other hand, the story is just so disjointed. I don't want to get into too many spoilers, but the main character gets waved aside after the first chapter and then you spend time with other perspectives and characters that never truly go anywhere. One of the twists is told quite quickly and it felt more like the writer was trying to undo a decision he made that he didn't like.

Towards the end of the game, you start to delve deeper into the mystery of the world and its inhabitants. Then, it just ends? There is very little resolution to so many dangling plot threads.

The game sets up so many cool and intriguing ideas, but does not pay them off in any way. There are certain moments in the game that left me confused simply because they moment or the

PhoggyΨυχη
557 products in account
0

---

4 people found this review helpful 0

**Not Recommended**
4.1 hrs on record

Posted: October 3, 2022
I had really high hopes for this game but in its current state, I cannot recommend it. It's possible that I might revisit my review later if things change but as of current here's a little insight:

The game has a few things going incredibly well for it. It has a lot of charm. The art is incredibly nice to look at for fans of the "Paper RPG" aesthetic. The music is rather enjoyable. It has turn-based combat (which is good if you're generally a fan like I am).

Characters have some decent personality and having the option to speed up battles is always a welcome feature.

On the other hand, there are a lot of things that are lacking or need some improvement.

The combat is... not engaging and fights don't feel like they have anything close to a linear progression in terms of difficulty.

Ororodawn
42 products in account
0

---

35 people found this review helpful
1 person found this review funny 2

**Not Recommended**
13.6 hrs on record

Posted: October 3, 2022
Only 5% of players have the "Finish Chapter 2" achievement at the time of this review, which is 2 weeks after release. With the Chapter 1 version not too far ahead with only 13.5% completion.

If that does not speak for itself, I will be a tad bit more explicit.

The charm in this game is purely in the aesthetics; otherwise, the game is extremely lackluster in every front. Exploration, combat, difficulty, but worst of all, story and writing are all mediocre at best.

For a PaperMarioesque game, it is sad to see such rushed pacing in the story department, with little setup and payoff.
Tons of people are saying it is not fair to compare this game to Bug Fables, which I severely lack the understanding of why that is not a fair comparison. Both games are trying to heavily emulate the

Daddy Kong
578 products in account
0

---

2 people found this review helpful 0

**Not Recommended**
1.2 hrs on record

Posted: October 3, 2022
I don't typically write reviews for games because my opinion is pretty trashy, but this game has quite possibly the best and worst bits to an rpg that I have played. The art, music and general aesthetic are amazing, taking on a style similar to the newer entries in the paper mario series. Only gripe I have is that the music is very short and the constant looping gets mind numbing after playing in one zone for the full exploration of it.
In terms of the story and character writing, after playing through 3 chapters, I couldn't honestly tell you what any of the characters reasons for being there are. Your character obviously has the exploration for the sake of it, but all gained party members not only don't add to combat but they feel shoehorned and forced into travelling with you instead of having a reason to go along. During the first chapter I thought that I was going to have to fight the first two party members but then they just.. joined.
I think with tweaks to the story and more of a natural introduction into the world, this game could be up there with some of the great

Forrestfyre
138 products in account
0

---

No one has rated this review as helpful yet 0

**Recommended**
7.7 hrs on record

Posted: October 2, 2022
Love is game, the combat mechanics are very fleshed out and polished. The freedom the game allows you with it is actually insane!

VIVI
95 products in account
0

---

No one has rated this review as helpful yet 0

**Recommended**
23.6 hrs on record

Posted: October 1, 2022
Good game! Art style like Paper Mario, game play more like a different RPG. There are still some bugs but it is getting a lot of patches every day. Definitely worth it if you're a big fan of RPG's

I'm bored
44 products in account
0

---

1 person found this review helpful 0

**Recommended**
10.3 hrs on record

Posted: October 1, 2022
I normally dont leave a review but dam this game is good

Asura
296 products in account
0

---

No one has rated this review as helpful yet 0

**Recommended**
33.3 hrs on record

Posted: October 1, 2022
Very similar to the classic Paper Mario games. Good battle mechanics and good looking.

gunZARToys
43 products in account
0

---

2 people found this review helpful
3 people found this review funny 0

**Recommended**
365.5 hrs on record

Posted: October 1, 2022
This game is great.

Conrad please release my wife and kids I did what you asked I played your game. I miss them God I miss them so much.

rochkooh
1,192 products in account
0

---

1 person found this review helpful 0

**Recommended**
1.6 hrs on record

Posted: October 2, 2022
It is a really good game. It is fun and feels well finished. My main issue with it is that I can see my mouse throughout game-play. Since it was made in unity, I know this sort of thing can be fixed with like 2 lines of code.

joshandjacka1234
335 products in account
0

---

3 people found this review helpful 0

**Recommended**
21.1 hrs on record

Posted: October 1, 2022
Similar charm to Paper Mario: The Thousand Year Door. The story is great so far, the combat is awesome, i'm enjoying it! Can't wait to finish this first playthrough and run it again on a higher difficulty :]

edit: I forgot to mention, the music has been stuck in my head since I started playing.

Back to top

DIGERATI_000326

Ouchies
492 products in account
0

No one has rated this review as helpful yet 0

Recommended
40.8 hrs on record

Posted: October 1, 2022
An enchantingly cute game with a surprising amount of depth. Emotionally invested in this since my first minutes of playing and I think any fan of older paper marios and rpgs in general should give it a shot.
9.5/10 game for me, with some bug fixes that the devs are pumping out its sure to eventually hit a 10/10

Milana
82 products in account
0

No one has rated this review as helpful yet 0

Recommended
37.7 hrs on record

Posted: September 30, 2022
we'll get this started with the tl;dr: game's good, if you like jerpegs, but hotdamn it has some odd ideas regarding pacing. outbound is a solid jrpg that has taken great lessons from the genre's history while also, inexplicably, emulating many mistakes from the genre's history. the latter doesn't ruin the game, mind, but i haven't played a million of these games to've not developed some amateur sense of what makes them work well.

Atticus
115 products in account
0

No one has rated this review as helpful yet 0

Not Recommended
1.3 hrs on record

Posted: September 30, 2022
I played a little bit of the game before getting a refund but I was really hoping that this game was going to be like the first 2 Paper Mario games and Bug Fables but its not yet sadly. The world to me feel empty. I didn't get that far into the story but heard that there is only 5 chapters witch I think is to short and was kinda hoping for 8 to 10 chapters. If this game develops more or gets more story and the world feels more lively I might pick it up again.

Krystal Wolfy
162 products in account
0

No one has rated this review as helpful yet 0

Recommended
4.4 hrs on record

Posted: September 30, 2022
Absolute banger, enjoying it so much.
Only gripe i have is that it's acting really weird on 2560×1080,

triestgieter
61 products in account
0

No one has rated this review as helpful yet 0

Recommended
17.1 hrs on record

Posted: September 29, 2022
Great game. Works on deck!

Ahuri3
549 products in account
0

57 people found this review helpful
1 person found this review funny 9

Not Recommended
19.1 hrs on record

Posted: September 30, 2022
The Outbound Ghost is a game with an incredibly promising exterior — wonderful art and music direction, sufficiently interesting premise, polished graphics (relative to the genre), and a solid combat system. What lies inside, however, feels unfortunately hollow, rushed, and not very well thought through. I will apologize in advance for being what will probably come across as extremely harsh; if the developer ever reads this review (and judging from activity in the other reviews, I suspect they will), I want to be clear that this comes from a place of care and constructive criticism.

I will also avoid major spoilers to the best of my ability, though discussing the basic narrative structure and some thematic spoilers is unavoidable.

Let's start with the high points. As mentioned in the intro, the art is truly very charming and breathes life into the project. That, I think,

Cougy
200 products in account
0

No one has rated this review as helpful yet 0

Recommended
15.8 hrs on record

Posted: September 30, 2022
Product received for free

Adventure into the afterlife with a gang of ghostly friends who all have a burden from their past life. There will be similarities here from previously turned base paper RPGs but with enough of its own unique DNA to move you forward. If you're looking for a causal action role playing game with a light hearted story this might be the game for you!

For more info check out my video review on The Outbound Ghost on YouTube @ Steftendo.

YouTube™ Video: The Paper Ghost! The Outbound Ghost Review (PC)
Views: 420
Taking turns with friendly members in the afterlife is just the start of your quest. Can you

Steftendo
82 products in account
0

No one has rated this review as helpful yet 0

Recommended
13.3 hrs on record

Posted: September 28, 2022
b

BeezBorgur
26 products in account
0

4 people found this review helpful 0

Recommended
18.0 hrs on record

Posted: September 29, 2022
Overall 5/10 pretty meh overall

First off, to say this is something akin to paper mario mischaracterizes it. It has the look of paper mario but not much else. The gameplay and battles kind of reminds me more of the persona series.

Sooper Dooper
149 products in account
0

No one has rated this review as helpful yet 0

Recommended
15.9 hrs on record

Posted: September 29, 2022
Just finished the main story of the game, and all I can say is that I enjoyed every minute of it! With twists and turns, and familiar "Paper Mario" action timing, the story and combat of the game kept me engaged over the course of its main story.

While... confusing... at times, the story of the game keeps its pace from the start through the end. The character interactions were

Vyn D'undel
75 products in account
0

No one has rated this review as helpful yet 0

Recommended
2.8 hrs on record

Posted: September 28, 2022
Fun little adventure game.

