UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br> Plaintiff, <br><br> V. <br><br> CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, <br><br> Defendants. <br> _____ <br><br> CONRADICAL SÀRL, <br><br> Counterclaim-Plaintiff, <br><br> V. <br><br> DIGERATI DISTRIBUTION & MARKETING, LLC, BIG SUGAR LLC and SARAH ALFIERI, <br><br> Counterclaim-Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> Case No.  1:22-cv-1302 |

**Response to Counter-Defendant Sarah Alfieri's
Motion to Dismiss for Failure to State a Claim**

Counterclaim-Defendant Sarah Alfieri filed a motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) on June 5, 2023. (Dkt. 17.) Under the Local Rules of the Western District of Texas, a response to such a dispositive motion is due fourteen days after filing and service. *See* Local Rule CV-7(d)(2).  But under Local Rule CV-15(a), a party may file an amended complaint within twenty-one

days after a motion to dismiss is filed and served rather than respond to the Rule 12(b) motion. *See* Local Rule CV-15(a) ("notwithstanding the time limits provided in Rule CV-7, a party may respond to a first motion under Federal Rule of Civil Procedure 12(b) by filing an amended pleading as a matter of course no later than 21 days after filing of the motion" ); *see also* Fed. R. Civ. P. 15(a)(1)(B).

In this case, defendant/counterclaim-plaintiff Conradical Sàrl opposes Alfieri's motion to dismiss but, rather than responding to that motion, Conradical will file an amended counterclaim pursuant to Local Rule CV-15(a) and Fed. R. Civ. P. 15(a)(1)(B) on or before its due date of June 26, 2023.

Dated June 19, 2023.

Respectfully submitted,

*/s/ Arthur Gollwitzer, III*
Arthur Gollwitzer III
State Bar No. 24073336
agollwitzer@jw.com
**JACKSON WALKER LLP**
100 Congress Avenue, Ste. 1100
Austin, Texas 78701
Tel: (512) 236-2268 / Fax: (512) 236-2002

*Attorneys for Defendant/Counterclaim-Plaintiffs Conradical Sàrl and Conrad Grindheim*

## Certificate Of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, here certify that on June 19, 2023, I electronically filed the following document:

**Response to Counter-Defendant Sarah Alfieri's Motion to Dismiss for Failure to State a Claim**

with the Clerk of the United States District Court for the Western District of Texas, using the CM / ECF system, which will send notification and a copy of this filing to the following counsel of record:

James H. Creedon
State Bar No. 24092299
Christian Cowart
State Bar No. 24105748
Creedon PLLC
5 Cowboys Way, Ste. 300
Frisco, Texas 75034
    Email: jhcreedon@creedon.com
           ccowart@creedon.com

*Attorneys for Plaintiff/Counterclaim-Defendants*
*Digerati Distribution & Marketing, LLC,*
*Big Sugar LLC, and Sarah Alfieri*

                                                */s/ Arthur Gollwitzer III*
                                                Arthur Gollwitzer III

4

36565140v.2