## PUNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

DIGERATI DISTRIBUTION &
MARKETING, LLC,

       Plaintiff,

   V.

CONRADICAL SÀRL and CONRAD
GRINDHEIM BORRELL,

       Defendants.

_____

CONRADICAL SÀRL,

       Counterclaim-Plaintiff,

   V.

DIGERATI DISTRIBUTION &
MARKETING, LLC,

       Counterclaim-Defendant

and

BIG SUGAR LLC and SARAH ALFIERI,

       Additional Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Case No.  1:22-cv-1302

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Defendant/Counterclaim-Plaintiffs Conradical Sàrl and Conrad Grindheim give notice to the Court, as well as to all parties to this lawsuit, that Peter C. Hansen of the law firm of Jackson Walker L.L.P. will appear as additional counsel for Conradical Sàrl and Conrad Grindheim in this matter.  All items shall also be served by service on the following:

Peter C. Hansen
JACKSON WALKER L.L.P.
100 Congress, Suite 1100
Austin, Texas 78701
T: (512) 236-2000
phansen@jw.com

Defendant/Counterclaim-Plaintiffs Conradical Sàrl and Conrad Grindheim request that the Court, as well as the parties to this lawsuit, take notice of this appearance of additional counsel. Arthur Gollwitzer III of Jackson Walker will continue to serve as lead counsel for Conradical Sàrl and Conrad Grindheim in the above-referenced proceeding.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: /s/ *Peter C. Hansen*
    Arthur Gollwitzer III
    State Bar No. 24073336
    agollwitzer@jw.com
    Peter C. Hansen
    State Bar No. 24066668
    phansen@jw.com
    100 Congress Avenue, Suite 1100
    Austin, Texas 78701
    Telephone: (512) 236-2000
    Facsimile: (512) 236-2002

*Attorney for Defendant/Counterclaim-Plaintiffs Conradical Sàrl and Conrad Grindheim*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 28, 2023, I electronically filed the foregoing document: with the Clerk of the United States District Court for the Western District of Texas, using the CM / ECF system, which will send notification and a copy of this filing to the following counsel of record:

James H. Creedon
State Bar No. 24092299
Christian Cowart
State Bar No. 24105748
Creedon PLLC
5 Cowboys Way, Ste. 300
Frisco, Texas 75034
jhcreedon@creedon.com
ccowart@creedon.com

*Attorneys for Plaintiff/Counterclaim-Defendants*
*Digerati Distribution & Marketing, LLC,*
*Big Sugar LLC, and Sarah Alfieri*

*/s/ Peter C. Hansen*
Peter C. Hansen