# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, | § § § § | |
| Defendants. | § § § | |
| _____ | § § | Case No. 1:22-cv-1302 |
| CONRADICAL SÀRL, | § § § | |
| Counterclaim-Plaintiff, | § § | |
| V. | § § § | |
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § § | |
| Counterclaim-Defendant | § § § | |
| and | § § | |
| BIG SUGAR LLC and SARAH ALFIERI, | § § § | |
| Additional Defendants. | § § | |

**Declaration of Conrad Grindheim**

1. My name is Conrad Grindheim. I am over twenty-one years of age, of sound mind, and capable of making this Declaration based on my personal knowledge of the facts described below.

2. In or about March 2020, I conceived of and began developing an adventure, role-playing, videogame called The Outbound Ghost.

3. I formed Conradical Sarl in May 2021 to commercialize The Outbound Ghost.

4. Conradical entered into a Video Game Licensing Agreement (the "Licensing Agreement") with Digerati on or about September 10, 2021. In that agreement, Conradical granted Digerati a non-exclusive license to promote the game because I previously had licensed the mobile version of the game to Crescent Moon Games in September 2020.

5. Under the Licensing Agreement, Digerati was required to port The Outbound Ghost to other platforms such as Nintendo Switch. In summer 2022, I began raising quality concerns in the course of giving feedback to Digerati. I repeated my concerns even more emphatically in September and October 2022. Apparently rejecting my concerns, Digerati released a Nintendo Switch version of the game that customers described as "unplayable." I continued to try to help fix the game, but Digerati ignored my suggestions. Accordingly, I never approved the public release of The Outbound Ghost for the Nintendo Switch platform.

6. Digerati's failure to successfully port the game and other problems like unplayable display resolutions and frame refresh rates led to customer complaints and

- 3 -

significantly harmed Conradical's reputation in the gaming community. Moreover, Digerati and Sarah Alfieri have been telling other game developers that I caused these problems, even though they ignored my advice regarding how to fix the game, and they would not let me help fix the game. For example, the following images are true and correct screenshots of Twitter posts made by Tim Ilsey, financial controller for Digerati:





7. After, Digerati filed this suit against me on or about December 9, 2022, my attorneys exchanged letters, emails, and spoke with Digerati's attorneys in an effort to resolve this matter. But, in February 2023, Digerati provided a revenue sharing report that significantly understated its revenue. At that point, Conradical notified online distributors of the game that Digerati had no right to distribute The Outbound Ghost in light of Conradical terminating the Licensing Agreement. Nevertheless, to this day, Digerati is selling and trying to persuade others to sell on-line and physical copies of the game. Indeed, Sarah Alfieri and the CEO of Merge Games appear to be friends and are working together to sell the game notwithstanding Conradical's termination of the Licensing Agreement.

8. In May 2023, Digerati provided another revenue sharing report that understates its revenue, reporting approximately $60,000 in additional revenue. Digerati's sale of on-line and physical copies of the game through Merge Games and others, however, certainly has generated greater sales.

9. I also have learned that Conradical is not the only game developer experiencing difficulties with Digerati. Since Nick Alfieri passed away in May 2022, I understand other game developers have encountered quality problems with Digerati. I also have been told that Digerati has withheld royalty payments due to other developers. Indeed, developers such as Berserk Boys, 2 Ton Studios, and Ludmotion no longer list Digerati or Big Sugar as their publisher on certain on-line store webpages.

10. In December 2022, Digerati provided bank statements to my attorneys purporting to show revenue it received from promoting The Outbound Ghost. Those

- 5 -

bank statements revealed that Digerati shares a bank account with another company called Big Sugar LLC. I understand Sarah Alfieri owns all or a controlling stake in both companies. A true and correct copy of one of those bank statements is attached to this Declaration as Exhibit A.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746(1).

Executed on June 28, 2023

*Conrad Grindheim* (signature)
Conrad Grindheim