# EXHIBIT 2

**Registration #:**   TX0009222190
**Service Request #:**   1-12214474351



Jackson Walker LLP
Chandler Stephens
2323 Ross Ave
Suite 600
Dallas, TX 75201 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## TX 9-222-190

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
February 09, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | The Outbound Ghost 1.0 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | June 13, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Conradical Sarl |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | Switzerland |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Conradical Sarl |
| | Rue de Ransou  51  Verbier, 1936, Switzerland |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **New material included in claim:** | computer program |

## Certification

| | |
|---|---|
| **Name:** | Conrad Grindheim |
| **Date:** | February 08, 2023 |
| **Applicant's Tracking Number:** | 163685.00005 |

**Correspondence:**   Yes