# EXHIBIT 6



Epic Games, Inc.
620 Crossroads Blvd
Cary  NC  27518

# Payment Advice

Nick Alfieri

Austin  TX

| Payment Date | Payment Currency | Payment Amount | Payment Ref ID |
|---|---|---|---|
| 10/27/2022 | USD | 1,357.93 | EF335767 |

| Supplier Invoice | Invoice Date | Gross Amount | Discount | Pmt Type | Paid Amount |
|---|---|---|---|---|---|
| 0922 Epic Game Store Rev Share Payment - A Musical Story | 10/31/2022 | ■ | ■ | ■ | ■ |
| 0922 Epic Game Store Rev Share Payment - Severed Steel | 10/31/2022 | ■ | ■ | ■ | ■ |
| 0922 Epic Game Store Rev Share Payment - The Outbound Ghost | 10/31/2022 | 239.03 | 0.00 | ACH | 239.03 |
| 0922 Epic Game Store Rev Share Payment - A Tale of Paper - Refolded | 10/31/2022 | ■ | ■ | ■ | ■ |
| 0922 Epic Game Store Rev Share Payment - Undetected | 10/31/2022 | ■ | ■ | ■ | ■ |
| 0922 Epic Game Store Rev Share Payment - Overloop | 10/31/2022 | ■ | ■ | ■ | ■ |



Page 1 of 1

Report Generated on Dec 20 2022 at 08:56 AM PST

| Transaction Details | Report For |
|---|---|
| Mixed Account Types | 12/21/2019-12/20/2022 |

### Account(s)
BIG SUGAR CHECKING ACCOUNT ▮▮▮▮▮▮▮▮   DIGERATI CHECKING ACCOUNT ▮▮▮▮▮▮▮▮

Filtered by: LAST 3 YEARS |

| Date | Account Number | Description | Transaction Type | Amount |
|---|---|---|---|---|
| 10/31/22, 7:00 AM | ▮▮▮▮▮▮▮▮ | EPIC GAMES, INC. PAYMENT SUPPLIER_CONNEC NICK ALFIERI | ACH CREDIT | 1,357.93 USD |

© 2022 SVB Financial Group. All rights reserved. SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license.

**DIGERATI000002**

<pre>

</pre>

<pre>
<pre>
Case 1:22-cv-01302-DH   Document 23-6   Filed 06/28/23   Page 4 of 5
</pre>
</pre>

Epic Games, Inc.
620 Crossroads Blvd
Cary NC 27518

**Payment Advice**

Nick Alfieri

Austin TX

| Payment Date | Payment Currency | Payment Amount | Payment Ref ID |
|---|---|---|---|
| 11/28/2022 | USD | 1,236.28 | EF348353 |

| Supplier Invoice | Invoice Date | Gross Amount | Discount | Pmt Type | Paid Amount |
|---|---|---|---|---|---|
| 1022 Epic Game Store Rev Share Payment - Severed Steel | 11/30/2022 | ■ | 0.00 | ACH | ■ |
| 1022 Epic Game Store Rev Share Payment - Terror of Hemasaurus | 11/30/2022 | ■ | 0.00 | ACH | ■ |
| 1022 Epic Game Store Rev Share Payment - Slain | 11/30/2022 | ■ | 0.00 | ACH | ■ |
| 1022 Epic Game Store Rev Share Payment - A Musical Story | 11/30/2022 | ■ | 0.00 | ACH | ■ |
| 1022 Epic Game Store Rev Share Payment - Trifox | 11/30/2022 | ■ | 0.00 | ACH | ■ |
| 1022 Epic Game Store Rev Share Payment - Undetected | 11/30/2022 | ■ | 0.00 | ACH | ■ |
| 1022 Epic Game Store Rev Share Payment - A Tale of Paper - Refolded | 11/30/2022 | ■ | 0.00 | ACH | ■ |
| 1022 Epic Game Store Rev Share Payment - The Outbound Ghost | 11/30/2022 | 113.26 | 0.00 | ACH | 113.26 |
| 1022 Epic Game Store Rev Share Payment - Overloop | 11/30/2022 | ■ | 0.00 | ACH | ■ |

<pre>
DIGERATI000003
Page 1 of 1
</pre>

Case 1:22-cv-01302-DH   Document 23-6   Filed 06/28/23   Page 5 of 5



Page 1 of 1

Report Generated on Dec 20 2022 at 09:10 AM PST

| Transaction Details | Report For |
|---|---|
| **Mixed Account Types** | **12/21/2019-12/20/2022** |

**Account(s)**
BIG SUGAR CHECKING ACCOUNT ▇▇▇▇▇▇   DIGERATI CHECKING ACCOUNT ▇▇▇▇▇▇

Filtered by: LAST 3 YEARS |

| Date | Account Number | Description | Transaction Type | Amount |
|---|---|---|---|---|
| 11/29/22, 8:00 AM | ▇▇▇▇▇▇ | TRANSFER FROM **1464 TO **9952 TFR DIG TITLES RE EPIC MONEY | BOOK TRANSFER CREDIT | 948.37 USD |

© 2022 SVB Financial Group. All rights reserved. SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license.

**DIGERATI000004**