UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br> Plaintiff, <br><br> V. <br><br> CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, <br><br> Defendants. <br><br> ──────────────────────────── <br><br> CONRADICAL SÀRL, <br><br> Counterclaim-Plaintiff, <br><br> V. <br><br> DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br> Counterclaim-Defendant <br><br> and <br><br> BIG SUGAR LLC and SARAH ALFIERI, <br><br> Additional Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> Case No. 1:22-cv-1302 |

**[Proposed] Order Denying Plaintiff's Motion for Preliminary Injunction**

This matter has come before the Court on Plaintiff Digerati Distribution & Marketing, LLC's Motion for Preliminary Injunction filed on June 14, 2023. (Dkt. 18.) The Court being familiar with Plaintiff's briefings and Defendants' response, the applicable law, and the relevant facts orders as follows:

It is hereby ordered that Plaintiff's Motion for Preliminary Injunction is DENIED.

IT IS SO ORDERED.

Dated: this _____ day of _____, 2023

_____
United States District Court Judge