UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONRADICAL SÀRL; and CONRAD GRINDHEIM,<br><br>　　　　　Defendants.<br>―――――――――――――――――<br>CONRADICAL SÀRL,<br><br>　　　　　Counter Plaintiff,<br><br>　v.<br><br>DIGERATI DISTRIBUTION & MARKETING, LLC; BIG SUGAR LLC; and SARAH ALFIERI,<br><br>　　　　　Counter Defendants. | Civil Action No. 1:22-cv-1302-DII |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Digerati Distribution & Marketing LLC respectfully requests that the Court extend Digerati's deadline to file its reply in support of its Motion for Preliminary Injunction [ECF No. 18] to July 10, 2023, and in support, Digerati states as follows:

**BACKGROUND**

Digerati filed its Motion for Preliminary Injunction on June 14, 2023 [ECF No. 18]. On June 28, 2023, Defendants filed their Response to the Motion [ECF No. 23]. Pursuant to Local Rule CV-7(E), the deadline for Digerati to serve its reply is July 5, 2023.

– 1 –

## ARGUMENTS & AUTHORITIES

The Court may grant extensions of time prior to the expiration of a deadline for "good cause." FED. R. CIV. P. 6(b). A party satisfies the good-cause standard by showing it cannot meet the deadlines at issue despite acting diligently. *S&W Enters., LLC v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003).

Good cause exists for the Court to grant Digerati's request for a 5-day extension of Digerati's deadline to file a reply to July 10, 2023. This Motion is Digerati's first request for an extension of this deadline. After conferring, Defendants' counsel indicated that they are not opposed to the deadline for Digerati's reply being July 10, 2023. Moreover, Digerati is preparing its reply and analyzing the factual claims and materials cited in support, but it needs additional time to finalize its reply in light of the Fourth of July holiday weekend and the resulting unavailability of Digerati's representatives. Further, Digerati seeks a brief extension to ensure the Motion is expeditiously resolved. This request will not unduly delay these proceedings or cause Counter Plaintiffs any undue hardship.

Digerati believes this approximately 5-day extension would provide a reasonable amount of time for it to compensate for the holiday weekend and diligently prepare its reply. Accordingly, Digerati requests that the Court extend the time for Digerati to file a reply in support of its Motion for Preliminary Injunction to July 10, 2023.

## CONCLUSION

For the foregoing reasons, Digerati respectfully requests that this Court grant this Motion by ordering that the deadline for Digerati to serve a reply to the Motion for Preliminary Injunction is July 10, 2023.

Dated:   June 30, 2023                              Respectfully,

_____
**JAMES H. CREEDON**
Texas Bar No. 24092299
jhcreedon@creedon.com
**CHRISTIAN COWART**
Texas Bar No. 24105748
ccowart@creedon.com

**CREEDON PLLC**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel:    (972) 850-6864
Fax:    (972) 920-3290


**COUNSEL FOR PLAINTIFF**
**DIGERATI DISTRIBUTION &**
**MARKETING, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on June 29, 2023, counsel for Plaintiff conferred with Defendants' counsel by e-mail in a good-faith attempt to resolve the relief requested in this Motion, and that Defendants' counsel indicated that they are not opposed to any of the relief requested in this Motion.

_____
**CHRISTIAN COWART**

## CERTIFICATE OF SERVICE

I certify that, on June 30, 2023, the foregoing document has been filed unsealed with the Clerk via the Court's CM/ECF system and served to the following who are deemed to have consented to electronic service via the Court's NEF system or the registered users' e-mail accounts per Rule 5(b), Local Rule CV-5(a), and Electronic Filing Procedures § 14(a):

**Arthur Gollwitzer , III**
JACKSON WALKER LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701
agollwitzer@jw.com

*representing*

**Conradical Sarl**
(*Defendant & Counter Plaintiff*)

**Conrad Grindheim**
(*Defendant*)

_____
**CHRISTIAN COWART**