UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CONRADICAL SÀRL; and CONRAD GRINDHEIM,<br><br>    Defendants.<br><br>CONRADICAL SÀRL,<br><br>    Counter Plaintiff,<br><br>v.<br><br>DIGERATI DISTRIBUTION & MARKETING, LLC; BIG SUGAR LLC; and SARAH ALFIERI,<br><br>    Counter Defendants. | Civil Action No. 1:22-cv-1302-DII |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Reply in Support of Motion for Preliminary Injunction [ECF No. 25]. The Court, having reviewed the Motion, finds that good cause has been shown and GRANTS the Motion. Therefore, the deadline for Digerati to serve a reply in support of its Motion for Preliminary Injunction [ECF No. 18] is **July 10, 2023**.

SIGNED: _____

UNITED STATES DISTRICT JUDGE