## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, | § § § | |
| Defendants. | § § | |
| _____ | § § | Case No.  1:22-cv-1302 |
| CONRADICAL SÀRL, | § § | |
| Counterclaim-Plaintiff, | § § | |
| V. | § § | |
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § | |
| Counterclaim-Defendant | § § | |
| and | § § | |
| BIG SUGAR LLC and SARAH ALFIERI, | § § § | |
| Additional Defendants. | § | |

### Defendants' Opposed Motion to Amend Briefing
### Schedule and Continue Telephone Conference

Defendants respectfully request the following modifications to upcoming due

dates for replies and responses to pending motions as well as continuing the July 6

telephone conference in light of the Independence Day holiday and apparent

miscommunication among counsel for the parties. Specifically:

- Defendants agree to Digerati's request to extend the due date for its reply in support of its preliminary injunction motion to July 10.

- Defendants request, and understand third-party defendant Alfieri does not oppose, to extend Defendants' due date for their response to Alfieri's motion to dismiss Defendants' defamation claim against her to July 17.

- Finally, Defendants request the Court continue the telephone conference in this case from July 6 to sometime after July 12.

### *Background*

Plaintiff Digerati Distribution & Marketing, LLC ("Digerati") filed this suit on

December 9, 2022. (Dkt. 1.) Defendants Conradical, Sarl and Conrad Grindheim

("Defendants") answered and filed counterclaims on March 21, 2023. (Dkt. 4.)

Defendants also filed third-party claims against Big Sugar LLC and Sarah Alfieri. We

represent both Defendants and Counterclaim Plaintiffs, and counsel for Digerati also

represents Big Sugar and Alfieri. In other words, there are essentially two sides in this

case despite the multiple parties.

On June 14, 2023, seven months after filing this case and nearly three months

after Defendants filed their counterclaims, Digerati moved for a preliminary injunction.

(Dkt. 18.) Defendants responded to that motion on June 28. (Dkt. 22.) Under the Local

Rules of the Western District of Texas, that means Digerati's reply would be due July 5.

*See* Local Rule CV 7(e). Also on June 28, Alfieri moved to dismiss Defendants'

defamation claim against her. (Dkt. 24.) Under the Local Rules, that means Defendants'

response would be due July 12. *See* Local Rule CV 7(d).

Finally, on June 29, the Court set this matter for a telephone conference on July 6, 2023. (Dkt. 25.)

*Requested Relief*

In light of the Independence Day holiday, counsel for both sides are asking the Court to reset these due dates and the telephone hearing date.

On June 28-29, counsel conferred by email and agreed to extend their clients' respective due dates by five days. (*See* Emails between A. Gollwitzer to C. Cowart dated June 28-29, 2023, Exhibit 1.) That is, Digerati's reply in support of its preliminary injunction motion would be due July 10, and Defendants' response to Alfieri's motion to dismiss would be due July 17.

After reaching that agreement, the parties received the Court's order setting the July 6 telephone conference. (Dkt. 25.) Defendants' lead counsel, Arthur Gollwitzer, will be on vacation during the week of July 3 and, at the specific time set for the hearing, he will be on a boat with his son somewhere in the Gulf of Mexico with no cell phone service. At the same time, Mr. Gollwitzer' s colleague, Peter Hansen, will be in trial in the Waco Division of the United States District Court for the Western District of Texas. Therefore, Mr. Gollwitzer promptly sent an email to Digerati's counsel seeking agreement to propose to the Court a new date for the telephone conference. (*See* Email from A. Gollwitzer to C. Cowart dated June 29, 2023, Exhibit 1.) And Mr. Cowart agreed so long as the time remains 1:30 p.m. in the event in-person appearance is required. (*See* Email from C. Cowart to A. Gollwitzer dated June 30, 2023, Exhibit 1.)

*Argument*

The only reason for this motion and for it to be captioned as an "opposed" motion is, in spite of all the courtesies and agreements set forth above, counsel for Digerati and Alfieri filed an "unopposed" motion on June 30th asking only for the relief that benefits them. ***That is, Digerati asked only for the extension of time for its preliminary injunction reply brief***. (Dkt. 26.) Indeed, if Digerati had simply showed its purported "unopposed" motion to Defendants' counsel before filing, Defendants' counsel could have pointed out their motion did not reflect all of the parties' agreements. Instead, we now have this unnecessary motion practice.

Accordingly, good cause exists for granting Defendants' motion in light of the parties' apparent agreement, the Independence Day holiday, and Digerati's June 30 motion not reflecting the parties' full agreement. *See* Fed. R. Civ. P. 6(b) (courts have authority to grant extensions of time for good cause).

Defendants make this motion in good faith, and this continuance is not sought for the purpose of delay. Moreover, Defendants' counsel recognize that this sort of miscommunication is not a good way for counsel to start a new litigation.

*Conclusion*

For these reasons, Defendants respectfully requests the following relief:

- extending the due date for Digerati's reply in support of its preliminary injunction motion (Dkt. 18) to July 10 (as requested in Digerati's June 30th motion (Dkt. 26));

- extending the due date for Defendants' response to Alfieri's motion to dismiss his defamation claim against her (Dkt. 24) to July 17; and

- continuing the telephone conference in this case from July 6 (Dkt. 25) to sometime after July 12.

Respectfully submitted,

 /s/ Arthur Gollwitzer, III
Arthur Gollwitzer III
State Bar No. 24073336
agollwitzer@jw.com
Peter C. Hansen
State Bar No. 24066668
phansen@jw.com
**JACKSON WALKER L.L.P.**
100 Congress Avenue, Ste. 1100
Austin, Texas 78701
Tel: (512) 236-2268 / Fax: (512) 236-2002

*Attorneys for Defendants/Counterclaim-Plaintiffs Conradical Sàrl and Conrad Grindheim*

## <u>Certificate of Conference</u>

Counsel for Defendants, Arthur Gollwitzer, attempted to confer with counsel for Digerati, Big Sugar, and Alfieri by email and telephone on June 28-30, 2023, pursuant to Local Rule CV 7(G). While the parties seemed to reach agreement on all issues, Digerati's purported "unopposed" motion filed on June 30th did not reflect the entirety of the parties' agreements.

*/s/ Arthur Gollwitzer III*
Arthur Gollwitzer III

## <u>Certificate Of Service</u>

I, Arthur Gollwitzer III, an attorney of record in this matter, here certify that on July 3, 2023, I electronically filed the following document:

**Opposed Motion to Amend Briefing Schedule and Continue Telephone Conference**

with the Clerk of the United States District Court for the Western District of Texas, using the CM/ECF system, which will send notification and a copy of this filing to the following counsel of record:

James H. Creedon
State Bar No. 24092299
Christian Cowart
State Bar No. 24105748
Creedon PLLC
5 Cowboys Way, Ste. 300
Frisco, Texas 75034
   Email: jhcreedon@creedon.com
           ccowart@creedon.com

*Attorneys for Plaintiff/Counterclaim-Defendant*
*Digerati Distribution & Marketing, LLC and*
*Additional Defendants Big Sugar LLC and*
*Sarah Alfieri*

*/s/ Arthur Gollwitzer III*
Arthur Gollwitzer III