# EXHIBIT 1

**From:** ccowart@creedon.com <ccowart@creedon.com>
**Sent:** Friday, June 30, 2023 6:30 AM
**To:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Cc:** Hansen, Peter <phansen@jw.com>; 'James Creedon' <jhcreedon@creedon.com>
**Subject:** RE: Reply Extension - Digerati v. Conradical

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***
If you want to send a Joint Motion, we can review and sign off on it.

For the telephonic hearing, we are agreeable adjourning the hearing to July 11th-14th, but we would prefer to keep the 1:30 time setting in case the Court requires an in-person appearance.

**Christian Cowart**
**Attorney | Creedon PLLC**
5 Cowboys Way, Suite 300, Frisco, TX 75034
**D:** 972.694.9686 | **T:** 972.850.6864 | **F:** 972.920.3290
**E:** ccowart@creedon.com | **W:** www.creedon.com

**From:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Sent:** Thursday, June 29, 2023 12:32 PM
**To:** Christian Cowart <ccowart@creedon.com>
**Cc:** Hansen, Peter <phansen@jw.com>; James Creedon <jhcreedon@creedon.com>
**Subject:** RE: Reply Extension - Digerati v. Conradical

Very good, we should probably submit a joint-stipulation to that effect.

As you probably saw, the Court just set a telephonic status hearing for July 6th.  I suspect this is a quick call to talk about scheduling or even which WDTX judge will be handling this case.  That day is not idea.  Can we jointly call or email the clerk and suggest some day during the week of July 10th?

**Arthur Gollwitzer III** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2268 | agollwitzer@jw.com

**From:** Christian Cowart <ccowart@creedon.com>
**Sent:** Thursday, June 29, 2023 12:02 PM
**To:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Cc:** Hansen, Peter <phansen@jw.com>; James Creedon <jhcreedon@creedon.com>
**Subject:** Re: Reply Extension - Digerati v. Conradical

**<span style="color:red">\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\*</span>**

We are agreeable to these extensions.

**Christian J. Cowart**

On Jun 29, 2023, at 11:39 AM, Gollwitzer, Arthur <agollwitzer@jw.com> wrote:

Christian,

How about agreeing that Digerati's reply will be due on July 10, and the due date for Conradical's response to Alfieri's motion to dismiss moves to July 17?

**Arthur Gollwitzer III** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2268 | agollwitzer@jw.com

<image005.png>

**From:** ccowart@creedon.com <ccowart@creedon.com>
**Sent:** Thursday, June 29, 2023 7:10 AM
**To:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Cc:** Hansen, Peter <phansen@jw.com>; James Creedon <jhcreedon@creedon.com>
**Subject:** Reply Extension - Digerati v. Conradical

**<span style="color:red">\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\*</span>**

Mr. Gollwitzer:

We intend to request a 7-day extension of the deadline for Digerati's Reply in Support of its Motion for Preliminary Injunction. The basis for the extension pertains to our unavailability over the 4th of July holiday weekend. Further, we have several other upcoming deadlines over this period, including a Joint Status Report, an *ex parte* Motion for Temporary Restraining Order, and a response to an Offer of Settlement in state court.

Please let us know whether Defendants are opposed to the Court ordering this reply to be filed no later than July 12, 2023.

Sincerely,

<image001.png>

**Christian Cowart**
**Attorney | Creedon PLLC**
5 Cowboys Way, Suite 300, Frisco, TX 75034
**D:** 972.694.9686 | **T:** 972.850.6864 | **F:** 972.920.3290
**E:** ccowart@creedon.com | **W:** www.creedon.com

<image002.png>

<image003.png>

<image004.png>