UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br>Plaintiff, <br><br>V. <br><br>CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, <br><br>Defendants. <br>_____ <br><br>CONRADICAL SÀRL, <br><br>Counterclaim-Plaintiff, <br><br>V. <br><br>DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br>Counterclaim-Defendant <br><br>and <br><br>BIG SUGAR LLC and SARAH ALFIERI, <br><br>Additional Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No.  1:22-cv-1302 |

**Order Granting Defendants' Opposed Motion to Amend
Briefing Schedule and Continue Telephone Conference**

Before the court is Defendants' Opposed Motion to Amend Briefing Schedule and Continue Telephone 11 Conference (Dkt. 27.) Having considered the motion, the court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that Defendants' Opposed Motion to Amend Briefing Schedule and Continue Telephone Conference is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiff Digerati's reply in support of its preliminary injunction motion (Dkt. 18) is extended to July 10, 2023 (as requested in Digerati's June 30, 2023 motion (Dkt. 26)).

**IT IS FURTHER ORDERED** that Defendants' response to third-party defendant Alfieri's motion to dismiss (Dkt. 24) is extended to July 17, 2023.

**IT IS FINALLY ORDERED** that the Telephone Conference scheduled for July 6, 2023, at 1:30 p.m. is **RESET** to July _____, 2023, at _____:_____ ___.m. The parties are instructed to use the dial-in information provided in the June 29, 2023 Order (Dkt. 25).

SIGNED this _____ day of July 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE