IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-01302-DII |
| CONRADICAL SÀRL and CONRAD GRINDHEIM, | § § § § | |
| Defendants and Counter-Plaintiffs, | § § § | |
| v. | § § | |
| DIGERATI DISTRIBUTION & MARKETING, LLC; BIG SUGAR LLC; and SARAH ALFIERI, | § § § § § | |
| Counter-Defendants. | § | |

**ORDER**

Before the Court is the above-styled cause of action, in which Defendants made an appearance on March 21, 2023. The record reflects that no proposed scheduling order has been submitted in this cause. *See* W.D. Tex. Loc. R. CV-16(c) (not later than 60 days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the court).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," and submit a Joint Proposed Scheduling Order utilizing District Judge Robert

Pitman's form **on or before September 18, 2023**. **Failure to submit a Joint Proposed Scheduling Order will result in dismissal of this civil action**.

    **SIGNED** on August 16, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE