IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION<br>& MARKETING, LLC, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | 1:22-CV-1302-RP |
| CONRADICAL SARL, et al., | §<br>§<br>§ | |
| Defendants. | §<br>§ | |

**ORDER**

**IT IS ORDERED** that the Order, (Text Order 7/19/23), referring the Motion to Dismiss, (Dkt. 24), is **VACATED**.

**IT IS FURTHER ORDERED** that Counter-Defendant Sarah Alfieri's Motion to Dismiss for Failure to State a Claim, (Dkt. 24), is referred to United States Magistrate Judge Dustin Howell for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**SIGNED** on September 14, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE