IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, <br>    *Plaintiff* <br><br> -vs- <br><br> CONRADICAL SARL, CONRAD GRINDHEIM, <br>    *Defendants* | § § § § § § § § § § | A-22-CV-01302-DII |

## ORDER OF CASE REASSIGNMENT

IT IS ORDERED that the above-styled and numbered cause is REASSIGNED to the docket of the Honorable David A. Ezra, United States District Judge for the Western District of Texas, for all purposes.

SIGNED this the 21st day of September 2023.

            _____
            ROBERT PITMAN
            UNITED STATES DISTRICT JUDGE