UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC,<br><br>     Plaintiff,<br><br>  V.<br><br>CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL,<br><br>     Defendants.<br>_____<br><br>CONRADICAL SÀRL,<br><br>     Counterclaim-Plaintiff,<br><br>  V.<br><br>DIGERATI DISTRIBUTION & MARKETING, LLC,<br><br>     Counterclaim-Defendant<br><br>and<br><br>BIG SUGAR LLC and SARAH ALFIERI,<br><br>     Additional Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>Case No. 1:22-cv-1302-DAE |

**Notice Concerning Reference to**
**United States Magistrate Judge**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule CV-72 of the United States District Court for the Western District of Texas, Defendant and Counterclaim-Plaintiff Conradical Sàrl and Defendant Conrad Grindheim through their counsel, Arthur Gollwitzer III consent to trial before a United States Magistrate Judge.

Respectfully submitted,

 */s/ Arthur Gollwitzer III*
Arthur Gollwitzer III
State Bar No. 24073336
agollwitzer@jw.com
Peter C. Hansen
State Bar No. 24066668
phansen@jw.com
**JACKSON WALKER L.L.P.**
100 Congress Avenue, Ste. 1100
Austin, Texas 78701
Tel: (512) 236-2268 / Fax: (512) 236-2002

***Attorney for Defendants Conradical Sàrl and Conrad Grindheim***