**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, | § § § § | |
| Defendants. | § § § | |
| _____ | § § § | Case No.  1:22-cv-1302 |
| CONRADICAL SÀRL, | § § | |
| Counterclaim-Plaintiff, | § § | |
| V. | § § | |
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § | |
| Counterclaim-Defendant | § § | |
| and | § § | |
| BIG SUGAR LLC and SARAH ALFIERI, | § § § | |
| Additional Defendants. | § § | |

**Notice Concerning Reference to**
**United States Magistrate Judge**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil

Procedure 73, and the Local Rules of the United States District Court for the Western

District of Texas, the following parties, plaintiff and counterclaim-defendantDigerati

Distribution & Marketing, LLC and counterclaim-defendants Big Sugar, LLC, and Sarah

Alfieri, through their counsel, James Creedon:

   _X__ consents to having a United States Magistrate Judge preside over the trial in
      this case.

   ___ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

*/s/ James Creedon*
James Creedon
State Bar No. 24092299
jcreedon@scalefirm.com

**SCALE LLP**
5473 Blair Road, Suite 100
Dallas, Texas 75231
Tel: (972) 850-6864 / Fax: (972) 920-3290

*Attorney for Plaintiff/Counterclaim-Defendant Digerati Distribution & Marketing, LLC and Counterclaim-Defendants Big Sugar, LLC and Sarah Alfieri*