UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Digerati Distribution & Marketing, LLC | § § § | |
| | § | NO:  AU:22-CV-01302-DAE |
| vs. | § | |
| Conradical Sarl, et al. | § § | |

## TRANSFER ORDER

In accordance with the provisions of Title 28 U.S.C. Section 636(c) and Federal Rule of Civil Procedure 73, the parties in this case have waived the right to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all proceedings in the case, including trial and the entry of judgment (Dkt no. 41 & 42).

It is, therefore, ORDERED that the consent is APPROVED and the instant case shall be removed from the docket of the Undersigned Judge and assigned to United States Magistrate Judge Hightower for all proceedings and the entry of final judgment.  The remaining deadlines in this cause of action are hereby VACATED until further order of the Court.

Any appeal shall be taken to the United States Court of Appeals for this judicial circuit in accordance with Title 28 U.S.C. Section 636(c) and Rule 73(c).

IT IS SO ORDERED.
DATED: Austin, Texas September 25, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE