FILED
October 11, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **DIGERATI DISTRIBUTION & MARKING, LLC** § § § | |
| § | Case No. AU-22-cv-1302- DAE |
| **VS** § § | |
| **CONRADICAL SARL** § § § | |

## ORDER WITHDRAWING AND TRANSFERRING CASE

The matter before the Court is the status of this case. A Transfer Order (dkt no. 43) was issued on September 25, 2023 in error. It is therefore the order of this Court that the Transfer Order (dkt no. 43) is hereby WITHDRAWN.

It is FURTHER ORDERED, in accordance with the provisions of Title 28 U.S.C. Section 636(c) and Federal Rule of Civil Procedure 73, the parties in this case have waived the right to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all proceedings in the case, including trial and the entry of judgment (Dkt no. 41 & 42). It is, therefore, ORDERED that the consent is APPROVED and the instant case shall be removed from the docket of the Undersigned Judge and assigned to United States Magistrate Judge Howell for all proceedings and the entry of final judgment. The remaining deadlines in this cause of action are hereby VACATED until further order of the Court. Any appeal shall be taken to the United States Court of Appeals for this judicial circuit in accordance with Title 28 U.S.C. Section 636(c) and Rule 73(c).

IT IS SO ORDERED.

SIGNED this 11th day of October 2023.

_____
David A. Ezra
Senior United States District Judge