IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Digerati Distribution & Marketing, LLC, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | 1:22-cv-1302-DH |
| Conradical Sàrl and Conrad Grindheim, | § § § | |
| *Defendants.* | § § | |

## ORDER

On October 11, 2023, this case was reassigned to Magistrate Judge Dustin M. Howell. The parties or counsel acting on their behalf are ORDERED to appear before the Court for a status conference at 2:30 pm on Monday, October 30, 2023. The status conference will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference. Finally, all future pleadings should be filed with "DH" after the cause number, as reflected above.

**SIGNED** October 16, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1