UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br> Plaintiff, <br><br> V. <br><br> CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, <br><br> Defendants. <br><br> ──────────────────────── <br><br> CONRADICAL SÀRL, <br><br> Counterclaim-Plaintiff, <br><br> V. <br><br> DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br> Counterclaim-Defendant <br><br> and <br><br> BIG SUGAR LLC and SARAH ALFIERI, <br><br> Additional Defendants. | Case No. 1:22-cv-1302 |

**Joint Local Rule CV-88 Report on the Status of Alternative Dispute Resolution**

The parties, by and through their lead counsel—James Creedon for Plaintiff Digerati Distribution & Marketing, LLC ("Digerati") and Additional Defendants Big Sugar, LLC ("Big Sugar") and Sarah Alfieri, and Arthur Gollwitzer III for defendants Conradical Sarl ("Conradical") and Conrad Grindheim—submit this joint report on the current status of alternative dispute resolution pursuant to Local Rule CV-88, the parties' Joint Federal Rule of Civil Procedure 26 Report (Dkt. 38) and the Court's Scheduling Order (Dkt. 47).

**Nature of the Case and Claims**.

This case concerns a dispute arising out of a Video Game Licensing Agreement entered into on September 10, 2021, by Digerati and Conradical, along with related allegations that include defamation, copyright and trademark infringement, misrepresentation under the Digital Millennium Copyright Act (17 U.S.C. § 512(f)), unjust enrichment, and fraud. Plaintiff Digerati filed its initial Complaint on December 9, 2022, which complaint was amended on March 6, 2023. In their Answer filed on March 21, 2023, Defendants Conradical and Grindheim asserted affirmative defenses as well as counterclaims against Digerati and Additional Defendants Big Sugar and Alfieri. Digerati and Big Sugar filed Answers to Conradical and Grindheim's counterclaims on June 2, 2023, and June 5, 2023, respectively. Additional Defendant Alfieri moved to dismiss the counterclaim against her June 5, 2023, which motion remains pending.

Plaintiff Digerati's claims include:

- Declaratory judgment of transfer of exclusive rights
- Declaratory judgment of ownership
- Declaratory judgment of non-termination
- Declaratory judgment of non-infringement
- DMCA misrepresentation (17 U.S.C. § 512(f)) (against Conradical)
- Business disparagement & defamation (against Grindheim)
- Breach of contract: material breaches of licensing rights (against Conradical)
- Breach of contract: indemnification clause (against Conradical)

Defendants' affirmative defenses include:

- Unclean hands
- No personal liability for Grindheim
- Fraudulent inducement
- Fraud in performance of contract
- Failure of consideration
- Failure to perform conditions precedent
- Failure to mitigate damages
- Impossibility of performance
- Truth and substantial truth
- Opinion
- Privilege
- No proximate cause
- Mitigation of defamation damages
- Incremental harm

Counterclaim Plaintiff Conradical's counterclaims against Digerati and claims against Additional Defendants Big Sugar and Alfieri include:

- Breach of contract (against Digerati)
- Copyright infringement (against Digerati)
- Trademark infringement/unfair competition (against Digerati)
- Fraud (against Digerati)
- Unjust enrichment (against Big Sugar and Digerati)
- Defamation (against Digerati and Sarah Alfieri)
- Violation of the Texas Theft Liability Act (against Digerati and Big Sugar)
- Money had and received (against Digerati and Big Sugar)

Additional Defendants' affirmative defenses include:

- Lack of standing
- Failure to state a cause of action
- Indemnity
- Copyright preemption
- Protected rights: intellectual property & other statutes
- Protected rights: contract
- Economic loss doctrine
- Waiver
- Estoppel
- Ratification, agreement, acquiescence, or consent (asserted by Digerati)
- Laches (asserted by Digerati)
- Inequitable conduct
- Unclean hands
- Failure to mitigate

- Comparative fault & responsible third parties
- Truth & privilege (asserted by Digerati)
- No entitlement to punitive damages (asserted by Digerati)
- No entitlement to interest, attorneys' fees, or costs

**Summary of Alternative Dispute Resolution Efforts.**

Counsel for Digerati sent its initial settlement communication to counsel for Conradical and Grindheim on October 13, 2023, which communication stated Digerati's position that the parties should seek resolution of their dispute through mediation before a mediator qualified by the American Arbitration Association. Counsel for Conradical and Grindheim responded on October 27, 2023, with a specific settlement demand. Counsel for Digerati then responded with its own counter-demand on November 30, 2023.

Counsel for both parties met on November 30, 2023, to discuss the competing settlement demands as well as Digerati's proposal that the parties submit their dispute to mediation. While counsel were unable to agree, in this initial meeting, on an acceptable resolution of the parties' dispute or on whether to seek formal mediation, they did agree to relay each side's position to their clients and to reconvene within 14 days for further discussion.

**Status of Alternative Dispute Resolution.**

Parties have exchanged initial settlement demands and counsel have engaged in initial settlement discussions, but there is no agreement as of this date to resolve the parties' dispute. The parties have also discussed whether to submit their dispute to mediation, but have not yet reached an agreement on whether or not to do so. Counsel for both parties have agreed to meet on or before December 14, 2023, for further discussions regarding mediation and the parties' respective settlement demands.

December 1, 2023                              Respectfully submitted,

*/s/ James Creedon*
James Creedon
Texas Bar No. 24092299
**Scale LLP**
5473 Blair Road, Suite 100
Dallas, TX 75231
(972) 850 6864 Tel.
(972) 920-3290 Fax
jcreedon@scalefirm.com

***Attorneys for Plaintiff/Counterclaim-Defendant Digerati Distribution & Marketing, LLC and Third-Party Defendants Big Sugar LLC and Sarah Alfieri***

### Certificate of Service

I hereby certify that on December 1, 2023, I electronically filed the following document:

**Defendants' Report on Alternative Dispute Resolution**

with the Clerk of the United States District Court for the Western District of Texas using the CM/ECF system, which will send notification and a copy of this filing to the following counsel of record:

Arthur Gollwitzer III
State Bar No. 24073336
agollwitzer@jw.com
Peter C. Hansen
State Bar No. 24066668
phansen@jw.com
**JACKSON WALKER L.L.P.**
100 Congress Avenue, Ste. 1100
Austin, Texas 78701
Tel: (512) 236-2268 / Fax: (512) 236-2002

***Attorney for Defendants Conradical Sàrl and Conrad Grindheim***

              */s/ James Creedon*
              James Creedon