# EXHIBIT A

**Registration #:** TX0009222190
**Service Request #:** 1-12214474351



Jackson Walker LLP
Chandler Stephens
2323 Ross Ave
Suite 600
Dallas, TX 75201 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**TX 9-222-190**

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
February 09, 2023

---

## Title

**Title of Work:** The Outbound Ghost 1.0

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 13, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Conradical Sarl
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** Switzerland

## Copyright Claimant

**Copyright Claimant:** Conradical Sarl
Rue de Ransou 51, Verbier, 1936, Switzerland

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**New material included in claim:** computer program

## Certification

**Name:** Conrad Grindheim
**Date:** February 08, 2023
**Applicant's Tracking Number:** 163685.00005

**Correspondence:** Yes