I wasn't sure what I was going into when I got this, it looked like a cute little RPG with pokemon-like battling mechanics, Im very pleased with the outcome of it! Worth the money if you like adventure RPG's with a healthy dose of battles, The themes of the mons being around emotions is really unique, and a take I haven't seen before

Tavey
169 products in account
0

No one has rated this review as helpful yet 0

Not Recommended
2.4 hrs on record

Posted: September 28, 2022
This game isn't bad but it isn't good either. I'm only at the first chapter but I don't even enjoy it. The game looks nice and plays fine but every feature of the game is boring. The story is literally just running around areas until you find the next story area. The battles are so simple and boring and once you get Mimicry you beat every enemy in a few turns. The characters are cool but any NPC has no real reason to be talked to because they don't give side quests or cool items. There also wasn't an opening cutscene that explains who you are which confused the hell out of me.

ShoobDude
228 products in account
0

1 person found this review helpful 0

Not Recommended
31.7 hrs on record

Back to top

Posted: September 28, 2022
I'm coming at writing this review from a very conflicted place because I really enjoyed this game up until the very abrupt and half-baked ending. But in the end, the conclusion soured the entire experience enough for me that I can't in good faith recommend it. If you're interested in a Paper Mario-type game and don't mind the story falling flat, this is very passable. But if you're looking for a satisfying story, look elsewhere.
Overall, it had a lot of really good ideas that mostly just fizzle out.
Pros:

skullandcrossstitch
217 products in account
0

No one has rated this review as helpful yet 0
Recommended
50.0 hrs on record
Posted: September 27, 2022
Cool game that makes you relive the older Paper Mario style whilst spicing it up with ways to build your party!

Raitch
48 products in account
0

1 person found this review helpful 0
Not Recommended
0.5 hrs on record
Posted: September 27, 2022
far too basic. everything feels stiff.

crooked
136 products in account
0

No one has rated this review as helpful yet 0
Not Recommended
10.8 hrs on record
Posted: September 28, 2022
I had a good time with this game overall, however, the 2nd half of the game definitely tails off and loses momentum. I really enjoyed all of the experience up to the end of chapter 3, but after that, things get very repetitive, and lead to an ultimately incomplete ending. This game left a lot more questions than answers, and while sometimes that is a good thing, I was left with a bad taste in my mouth from an otherwise great experience. The developer definitely has potential, as the music and world itself are great ideas, but the overall story needed a bit more time being prepared.

Rjd87
9 products in account
0

No one has rated this review as helpful yet 0
Not Recommended
0.7 hrs on record
Posted: September 28, 2022
By the time I write this, only 14% of players achieve the first chapter completion. I bet many is confused because the game has little to no objectives when you start. No prologue of who you are, you're just a Casper with "???" as your name. You walk, then you get into your first battle, and

Riverus Iscariot
72 products in account
0

No one has rated this review as helpful yet 0
Recommended
16.1 hrs on record
Posted: September 27, 2022
Pretty fun game. Aside from the charcacter models, overworld movement and general progression the game isn't actually as similar to paper mario as some sources suggest, but the combat is fun (arguably more so than paper mario), the story is intriguing (currently in chapter 2 out of 5)

Odd owl
7 products in account
0

No one has rated this review as helpful yet 0
Recommended
9.6 hrs on record
Posted: September 27, 2022
After about 5 hrs, I will say The Combat is great because the game lets players choose how they want to build their team and stats. The variations on how the player can conduct battle is amazing. The artwork is very charming and beautifully presented. My 2 gripes with the game so far are

LeeChaoLingLing
72 products in account
0

4 people found this review helpful 1
Not Recommended
14.2 hrs on record
Posted: September 28, 2022
The Outbound Ghost looks like a fun, Paper Mario-inspired RPG, but that's just about all that it has going for it. Beyond the game's incredibly cute ghost designs, there's nothing of interest here.

One key element that made classic Paper Mario so good was its charm, and Outbound Ghost has absolutely none of that. The "story" is a nonstop wild goose chase and the cast is a group of flat characters who refuse to talk to each other, inoffensive at best and actively annoying at worst.

An RPG without a good story or characters isn't necessarily bad, provided the game has some fun exploration, mini-games, or other gameplay elements to keep you going. Unfortunately, Outbound Ghost does not. The only thing Outbound Ghost has to show you is its combat. There are no side quests. No collectibles. Nothing. The only thing to do is fight ghosts. There are small, collectible crafting items that you can find... but these are only used to craft equipable

Jello
86 products in account
2

No one has rated this review as helpful yet 0
Recommended
17.5 hrs on record
Posted: September 28, 2022
Where do I even begin on this gem of a game?
Firstly, I've never played Paper Mario, but literally everyone and their mother who has played it makes a ton of comparisons between this game and that one. So, if PM is a favorite of yours, at the very least you should enjoy the graphics and combat system.
Secondly, I personally enjoy the wide range of difficulty options in the game; it truly makes the experience completely customizable if any part is too hard or easy for you.
I also very much enjoyed the combat system. I have kind of bad hand eye coordination, so I turned the skill bar off and the game instantly became a classic turn based rpg, which is my favorite type of game. Any kind of classic RPG skill you can imagine is available somehow in this game, so if you like turn based combat at all, you'll enjoy the combat of this game.
And finally, about the story. I personally loved the story of this game, it's cute yet dark at the same time and I really enjoy how everything was put together. I'll be honest though, I predicted the

Big Yike
86 products in account
0

No one has rated this review as helpful yet 0
Recommended
11.8 hrs on record
Posted: September 27, 2022
A nice party-based Paper Mario-like RPG. There's far more party members you get throughout the game then I'd expected at the start, each with their own niche, which you can assemble into a party of 4 in a fun combat system. There's highly customizable difficulty, and the dev is very active with support so any problems you run into will get fixed very quickly if you alert them on the discussion forum.

A Guy
2,012 products in account
0

2 people found this review helpful 0
Recommended
19.7 hrs on record
Posted: September 27, 2022
PSA: Please ignore all negative reviews with under an hour of playtime. I don't know what compelled them to spout off based on the first couple minutes of the game, but the common worries present in those reviews are not only addressed in the first few hours, but actually subverted in clever ways - so much so that I can confirm that many of these complaints are *wrong*. These people offering up their baseless takes are, not to mince words, making complete asses out of themselves. At worst, you have a very solid game with some messy onboarding.

I'll quickly address the main two points before going into my actual review:

Ree-Tee
242 products in account
0

No one has rated this review as helpful yet 0
Recommended
3.6 hrs on record
Posted: September 27, 2022
This game is so charming! I really love every aspect of it from the battle system to the art and graphics to the music, it's really all well put together and creates a wonderful, exciting, funny and just overall interesting package of a game.

Due to being really busy lately, I haven't gotten that far into the game but it impressed me so much in less time than other games that I just had to leave a review. It is very similar to Paper Mario and it's story is cool and reminds me a bit of Ghost Trick as far as premise goes, though I'm sure it will unfold in a greatly different manner.

Wodan
13 products in account
0

No one has rated this review as helpful yet 0
Recommended
23.5 hrs on record
Posted: September 26, 2022
This game mixes the strategy of classical JRPGS with the charisma and combat style of Paper Mario. It has its own charm, but it's not exactly like one or the other.

THE GOOD
- The artistic part of the game is sublime, reminiscent of Paper Mario
- Characters have good designs and are charming for the most part
- Somewhat simple battle mechanics for casual players

Back to top

DIGERATI_000328

Mina Votieso
148 products in account
0

No one has rated this review as helpful yet 0

Recommended
6.9 hrs on record

Posted: September 27, 2022
This game is amazing been looking for a paper Mario like game and this one is amazing! Found out about it on Reddit so happy I did!

STINKFINGER
3 products in account
0

No one has rated this review as helpful yet 0

Recommended
13.1 hrs on record

Posted: September 27, 2022
Awesome game

heroedecartooon
2 products in account
0

1 person found this review helpful 0

Recommended
6.6 hrs on record

Posted: September 26, 2022
I want to bang mary

ITJUSTWORKS
259 products in account
0

2 people found this review helpful 0

Recommended
22.3 hrs on record

Posted: September 26, 2022
This is a really fun little paper rpg with a well thought out and open combat system that lets you build a team however you want. It's definitely worth picking up at only $20.

Doctor Shuu
356 products in account
0

No one has rated this review as helpful yet 0

Recommended
12.5 hrs on record

Posted: September 26, 2022
I've been on a bit of an RPG binge as of late and once this game popped into my recommendations, I knew that I had to check it out.

One of the biggest selling points to me is the battling system. Throughout the game, you automatically pick up Apparitions, little ghost creatures that act as your party members for battles. You have your basic RPG member types represented by the Apparitions, the healer, tank, glass cannon, and so on. However, as you continue on, you will come across Apparitions that give you a bigger variety of play styles, such as debuffing, spreading status effects, leeching HP, and more. This allows you to experiment with different strategies and see which ones are to your liking.

And you are definitely going to need those strategies for the surprisingly difficult bosses the game throws at you. Even on normal difficulty, I found myself dying quite a few times thanks to

HogusBogus
16 products in account
0

1 person found this review helpful 0

Recommended
37.1 hrs on record

Posted: September 26, 2022
The Outbound Ghost is a charming Party-Based RPG akin to Paper Mario and Bug Fables, but it's important to remember it was never intended to be them. While character art style and turn-based combat are similar, that's where the comparisons end. Instead, this game is more story-driven, with mandatory battles dispersed throughout.

The Outbound Ghost has charming characters, catchy themes, and gorgeous environments and is definitely unique. The developer for this game has been hard at work non-stop since release and listening to community feedback, improving quality of life, fixing bugs, and even mentions of future content. If you are reading earlier reviews that say anything about bugs, I recommend that you look the other way, as most of the things they mention have already been fixed.

Furthermore, for only $19.99, a casual play-through will give you

Inkline
115 products in account
0

No one has rated this review as helpful yet 0

Recommended
3.5 hrs on record

Posted: September 26, 2022
Loving this adorable mix of paper mario and persona/pokemon i think the leveling mechanic is unique and the fact all of your comrades stay at the same level makes me way more likely to check out every ally the game has to offer.

datfuzzyhat
104 products in account
0

4 people found this review helpful 0

Not Recommended
0.7 hrs on record

Posted: September 26, 2022
It has really pretty graphics. I'll give it that. But the gameplay is way too boring and simplistic and the characters aren't too interesting. The main character in particular goes beyond the typical boring ass silent protagonist debacle and has no personality whatsoever; not even their facial expression changes. It's always the same blank look. Atleast Mario reacted to his surroundings in the Paper Mario games.

I'd look elsewhere for your RPG fix because this just ain't it.

MonoChaos
278 products in account
0

No one has rated this review as helpful yet 0

Recommended
3.5 hrs on record

Posted: September 26, 2022
I'm loving this so far. The little musical nods to other old game soundtracks I'm hearing are wonderful. Really great game play options as well for if you want to do a super challenge run like paper mario master quest

Kobooold
216 products in account
0

2 people found this review helpful 0

Recommended
8.2 hrs on record

Posted: September 25, 2022
Great indie Paper Mario type game!

Kurock
574 products in account
0

No one has rated this review as helpful yet 0

Recommended
21.6 hrs on record

Posted: September 25, 2022
Awesome game! There are so many different aspects to explore.

Quark261
10 products in account
0

6 people found this review helpful
1 person found this review funny 2

Not Recommended
14.5 hrs on record

Posted: September 25, 2022
I'm going to try to keep this short. I'm gonna fail, but here we go.

The potential on display in the first hour had me fully ready to call this my favourite game of 2022 but ♥♥♥♥♥♥♥ hell, that impression died a violent and sad death.

Lemme start by saying this is a long game. Not that there's a lot of content, just that the game has zero respect for the player's time. This is exemplified in a section where you to go through an underground tunnel to get to the next plot point and proceed to walk through a dark featureless tunnel for about a solid minute.

In fact there is a general issue with the walking speed in that it seems to be designed for a game about half the size. But don't take my word for it, just ask the developer who dropped a patch on day two to allow you to spam dash by holding down B rather than

pie
106 products in account
0

19 people found this review helpful 2

Not Recommended
12.2 hrs on record

Posted: September 25, 2022
As a major fan of Bug Fables, The Outbound Ghost popped up on my radar and I picked it up because it looked interesting and I wanted another experience like Bug Fables. Unfortunately the game fell short of that expectation, but even without the comparison to other games, The Outbound Ghost has too many general flaws for me to recommend it.

My main gripes with the game are:
- The game says it has 5 chapters, but ~~it actually just doesn't have a chapter 3 and~~ chapter 5 is just the post-game. (Edit: Looking back, there is a chapter 3, but it is extremely short relative to the other chapters, like 20 minutes or less)
- Levels are massive with hardly anything to find besides crafting materials.
- The majority of boss fights happen for no good reason with quite a few bosses being literally invisible and having odd placement in the world.

Dysteny
330 products in account
0

No one has rated this review as helpful yet 0

Recommended
12.8 hrs on record

Posted: September 25, 2022
Music - 9/10
Combat - 8/10
Gameplay - 7/10
Story - 5/10
Length - 10-15 Hours

Very charming RPG. Although it's currently

1 person found this review helpful 0

Recommended
25.8 hrs on record

Posted: September 25, 2022
super cute game with a lot of content compared to a lot of other indie games around this price. even just the depth of combat from all the different characters you collect makes this game worth it, but also the maps are very pretty and quite big. the characters are cute and actually

No one has rated this review as helpful yet 0

Recommended
36.3 hrs on record

Posted: September 25, 2022
Product received for free

When this game was pitched, it was advertised as a Paper Mario inspired game. So I was expecting at least a 7/10, with a high chance of 9/10.

Back to top

DIGERATI_000329

Bon
153 products in account
0

metawinner
1,693 products in account
0

Phiction Of Grandeur
12 products in account
0

No one has rated this review as helpful yet 0

Recommended
52.2 hrs on record

Posted: September 25, 2022
I have thoroughly enjoyed my time playing The Outbound Ghost.
Both in a casual setting, where I loved the art style, the story and also slowly figuring out the combat system, and also in a speedrun setting, where I loved refining the route.
Conrad, the main dev, has gone above and beyond constantly changing and adding features to make the experience even that more satisfying.
I'd highly recommend giving the game a try :)

ClashCode
34 products in account
0

1 person found this review helpful 0

Recommended
10.1 hrs on record

Posted: September 25, 2022
Paper Mario + Casper = The Outbound Ghost. The entire game in one word you say? Awesome. The games combat is just as slick and fulfilling as Paper Mario with its own ideas and formula added in. The story aint too bad either. I have yet to finish the game so this review is incomplete, but i'm 8 hours in and just finished chapter 2 and there are 5 chapters.

Because i'm not a total shill and can see the problems that are just below the surface here are a few. First off the menu'ing is clunky and unorganized. You will notice right away after you start to craft your aspects that sorting through it all and scrolling all the way down constantly gets old fast. The combat is nice, but when it comes to looking up the buffs and debuffs of enemies and allies its rough. The

SaintlyOni//TTV
618 products in account
0

No one has rated this review as helpful yet 0

Recommended
15.8 hrs on record

Posted: September 25, 2022
Excellent game! Paper Mario but a little more classic Final Fantasy party system- someone had to do it- and they did it well!

GuardianAngel934
203 products in account
0

2 people found this review helpful 0

Recommended
5.6 hrs on record

Posted: September 24, 2022
easily better then any of the recent paper mario games. built in randomizer and several difficulty levelers promises lots of replay value for those looking for it.

rjneuen
665 products in account
0

5 people found this review helpful 0

Not Recommended
3.0 hrs on record

Posted: September 25, 2022
The Outbound Ghost is a very bland game that hides itself behind the artsy style of paper mario that we all love. The combat system is bland, the enemies are all tedious, the ais for the enemies are terrible i.e. healing enemies when they are full hp, and even on spectral difficulty it feels like

attackingdragon
45 products in account
0

5 people found this review helpful 0

Not Recommended
13.2 hrs on record

Posted: September 25, 2022
This game is cute, has fun gameplay, a fascinating world, beautiful graphics considering the paper aesthetics, and a clear and present heart that tells me that it was made with love.

Which is why it is deeply upsetting how

Null&Void
124 products in account
0

No one has rated this review as helpful yet 0

Not Recommended
22.5 hrs on record

Posted: September 25, 2022
This game has a classic feel to it with what could be so much replay value to it. Right off you can control exp gained, difficulty, and randomizer affects which affects the game a lot. The game may have just came out at the time of this review, but there has been several patches to the game which

Bakuan
135 products in account
0

1 person found this review helpful 0

Recommended
14.1 hrs on record

Posted: September 25, 2022
My actual opinion is neutral, neither positive nor negative. I mainly do a positive review to help the dev.

My overall experience with the game was positive. For those wondering, if you do not 100% the game it last about 10 to 12 hours.

seblav
47 products in account
0

4 people found this review helpful 0

Not Recommended
7.8 hrs on record

Posted: September 24, 2022
The game is fun, just feels like get to point A to point B. It has that Paper Mario charm, without the puzzles to advance. So if you are looking for a game that has bit of puzzles or obstacles there isn't really much. Least I haven't came across anything like that, as I made myself to the third zone. The battle system on the other hand, it's quite charming and I like it, and there is sort of a mini game to picklock gates, so that's neat. Cute game, just feels like

Voidmoo
240 products in account
0

2 people found this review helpful 0

Recommended
0.8 hrs on record

Posted: September 24, 2022
This is a cute little game that I think is worth your time if you liked the older paper mario games. Good mechanics, cute art, nice music (If a bit repetitive). Overall a nice little experience, with some rough edges/awkwardness that is easy to ignore given everything else. I'm still early in, but you can tell a lot of love went into the game.

Of note, some weirdness - Why am I able to attack dead enemies? Not sure if this becomes a mechanic later on, but in the early game at least, it feels accidental and irritating to be able to target dead enemies.

The Goat You Dreamt Of
390 products in account
0

No one has rated this review as helpful yet 0

Not Recommended
8.5 hrs on record

Posted: September 24, 2022
Not happy with how the publisher/developer interaction is at the moment, wait for approved game... Cute game so far. Some portions seem a bit difficult, while others seem way to easy. The difficulty doesn't seem to scale well as the game progresses? (Not sure if its me or the game situation.) Overall I very much enjoy the game, but feeling a bit frustrated at parts.

Cain & Rabbott
210 products in account
0

1 person found this review helpful 0

Recommended
19.5 hrs on record

Posted: September 24, 2022
Very fun game! If you love Paper Mario and Bug Fables, then you will enjoy this game. This is my first steam game ever so some of the controls feel less intuitive, but the story and battle system is great. I feel like I have gotten the value of the game for playing 6ish hours so far.

kBO
1 product in account
0

1 person found this review helpful 0

Recommended
5.3 hrs on record

Posted: September 24, 2022
I saw the trailer for this game and in the first 15 seconds I was sold.

It hit home to those Paper Mario days, and it delivers decently in the combat.
You can tell that a lot of love and hard work has been poured into this and it

Lex
504 products in account
0

1 person found this review helpful 0

Recommended
3.6 hrs on record

Posted: September 24, 2022
Paper Mario TTYD is in my top 5 games of all time, and this scratches that itch that has existed since then. The visual style is absolutely gorgeous, and fits the world very well. The designs for all of the various figments are also beautiful, each one very unique and fits their naming theme

Sigilyphs
305 products in account
0

1 person found this review helpful 0

Recommended
14.8 hrs on record

Posted: September 24, 2022
This game is pretty fun... You get thrown into a mystery and get to explore across the area as you first chase someone for answers while a mystery is in the background.

Collecting various Figments that are

Ales
188 products in account
0

Back to top

No one has rated this review as helpful yet 0

**Recommended**
26.8 hrs on record

Posted: September 24, 2022
I'll keep it short. Game is fantastic, and it's the best Paper Mario-like of the recent years. Character art's simple but expressive, vistas are gorgeous, combat feels mostly good (status effect lack of scaling makes it fall off some,) music is A+, and dialogue is very smart. Basically, all the important stuff is right.

The randomized apparitions feature needs some work in regards to scaling to the area. On hard mode I experienced the first two zones impossible for random encounters without extreme RNG. It's not like you have a lot of tools to outplay a tough encounter at level three. And I can't imagine what it feels like on Nightmare while randomized. This is more than any kaizo randomizer asks of people, so for now if you're

cleanpossum
134 products in account
0

---

No one has rated this review as helpful yet 0

**Recommended**
6.4 hrs on record

Posted: September 24, 2022
Very fun game. Buy it

Gameshark
147 products in account
0

---

3 people found this review helpful 1

**Not Recommended**
0.8 hrs on record

Posted: September 24, 2022
Left perhaps the worst first impression I've seen in a while.
Dreadful first hour turned me off pretty hard.

OWRRYYYYYYYYYYYYYYYYYY...
103 products in account
0

---

2 people found this review helpful 0

**Not Recommended**
1.5 hrs on record

Posted: September 24, 2022
For me, this game is just a meh. I'm a huge fan of Paper Mario so I thought this would be an absolute blast, but comparatively, Outbound Ghost seems pretty lifeless.

*I only played through Chapter 1, so some of these may or may not get better later, but honestly I really didn't care enough to play longer to find out.

Story: Average
Like I said I only played through Chapter 1, so this one I can't really comment too heavily on this aspect, but the plot seemed okay. The NPCs however feel very flat. There's no real emotion or quirks that make the characters stand out. NPCs are far and few between and besides the story-based ones, all the others say some generic line. Compared to Paper Mario (or even Bug Fables), this game just feels empty.

the_garlic_monkey
392 products in account
0

---

No one has rated this review as helpful yet 0

**Recommended**
17.7 hrs on record

Posted: September 24, 2022
The Outbound Ghost is a ~15 hour long love letter to old-school paper-like rpg games. Being separated into 4 Chapters (main story) it features beautiful visuals and environments, charming characters, a great soundtrack and hilarious dialogue. The combat system will feel familiar to everyone who played the old mario rpg games or, to an extent, the pokemon games however it is also very easy to understand for newcomers. While not being very deep the combat feels well balanced which also requires strategic thinking to get the most out of your moves. Personally, although not intentionally skipping any parts/challenges throughout the story I had some problems with the enemy scaling in chapter four with some enemies being 10 levels above mine. Overall the game is rather challening and unnecessarily punishing at times. Anyways the game allows you to change the difficulty at any time outside combat.

It needs to be said that the maps in the game are quite huge with

Priapismus
151 products in account
0

---

5 people found this review helpful
2 people found this review funny 0

**Recommended**
3.4 hrs on record

Posted: September 24, 2022
You are a ghost who is surrounded by ghosts who can't see other ghost you can see.

10 out of 10

Really, it's good :)

SpiffyBiscuits
399 products in account
0

---

2 people found this review helpful 0

**Recommended**
4.2 hrs on record

Posted: September 24, 2022
Solid RPG with a unique system. Most of the way through Chapter 1 you'll get the Mimic skill which lets YOU mimic ANY, yes bosses too, enemy mid fight to use their own skills against them. Your stats stay your own, but it adds such a hefty layer of strategy for the higher difficulties.

Also the dev has been doing steady patches and fixes.

EclipsedHusky
673 products in account
0

---

1 person found this review helpful 0

**Recommended**
28.7 hrs on record

Posted: September 24, 2022
Product received for free

Paper Mario & Bug Fables cannot even compete with this on the hardest difficulty fr 😝

Perc
9 products in account
0

---

6 people found this review helpful
9 people found this review funny 2

**Recommended**
2.5 hrs on record

Posted: September 24, 2022
Amazing sequel to The Inbound Living Guy. Highly recommend!

CrookBook
1,279 products in account
0

---

1 person found this review helpful 1

**Recommended**
56.2 hrs on record

Posted: September 23, 2022
Paper Mario TTYD, with Tales-like difficulty settings, visible turn order, ♥♥♥♥♥♥' cute little ghosts everywhere...I love it.

Whelk
223 products in account
0

---

No one has rated this review as helpful yet 0

**Recommended**
1.9 hrs on record

Posted: September 24, 2022
Have played about 3 hours so far, and am really enjoying the game so far! The battle mechanics may seem pretty simple to older RPG gamers with the auto restoring of health and mana, but on higher difficulties the battles are tough enough to still be a decent challenge. Picked it up because of the Paper Mario: TTYD vibes i got from this game and the dialogue hasnt disappointed so far, very tongue in cheek. so far id say 9/10 overall; especially considering the price.

ImTinyRichard
58 products in account
0

---

1 person found this review helpful 1

**Recommended**
27.7 hrs on record

Posted: September 24, 2022
"When we make a friend of what we previously could not face, what once haunted us now

---

5 people found this review helpful 1

**Recommended**
14.4 hrs on record

Posted: September 23, 2022
I wanted to save my review until I finished the game. Judging by the rarity of the achievements, I am one of the first bunch to beat it. No spoilers, just vague references.

Back to top

DIGERATI_000331

becomes an invisible, parallel ally, a beckoning hand to our future."

- David Whyte

Welcome to the Ghost Burden Relief Team. *The Outbound Ghost* is a charming tale about helping ghosts face their burdens and finally ascend to the afterlife. It's cutesy aesthetic and colorful cast of characters makes it a refreshing journey to sit back, pet a ghost dog, and help heal some trauma — and occasionally change your combat strategy because of a difficult boss. If *Paper Mario* created the genre, and *Bug Fables* refined the genre, *The Outbound Ghost* shows us just where this genre can go when you take a risk and break the mold.

Black Luma
188 products in account
0

I loved he visuals and art style. In my opinion, it absolutely nails the look of a spiritual successor to Paper Mario. I loved all of the little ghosties and their expressions.
I loved the Figments. I enjoyed collecting these, felt almost like Pokemon. I seriously recommend giving Solitude and Spite a chance on your team, they are both incredibly useful. Comradery I also ended up using the whole game, incredible support figment.
The combat I give props for being creative, unfortunately it became a little bit of a chore late game. I found a combo where every non-boss encounter became trivial. More HP enemies, and enemies who I could never fill the stun meter on, became not so fun to fight. I almost never used Aether Up, using my turn to do an action became way more useful especially if my healer could top off anyone I was worried about being attacked. Some more narrative

thelegendofme
331 products in account
0

No one has rated this review as helpful yet 0

Recommended
2.9 hrs on record

Posted: September 23, 2022
Charming game with its quirks but dev seems to be patching them out nicely in small updates as they are noticed. Having a lot of fun with my playthrough and man is the art style so cute! I can see where some would have issue in terms of story or gameplay (see other reviews) but I'm pretty simple and its a fun experience!

astralghosty
92 products in account
0

7 people found this review helpful 0

Not Recommended
17.8 hrs on record

Posted: September 23, 2022
Decent game but needs some touchups:

Reduce difficulty spikes/grinding.

A lot of broken geometry, It's very easy to find places to boundary break.

Some areas of the game feel empty and lifeless.

An Alaskan Bull Worm
375 products in account
0

No one has rated this review as helpful yet 0

Recommended
6.1 hrs on record

Posted: September 23, 2022
Paper Mario 64 meets 2022. Lads this just hits like that good good from 04', so swing on in and good luck with the timings on the attacks. Hella fun to learn and not overly punishing while being able to churn out a challenge.

Doneski
246 products in account
0

No one has rated this review as helpful yet 0

Recommended
18.2 hrs on record

Posted: September 23, 2022
I dont enjoy making reviews for a game i havent finished but here you go:

theres randomizer options from the beginning, which is good (to have options) but bad you have it unlocked from the start, unlocking by defeating hidden or special figments wouldve been better OR at the end of a first playthrough.

you have options to make it easier to play the game, better XP, more damage, more defense from the start, which is super weird...again you couldve easily have those options unlocked by doing stuff within the game (unlocking by each completed boss or chapter) or after the

Choaslegion
1,115 products in account
0

No one has rated this review as helpful yet 0

Recommended
0.6 hrs on record

Posted: September 22, 2022
Beautiful game. Amazing Dev. Makes me smile when great games like this are released.

Oh the Ir0ny
80 products in account
0

No one has rated this review as helpful yet 0

Not Recommended
11.5 hrs on record

Posted: September 22, 2022
.

giygas
802 products in account
0

11 people found this review helpful 0

Recommended
7.3 hrs on record

Posted: September 22, 2022
Just an awesome relaxing cute-as-a-button kind of game ❤️

r3n4ud
7,677 products in account
0

1 person found this review helpful 0

Recommended
17.5 hrs on record

Posted: September 23, 2022
Product received for free

Been a great time so far, almost done in Chapter 4. Some challenging bits here and there, but all it takes is a different approach most of the time. I love that exploration is rewarded fairly well to me. It's been such a nifty and quaint joy to have found this game. From story to game play everything is really solid.

Edit: beat it, much close than I thought I was. Wonderful game! Can't wait to do post game stuff. Big Note: the snicker in this game is worth

AlkanVaanHope
490 products in account
0

1 person found this review helpful 0

Recommended
4.5 hrs on record

Posted: September 22, 2022
TLDR: WORTH THE PRICE even with the following complaints. If you like light RPG's and this art style this game is for you.

Combat and Story are lacking. Repetitive gameplay and not enough customization or variation in attacks and enemies.

Ouster Dane
326 products in account
0

5 people found this review helpful 0

Not Recommended
1.0 hrs on record

Posted: September 22, 2022
So I started playing "The Outbound Ghost" and unfortunately did not have a good time. I've already found 4 bugs (the camera shaking like an earthquake for no reason, the washed out filter playing over the music even though I was outside a bush, I can't type my name, and the

Alfe5
227 products in account
0

2 people found this review helpful 0

Recommended
4.6 hrs on record

Posted: September 22, 2022
Product received for free

So I have heard many mention this is a Paper Mario like game but i will have to respectfully disagree. The art is similar but different, the music isn't the same and the combat is quite different. The badges

perfvillain
3,877 products in account
0

No one has rated this review as helpful yet 0

Back to top

Recommended
19.2 hrs on record

Posted: September 22, 2022
Initial impressions are good! The game is very cute in art and the music is nice. The battle system is neat with the slider for hitting the sweet spot to do more damage. Hitting it on some of the skills though is very difficult.

Wish I could expand the mini map tho because the maps you pick up are just static images.

Sai Rainfire
101 products in account
0

---

4 people found this review helpful 1

Not Recommended
8.7 hrs on record

Posted: September 22, 2022
The Outbound Ghost is the KOTOR 2 of Paper Mario Fangames; a well built and well thought out game with an interesting narrative and likable characters that slowly falls apart the closer you get to the end. Which sucks given how a lot of love and effort clearly went into this game. Let's start with the good.

The combat and narrative are the things that really stand out, while a fangame like Bug Fables is more than okay with not exploring the furthest depths of concepts it touches on, Outbound Ghost goes all in with its settings and characters, with some characters commenting on how other ghosts "ascending" is just death again for everyone they leave behind. Combat also doesn't settle for only having a new singular gimmick and instead has a few new systems present, like the new badge system and pokemon-esqe companion system, that really shake up the old Paper Mario format.

Sadly, a majority of Outbound Ghost's problems stem from its

Grindor_11
299 products in account
0

---

16 people found this review helpful 0

Not Recommended
1.8 hrs on record

Posted: September 22, 2022
It breaks my heart to say this because this game is clearly a labor of love and passion, and I love Paper Mario and games like it (Bug Fables for example), but The Outbound Ghost just doesn't quite make it.

While the premise and artstyle is lovely, it just feels a bit half-baked in many areas. I don't really mind the lack of lengthy introductions or tutorials, but I can definitely see why people feel discouraged by it. If you're an experienced GaMeR™ you'll find your way no problem, but any newcomers will quickly feel lost, and it does make the whole thing feel a bit unpolished.
Another thing is how the few NPCs you meet (at least at the start) seem to just be one-liner jokes without a lot of reason to exist. They don't say anything interesting, they're not part of quests, they just sit in a random place and throw a tame joke at you and that's that.
Your party members are kind of even worse in that regard. You

Uh oh.
1,125 products in account
0

---

1 person found this review helpful
1 person found this review funny 1

Recommended
3.4 hrs on record

Posted: September 22, 2022
This game is very fun and simple. The characters are cute and the music is relaxing. It certainly has much replay value while reminding me of old school paper mario.

Pengu
249 products in account
0

---

No one has rated this review as helpful yet 0

Recommended
16.9 hrs on record

Posted: September 22, 2022
this game is amazing if you like paper mario, its very cute and gameplay is really fun

kiicha23
371 products in account
0

---

No one has rated this review as helpful yet 0

Recommended
19.8 hrs on record

Posted: September 22, 2022
Despite what I might have to say, I recommend this game.
I think the developer of this game has something going and I am looking forward to what they'll learn and do next.

What's good?
-Combat system is interesting and engaging - it lets you get creative with your team, their upgrades, and the different ways to counter and fight enemies. This is the main gameplay mechanic and I'd say it's solid and good if you like tactical turn-based combat.
-Movement feels clean and smooth.
-Visuals are very nice.
-Music is fun.
-Bol.

What could use some work?
-I felt I was constantly holding down the boost to get anywhere. Smaller distances might have been nice, or at least have the large scale of the game include more flair and elements.
-Combat balance was rough in the late game. I played on normal until about halfway through chapter 4. I was forced to readjust difficulty settings because I was struggling to fight a couple bosses.
-Story flow was hard to follow once we got into chapter 4, which also felt like it went on for a long time. [Semi-spoiler] The ending was a bit of a letdown - I would have liked more resolution of ideas, story, and characters. I was left confused.
-Menus were...ok to navigate. But a way to search or organize them would have been nice.

Zokenman
144 products in account
0

---

No one has rated this review as helpful yet 0

Recommended
4.4 hrs on record

Posted: September 22, 2022
It's so cute, comfortable to play (I would use a controller, so much better.)
The animation is cute and the adjustability is incredible. Having different game mods and modifications means it's replayable in different settings, difficulties, etc.
The story is cute and engaging, and the combat is fun (turn based) and interactive, on ahigher difficult you need to actually strategize depending on your comrades.
Definitely get this, so far, it's worth it.

BeanInABarrel
230 products in account
0

---

2 people found this review helpful 0

Not Recommended
1.4 hrs on record

Posted: September 22, 2022
At the time of writing, I'm only 1.4 hours into the game. So far its been a very lame experience. It started off pretty bad with the game not teaching you how anything works, not even walking or opening the menu, it just gives you a cutscene and throws you into the game. It sorta teaches you combat, but mostly that the attacks are time based. I hear people say its part of the amnesia but that's a terrible excuse for not teaching you the basic controls, it doesn't even tell you that you can do surprise attacks, I only found it by pressing random buttons; no keyboard edit either to look at button actions.

The fighting is meh, but its early game so that's not unexpected; whats not great is how dull the 'badges' are, from being not worth equipping to being uninteresting small buffs.I have no idea what the status effects do or how much some buff or deduff. Yes some are obvious but others have names that you can only guess what they do, like wind cutter buff. Some moves feel straight up useless.

Dragonfly
515 products in account
0

---

1 person found this review helpful 0

Recommended
16.5 hrs on record

Posted: September 22, 2022
I HIGHLY recommend this game based on its quality and price.

**The Good**

- The Story and characters are charming and mostly unique. There are some oddball funny characters you don't expect as well.
- The graphics and world design look fantastic.
- The combat is mostly satisfying. A typical turn based RPG style. Also, there is a speed-up function!
- Enemy design (aesthetically) is very cool. There are only a couple "re-skin" type of enemies for the most part.
- The Boss fights were incredible, even though frustrating at times.
- The music is fitting and spread out between areas and combat nicely

Yama
420 products in account
0

---

No one has rated this review as helpful yet 0

Recommended
7.2 hrs on record

Posted: September 22, 2022
When I saw a preview for the game on Twitter a month or two ago, I fell in love with this game. The art style was captivating from the start. Gameplay is smooth, mechanics are well thought, the fights are engaging and not overly repetitive. You create a sort of "perks" with

BaConway
162 products in account
0

---

28 people found this review helpful 1

Not Recommended
0.7 hrs on record

Posted: September 22, 2022
I want to love this game. I should love it. But the first hour of gameplay or so has seriously turned me off.
The game doesn't setup any of the narrative or mechanics effectively, there's no explanation as to how or why we are partnering with these figments, why we're

moodragonx74
703 products in account
0

---

No one has rated this review as helpful yet 0

Recommended
13.7 hrs on record

Posted: September 21, 2022
I'll try and leave a more detailed review after completing the game but so far so good. It provides what it says. A fun RPG with combat (that partly reminds me of Bravely Default, one of my favorite games) and lots of exploration & a great artstyle. I will say it does feel a bit empty at times

ricksed
1,497 products in account
0

---

1 person found this review helpful 0

Recommended
8.6 hrs on record

Posted: September 21, 2022
After a decent amount of hour put in, I can definitely recommend this game on multiple fronts.
-Visually, it's style is so unique and charming, every map feels unique and just an absolute joy to look at, with character models that feel so stylish and set it apart from any other game.
-The mechanics feel very in depth and well designed, making it incredibly fun to learn and play, with plenty of room for replayability.
-the game runs incredibly well, with very few bugs (in my experience), and those that I have noticed are typically quite minor and are resolved with a simple reload of the game.
-the only feedback of what I would like to see improved on are the controls. Everything is controlled solely through the keyboard, and I

AlphaLemon
51 products in account
0

Back to top

DIGERATI_000333

2 people found this review helpful 1

**Recommended**
0.8 hrs on record

Posted: September 21, 2022
Cute little paper mario esque RPG

Schfifty Five
832 products in account 0

No one has rated this review as helpful yet 0

**Recommended**
4.0 hrs on record

Posted: September 21, 2022
great game

deadpoolmtg69
300 products in account 0

1 person found this review helpful 0

**Recommended**
19.9 hrs on record

Posted: September 21, 2022
Don't get me wrong, I'm enjoying this game but I don't recommend it for others. It's a great game for RPG newcomers with its simplicity, but that's hurting the game as well. At the time of this review I finished Chapter 1 an the game is very linear with no side quest or anything to distract you from the main story, the world is big but with very little to explore. the only thing you can "collect" are crafting materials which are overabundant since they are also earned through combat so they don't feel special to find even when it comes to the Figments since there not really different enough to make combat feel fresh an becomes tedious, I think the only reason I'm enjoying the battle system is because I love level grinding in all RPGs so the tedious nature of the game doesn't bother me but I can see why it's off putting for others. if things change in further chapters I'll update this review.

(9/22/2022 Update:) after clearing Chapter 2 I find myself board & going back to playing my other titles. it's not a Bad game, there's just very little content. the locations in Chapter 2 were better then 1, but exploration still doesn't feel rewarding an combat felt lacking compared to 1 as well. I finished Chapter 2 so much faster due to there being less things to fight.

(9/23/2022 Update:) after clearing Chapter 3, Disappointing & Boring. I see why there's no achievements tied to it since it has nothing to offer. if you were already on the fence about this game being empty wait until you reach Chapter 3. to be fair this section is 100% story, just walk from point A to B with no real game play outside from that. I'm hoping Chapters 4 & 5 will have more to offer then what 2 & 3 did. so far the games beginning is its funnest part. there's nothing wrong focusing on the story, but the most engaging thing about this game is the battle system then introduces a part without it, thankfully its roughly 30mins

SoMuchKatPea
309 products in account 0

No one has rated this review as helpful yet 0

**Recommended**
3.8 hrs on record

Posted: September 21, 2022
Product received for free

There are few single-player games that I can get sucked into, especially recently, but I can easily put a whole day into this game in one sitting. I previously played the beta on Normal and I'm very excited to have supported the project. Congrats, Conrad!!

The music is well-done, and I find myself feeling nostalgic when I listen to it. The setting is beautiful and the options to sit and take it all in are very cute! The characters, the humor, and the fighting system are so so funny and unique. All around I am having a great time. You also

AmaTama
65 products in account 0

33 people found this review helpful 2

**Not Recommended**
6.1 hrs on record

Posted: September 21, 2022
This game feels like it is almost there for being an absolute amazing game however I have a few complaints about it.
1. I feel the game doesn't have much content inside roaming around. The maps are pretty huge without really doing anything inside it. The only items you can get in the game are for crafting and even that feels lack luster.
2. The difficulty spike is mostly just numbers and you would have to grind to make for no real reason.
3. There are some bugs in which my character gets stuck and I can't get out. I was in an area that wouldn't let me use the map to teleport and couldn't progess.

DMCNuggets
165 products in account 0

No one has rated this review as helpful yet 0

**Recommended**
5.7 hrs on record

Posted: September 21, 2022
This game is to die for

Sloppy Pooters
46 products in account 0

No one has rated this review as helpful yet 0

**Recommended**
19.7 hrs on record

Posted: September 21, 2022
great gmae

plasticity
15 products in account 0

7 people found this review helpful 1

**Not Recommended**
1.2 hrs on record

Posted: September 21, 2022
(small spoilers of character names + early gameplay in general)

I've followed the dev on their YT and Twitter throughout the development of this game and have had the game on my wishlist for about three months before its release, so I was ~suuuuper excited for its release date. I admired the art style, graphics, gameplay ideas so much from teasers and trailers that were dropped that it just fueled my excitement even more; but I'm honestly just so bummed out that I don't think I'll be playing this game again.

You're only given about a 2 minute brief tutorial about what buttons to press when you're in a battle and then just like that you're tossed into the game with your character already being level 3 (from the tutorial, I think? although I could've sworn I was lvl 3 at the start) and you're with a character who is already in your party named Regret who is not introduced at all.
I'm a huuuge story fiend and that was really stressed in the development video on YT when the game was released that this game had a lengthy backstory to it. To say that and not introduce the first character seemed very off to me, and then Comradery was shortly added after as well to the party and was also not introduced / had no back story at all. (I'm really confused if I missed a route in game to not have these intros trigger but I'm just going to assume this is how it was programmed since the dev had mentioned the whole game was redone after the battle idea had been added into the game, intros shouldn't be rushed though.)
There's a map in game but it doesn't really show much of where you're going/where you are currently. The small preview map on the bottom left just has red (for your enemies) and blue (for your party) little circles that should help you, but it doesn't because the whole

p ♡
111 products in account 0

No one has rated this review as helpful yet 0

**Recommended**
3.2 hrs on record

Posted: September 21, 2022
If you liked any Paper Mario, you'll love this game.

AbsoluteAtlas
16 products in account 0

No one has rated this review as helpful yet 0

**Recommended**
5.8 hrs on record

Posted: September 21, 2022
This is so good. Elements of paper mario mixed with Mario rpg (Yes this is its own game), really can't wait to keep playing this.
The combat is simple but fun (think Costume Quest) and looking around the world is fun. Good story thus far also.

AbsolutelyJank
162 products in account 0

No one has rated this review as helpful yet 0

**Recommended**
3.0 hrs on record

Posted: September 21, 2022
Absolutely loving this so far! Beautiful graphics, refreshing non stressful strategy based combat and a very intruiging story. Definitely recommended, perfect atmosphere for the autumn months!

22nmaca
44 products in account 0

No one has rated this review as helpful yet 0

**Recommended**
5.9 hrs on record

Posted: September 21, 2022
I've been really enjoying this game! It is a fun paper-like rpg with an interesting and intuitive combat system. It also has an interesting badge-like system to give different teammates power boosts.

There is also an emotional depth to the game that is refreshing for this genre that I won't go into to avoid spoilers, but the story, the music and the art all look amazing!

My only critiques are about the UI:

1) while you are dealing with figments the UI is a little confusing. For example, It took me a long time to figure out how to remove the badges I gave to the figments, and then it took

Back to top

No one has rated this review as helpful yet 0

**Recommended**
3.9 hrs on record

Posted: September 21, 2022
Very charming game with a beautiful world. Highly recommend if you are a fan of Paper Mario, or RPGs in general

Aimless Wanderer
142 products in account
0

me a little longer to realized that you can press left and right to switch which badge you were removing. This could be resolved with the left and right keys, (or arrows) being displayed in the bar with the badges when you are un/equipping badges.

2) It is also a little confusing when you are crafting to know when you have the crafting crystals, as there is no where that says how many you have in the crafting menu.

3) It would be nice to have a list somewhere of the crafting materials I have obtained and where I have received them from, which ones I have seen in a recipe, and maybe ???'s for ones I haven't obtained.

These are very small UI nitpicks considering the game doesn't have a huge team working on it. I am constantly impressed with the game.

rad
23 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
5.6 hrs on record

Posted: September 21, 2022
This is a great homage to the famous classic Paper Mario!

Has all the quirks of fun, silly characters that journey with you. The combat is quite fun although incredibly easy at times. So, if you're like I am and choose the hardest

vynxxgaming
430 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
22.2 hrs on record

Posted: September 21, 2022
I was very excited for this game to come out, and it didn't disappoint! First, it was much cheaper than I expected, so that was a nice surprise. The game is super cute, has fun dialogue, and has a clear story line. You only use your keyboard, so that took a second to get used to, but once I

AspenSunflower
81 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
8.0 hrs on record

Posted: September 21, 2022
Really enjoyed playing this game, was a blast and enjoyed both the story and the battle system. There were a few things that made me a bit sad tho. Here's the pros and cons for me.
Pros:
-Fun battle system, paper Mario mixed

AtomiK
178 products in account
0

68 people found this review helpful
10 people found this review funny 0

**Recommended**
0.3 hrs on record

Posted: September 21, 2022
Do you like Paper Mario?

Bonk
815 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
12.6 hrs on record

Posted: September 21, 2022
I found the dev sharing their progress on reddit once and got very interested a couple of years ago. I started following this game and honestly, I'm so happy I did. It is a lot of fun, it is super quick to start and it has a turn battle system. It is amazing. There are a few bugs that are being worked on at the moment of this review, the dev is extremely open to receive bug reports and I have no doubt this game will end up being very well liked. I would compare this game to Bug Fables if you have played it. It is so worth your time.

HaveFlan!EscapePls?
294 products in account
0

2 people found this review helpful
1 person found this review funny 0

**Recommended**
3.6 hrs on record

Posted: September 21, 2022
---{ Graphics }---
☐ You forget what reality is
☑ Beautiful
☐ Good
☐ Decent
☐ Bad
☐ Don't look too long at it
☐ MS-DOS

---{ Gameplay }---
☑ Very good
☐ Good
☐ It's just gameplay
☐ Mehh
☐ Watch paint dry instead
☐ Just don't

kat
75 products in account
0

16 people found this review helpful 0

**Not Recommended**
0.9 hrs on record

Posted: September 21, 2022
Like a lot of people picking this game up, I'm a big Paper Mario fan. I tried not to let that cloud my judgement here. I honestly tried to give this a solid chance, but found about an hour in that I just wasn't enjoying the experience. There will be some mild spoilers in this review.

At the start of the game, there is a quick cutscene and then you are unceremoniously thrown into gameplay. There's no real transition there, just suddenly there you are! It's a bit jarring, and I definitely get wanting to trim the fat of most RPGs where it takes a while before you can even play the game, but I think there's a better balance to be had there. Also, in that cutscene, there were no subtitles, nor is there a setting to *add* subtitles if you'd like them, which is, at bare minimum, an accessibility issue.

I chose to play on normal difficulty, as someone who doesn't want my RPGs to be painful but I also don't want to tear through

Zel
376 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
5.3 hrs on record

Posted: September 21, 2022
Banger

Taud
156 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
2.0 hrs on record

Posted: September 21, 2022
> ... Just like Paper Mario 64 !!!!!!

The Old Crone
436 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
1.0 hrs on record

Posted: September 21, 2022
I only have an hour in Outbound Ghost, but I think I can say this game isn't for me. It's still well made and clearly someone out there is going to enjoy it so I will give it a thumbs up while explaining my problems with it.

Outbound Ghost has two things that don't work for me; the world and the combat.

The game starts by dropping you off in an empty field with a cold opening to build a sense of mystery. However, this is a problem. Most RPGs tend to give you a town or hub area to start in as a means to give you a connection to the world. Without that connection, I felt detached from the world of Outbound. It was even worse when it turns out that your party members are not really characters and are given to you when the game feels like it without much story context. So all the characters you meet have no involvement with the combat.

The combat wasn't bad, but it was not what I was expecting. It has the Mario RPG thing of putting button-pressing mini-games in each attack. Unlike Mario RPGs, every attack used the same mini-game . Hit the button when the bar is green. It lacks the variety needed to keep it engaging. No pressing button when you land a jump. No pressing the different face buttons in the right order to attack. No timing a throw to hit the hearts to heal yourself or team. Just the green bar.

I wish the Devs luck in finding their audience because while this game isn't for me, there is clearly time and passion put into this game.

blueisland
171 products in account
1

No one has rated this review as helpful yet 0

**Recommended**
0.8 hrs on record

Posted: September 21, 2022
I've not even played an hour of this game and I already see loads of potential for how amazing this game will be. The creator wears their inspirations on their sleeve and you can tell with how the game plays out. I've been watching The Outbound Ghost since it was announced on Tiktok, and I'm super glad I stayed to the end. Overall thus far, an amazing product, and I cannot wait to see more of what's in store.

Another thing I like is how accessible this game is. I am someone who deals with a lot of auditory processing and sensitivity issues, so it's good that there's the ability to change some things.

TheOneGuitarGuy
99 products in account
0

3 people found this review helpful 0

**Recommended**
5.7 hrs on record

Posted: September 21, 2022
TL;DR: Yes, it's worth buying. It's a Paper Mario/Mario & Luigi-styled 2.5D RPG that's lovingly crafter and very good.

16 people found this review helpful
1 person found this review funny 1

**Not Recommended**
0.5 hrs on record

Posted: September 21, 2022

Back to top

DIGERATI_000335

Now that we've gotten that out of the way, here's the longer review!

Even having only played for a few hours and following the Dev on Twitter for a while, the amount of love put in to this is evident from even before you start a new save file. I'm absolute sucker for RPGs (especially today) that RESPECT THE PLAYER'S TIME.

Challenges are self-imposed with a plethora of accessibility options that aren't just limited to difficulty. Everything from EXP gain, enemy damage and your damage has a sliding scale along with stand-alone difficulty settings that can be fine-tuned. You can also prevent death or remove enemies altogether, and it can be done at any point in the game

Oddnon
529 products in account
0

I would give this game a neutral review if i could. A lot of the positive reviews here seem to either be by backers or something because a lot of the comparisons to paper mario outside of the aesthetics don't fit the bill.

Right off the bat you're told about 30 seconds about the town, then you're immediately dropped into it as a nameless character, who's silent, with no goal, and your only introduction to gameplay is running into a random enemy, and a small combat tutorial. You're not given any reason to care about this nameless hero, or a reason to dislike the villains, or their real motivation. You find other NPCs and figure out a bit of their back story, but i'm not given much motivation to care about them outside of them just doing things and once again the game starts out feeling like you skipped a cutscene or missed a tutorial level or something

Naijiro
1,414 products in account
3

No one has rated this review as helpful yet 0

**Recommended**
1.1 hrs on record

Posted: September 21, 2022
Really cute and chil game to play, if you like Paper Mario you will surely like The Outbound Ghost
big plus: there's plenty of accessibility options to choose from

Gidano
198 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
4.9 hrs on record

Posted: September 21, 2022
been stoked for this game since i heard about it months ago and i'm so thrilled to finally play it! sound and visuals are breathtaking, the gameplay is unique yet familiar and easy to customize, the dialogue and story are engaging and fun, but it's always simplistic in the best way to not feel overwhelming. the hype did not disappoint, as excited to continue playing as i was just to start!

Westiria
37 products in account
0

2 people found this review helpful 0

**Recommended**
27.5 hrs on record

Posted: September 21, 2022
If you liked Paper Mario, Ghost Trick, and Final Fantasy you'll love this game. Build a team of up to 4 emotions and equip them with aspects (badges) to help you in your journey to find out what's keeping you from ascending. Between the fights you'll explore the beautiful Outbounds, meet fun people, and enjoy a great soundtrack.
10/10 across the board. It's well worth the money.

The only downside is that sometimes combat can take a while.

ElectricErger
482 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
3.0 hrs on record

Posted: September 21, 2022
This game exceeded my expectations! As a big fan of the Paper Mario Games, I was initially drawn in by the similar art style, but the game itself gave me all that I wanted and more. With an interesting story to follow, colorful characters, and awesome RPG tactics.

I especially want to give a shout out to the battle progression. The fights stay consistent through the game, it never felt too easy or too hard. Strategy and skill can always lead to a win! I think that's my favorite part so far! Cannot recommend enough!

YabbyTabby
683 products in account
0

1 person found this review helpful 0

**Recommended**
2.0 hrs on record

Posted: September 21, 2022

### Casper the butt kicking ghost

**Simple & easy to learn, but the endless game play possibilities and great linear story more than make this game worth its price!**

YouTube™ Video: The Outbound Ghost 3 min game review - narrative driven turn based RPG

Views: 801
If you love turn based tactical deckbuilding and survival games like Paper Mario Origami King, or Final Fantasy, then you need to check out The Outbound Ghost by Conradical Games right...

TLDR in case you don't want to watch the video:

1. This game has a great - albeit linear - storyline where your emotions literally make the game!

2. You explore the semi open world ghost town of Outbound and must uncover its secrets, and your own forgotten past!

3. The exploration and level design is reminiscent of nostalgic 90s / 2000s Nintendo RPG games where you must explore to find secret rooms and hidden treasure for bonus loot!

Uncanny Games
160 products in account
0

No one has rated this review as helpful yet 0

**Recommended**
0.8 hrs on record

Posted: September 20, 2022
I'm still early in the game but its very enjoyable. It reminds me of paper mario. Its Fun and look forward to playing more. At $20 and supporting a small team you cant go wrong with this title.

MrTwoPaws
1,193 products in account
0

1 person found this review helpful 1

**Recommended**
3.3 hrs on record

Posted: September 20, 2022
Amazing game. Amazing developer.
Conrad = cool dude

Zeee
228 products in account
0

9 people found this review helpful 2

**Not Recommended**
1.0 hrs on record

Posted: September 21, 2022
Even weaker on the weakpoints of the last big name Paper Mario clone Bug Fable, but now to an extent that makes it unlikable.

Bug Fable was a solid Paper Mario game, its first weak point is that its world was just not worldy enough. What that means is you didn't quite get the toothsome unique rewards for exploring it's nooks and crannies you might expect from a game of that kind, and much of the map was not collision mapped to the extent you couldn't so much as jump on a table in most zones, instead hitting no-go invisible walls when attempting to give the world the intimate wriggling and whopping that every iteration of the Paper Mario franchise took for granted. You visited locales, of which there were few, and although they had identity, their impact was lessened and the merit to spending time there beyond the plot was much thinner than it could have been.

The second weakness was that the badges were too numerical. Too

Judge Cudge
621 products in account
2

12 people found this review helpful 1

**Not Recommended**
8.9 hrs on record

Posted: September 20, 2022
A game that seems inspired by Paper Mario and is of great quality. It has a great aesthetic and the combat is a typical RPG mixed in with timing bars that can boost your damage if you hit in the green bars. I've just finished Chapter 1 and although I'm having fun, the game is held back by a lack of certain features/bugs.

- ~~I've gotten softlocked twice in which the story dialogue doesn't play and I've had to force close the game since there's nothing else you can do. The first was before the mayor's daughter fight and the second was after the Chapter 1 boss. It's really frustrating having to walk back to the area from the save point and refight the boss again. However, it seems that the devs are working on it and have already fixed the Chapter 1 boss lock.~~
*Edit - Devs seemed to have fixed the issue in the current patch

- Give the map more functionality as currently it only lets you fast travel. The areas that you traverse are rather expansive, but look

Epiphamatic
141 products in account
3

No one has rated this review as helpful yet 0

**Recommended**
2.2 hrs on record

Posted: September 20, 2022

Back to top

DIGERATI_000336

Pl.'s App. 290

This game is great on first impressions, by the time I am typing this review I have only played for an hour but it has definitely caught my interest enough to post my few thoughts and impressed me enough for me to keep playing to the point of wanting to obtain every achievement.

If you love Paper Mario, especially the original or TTYD I am certain you will enjoy this game to at least some degree. The story so far is heart-warming and fun (although I wish it would elaborate a bit more, especially at the beginning since the game basically just gives you a

Superbloom
44 products in account
0

No one has rated this review as helpful yet 0

Recommended
10.4 hrs on record

Posted: September 20, 2022
This game is a cute rpg with undertones of death. I've really enjoyed it so far. Although since its brand spanking new, there are a couple of bugs here and there. Not enough to deter me! I adore its Paper-Mario-esque sprite designs that each of the characters have. The items around the world does seem sparse at times and I wish there was more ways i could use them. I was also hoping for more interactions with the characters. The crafting system isn't bad but it would be nice to have a filter (if there is one I just haven't found it yet). Overall, this is an enjoyable game. I'm excited to see where the story is going!

Capricious Creature
50 products in account
0

120 people found this review helpful
70 people found this review funny 6

Recommended
6.9 hrs on record

Posted: September 20, 2022
Product received for free

I backed this game on kickstarter and told the creator to include a secret dance area called the Raveyard instead of Graveyard so if there is one in the game you are welcome.

ShadowKnightW
778 products in account
0

1 person found this review helpful 0

Recommended
1.4 hrs on record

Posted: September 20, 2022
I'll update my review once I complete the game, but for now here my first impressions:

**Things I liked!:**

**-Gameplay is really fun! Super big fan of the "Paper Mario" style combat, as well as exploring the overworld and finding all the**

BallofBandages
326 products in account
1

No one has rated this review as helpful yet 0

Recommended
1.8 hrs on record

Posted: September 20, 2022
The sprite style and animations in this game are SO CUTE! I'm loving everything about this game so far. It's really fun and not like anything I've ever played before. I personally enjoy the way we are prompted to complete tutorials in-game. It really bothers me when I have to go through a ton of dialogue or exposition to get through a short tutorial, so the fast pace of this game is really enjoyable for me.

LindSlay
117 products in account
0

No one has rated this review as helpful yet 0

Recommended
0.1 hrs on record

Posted: September 20, 2022
Intriguing and unique so far!

Scevvin
431 products in account
1

No one has rated this review as helpful yet 0

Recommended
5.0 hrs on record

Posted: September 20, 2022
very nice game

weaver
437 products in account
0

No one has rated this review as helpful yet 0

Recommended
3.4 hrs on record

Posted: September 20, 2022
Super cute, seems promising! I've enjoyed it so far!

Etsa
483 products in account
0

No one has rated this review as helpful yet 0

Recommended
1.1 hrs on record

Posted: September 20, 2022
So far what I tried from the game seems fun it such a charming game the artstlye and soundtrack are phenomenal and the gameplay has that reaction turn based paper Mario has and Mario and Luigi

goldlighting
558 products in account
0

2 people found this review helpful 0

Recommended
0.6 hrs on record

Posted: September 20, 2022
Pretty fun. Wish you could rebind controls. but like it's a good game. feels fun

Marsgreekgod
839 products in account
0

4 people found this review helpful 0

Recommended
0.5 hrs on record

Posted: September 20, 2022
A game that goes for a modern Paper Mario aesthetic in it's art style and a sort of pokemon like combat system where you gain different characters based on emotions called figments. Definitely worth a try if you like turn based rpgs with a party system.

My only gripe is that the game just kind of throws you in at the beginning and doesn't make much of an effort to make you care about your character or how they ended up there, you just open into the starting area and wander until you stumble into the first enemy.

Somparky
423 products in account
0

1 person found this review helpful 0

Recommended
6.4 hrs on record

Posted: September 20, 2022
The game is super cute and charming! I also love how quickly the game throws you into the mix of things instead of having you sit through too much text (plot and tutorial) before getting into the meat of the game like a lot of RPGs do.

The pacing is really well done and there's a lot of options for future replays so I'm looking for to playing through it a few times in the future!

It also runs great on Steam Deck which is a huge plus!

Kirbo of the Stars
542 products in account
1

No one has rated this review as helpful yet 0

Recommended
1.0 hrs on record

Posted: September 20, 2022
A very smooth turn-based RPG with fun characters and mechanics. I'm not too far in yet, but it's very promising so far. Individual battles walk the line between being mechanically challenging enough and fairly brisk at once, making them enjoyable. More to come soon.

julesdbd
781 products in account
0

1 person found this review helpful 0

Not Recommended
1.8 hrs on record

Posted: September 20, 2022
Hi Conradical,

I'd like to give my inputs so far about an hour in. At least right now,

1 person found this review helpful 0

Recommended
2.7 hrs on record

Posted: September 20, 2022
Product received for free

almost an hour on this game already and its so good the combat

Back to top

DIGERATI_000337

I don't feel like enough is given to me at the start of the game. Combat is really good, however, the party members don't really talk or have any personality. With the main character being silent (Although, I did read that it plays an important part of the story

weightler white
286 products in account
5

system is enjoyable and the story so far has been enriched in emotion and if you enjoy paperpg's this game is the game for you

Mana
46 products in account
0

2 people found this review helpful 1

**Recommended**
14.5 hrs on record

Posted: September 20, 2022
SO GOOD I SUGGEST THIS GAME TO FANS OF PEAK AND PAPER MARIO AND UNDERTALE AND RPGS AND POKEMON AND

Emerald
167 products in account
0

9 people found this review helpful
3 people found this review funny 7

**Not Recommended**
0.8 hrs on record

Posted: September 20, 2022
Has a nice artstyle and beautiful scenery, but it's not what I was expecting. Not really fun and everything just seems very thrown at your face with no real introduction or development.

A developer has responded to this review

ChaosKirby
430 products in account
8

16 people found this review helpful 0

**Recommended**
3.0 hrs on record

Posted: September 20, 2022
Was expecting a Paper Mario TYD kind of game about ghosts. It's basically that. Good stuff

Bakura
1,480 products in account
0

14 people found this review helpful
2 people found this review funny 0

**Recommended**
0.9 hrs on record

Posted: September 20, 2022
Paper Mario meets Psychonauts. EEES GOOD

Zed
353 products in account
0

1 person found this review helpful 0

**Recommended**
4.2 hrs on record

Posted: September 20, 2022
I really love this Game, both the Soundtrack and the Graphics are phenomenal and giving me some old classy paper mario vibes. Its much too cheap for its beauty and I really appreciate the work of Conrad, the Head Developer. Everyone please try it out! If you like Paper Mario like RPG's, lovely Storylines and beautiful heartwarming music, you won't regret it!

Davy_Jones444
27 products in account
1

1 person found this review helpful
1 person found this review funny 0

**Recommended**
10.5 hrs on record

Posted: September 20, 2022
Having only played 55 min or so I can say that this is a solid game. I love Paper Mario so I figured I would love this game just as much and it does not disappoint so far. I do have to admit though that I have encountered some minor bugs and glitches but nothing game breaking. I do not however dock any points for these minor bugs because this is an indie game made by a much smaller team than a AAA title so I don't expect it to be 100% polished on release day. All in all I give this game so far a solid 10/10.

A developer has responded to this review

Serazel
347 products in account
0

12 people found this review helpful
1 person found this review funny 10

**Not Recommended**
1.1 hrs on record

Posted: September 20, 2022
So this game tries to be a mix of paper mario and pokemon but it fails at both.

Even within the first hour of the game, the main "character" is pretty boring. They made em a silent protagonist in a game where they could have just made him talk.

A developer has responded to this review

Zoku
237 products in account
0

3 people found this review helpful 0

**Recommended**
10.1 hrs on record

Posted: September 20, 2022
The Outbound Ghost offers a one-of-a-kind experience that keeps me from putting down my controller. The best aspect of the game has to be it's battle system where you command a party of characters called "Figments" that each have their own individual skills that, together, offers a variety of play styles. The OST is fantastic and really compliments the atmosphere of the beautiful environments well. You can really feel the love and dedication that the development teams have put into creating this work of art.

HunterXuman
66 products in account
1

2 people found this review helpful 0

**Recommended**
1.8 hrs on record

Posted: September 20, 2022
Product received for free

YouTube™ Video: #IGCShowcase It's a Me, Paper Ghostio (The Outbound Ghost) Look at + Review
Views: 116
*The Indie Game Collective Showcase* https://twitter.com/IGCollective Bruce aka Haunted Husband is a ghost on a mission. A mission to help other ghost ascend to the afterlife. Simple right?

2 Spooky 4 Me!

Haunted Husband
195 products in account
0

44 people found this review helpful
2 people found this review funny 1

**Recommended**
9.1 hrs on record

Posted: September 20, 2022
Product received for free

## SDHQ STEAM DECK PERFORMANCE REVIEW:

Follow our **curator** page for more Steam Deck reviews

*This review is based ONLY on performance of the game on the STEAM DECK.*

## The Game Itself:

The Outbound Ghost is an adventure RPG very heavily inspired by Paper Mario. You play as a ghost who is there to help the residents

BARBECUEDKITTY
3,626 products in account
3

79 people found this review helpful
2 people found this review funny 9

**Recommended**
20.3 hrs on record

Posted: September 20, 2022
The Outbound Ghost is a charming indie-game made by young Conrad Grindheim, founder of Conradical Games who also made the fun puzzler Girabox.

The Outbound Ghost is not a puzzle, although there are little mini puzzle-like events that are reminiscent of Undertale.
In this game you play as a ghost that appeared in the Outbound; a world populated by ghosts of the afterlife. You soon meet a few other friendly ghosts where the common goal is finding closure with their deaths. As you help your new friends, you'll find enemies along the way

BrockEmSockEm
570 products in account
1

Back to top

DIGERATI_000338



No more content. So sad.
You can help: share a screenshot,
make a video, or start a new
discussion!

Privacy Policy   Legal   Cookies
Steam Subscription Agreement
© Valve Corporation.

Back to top