UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, <br><br> Defendants. <br> _____ <br><br> CONRADICAL SÀRL, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> DIGERATI DISTRIBUTION & MARKETING, LLC, <br><br> Counterclaim-Defendant <br><br> and <br><br> BIG SUGAR LLC and SARAH ALFIERI, <br><br> Additional Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> Case No.  1:22-cv-1302-DH |

**Joint Motion for Leave to Deposit Funds into the Registry of the Court**

The parties jointly move for leave to deposit a portion of the monies at issue in this case into the Registry of the Court pursuant to Federal Rule of Civil Procedure 67 as explained in more detail below.

Plaintiff Digerati filed this case on December 9, 2022, and a First Amended Complaint on March 6, 2023, generally alleging breach of contract, seeking declaratory judgment, and alleging DMCA misrepresentation and defamation. (Dkt. 1 and 2.)

In response, defendants Conradical and Grindheim filed their answer, counterclaims, and claims against third-defendants Big Sugar and Alfieri on March 21, 2023, and an amended answer and counterclaims on June 26, 2023, generally alleging breach of contract, copyright infringement, trademark infringement, fraud, unjust enrichment, defamation, and theft. (Dkt. 4 and 21.)

As described in the parties' respective pleadings, part of their dispute focuses on whether Digerati owes certain royalties to Conradical. To that end, Digerati has provided quarterly royalty reports dated May 15, 2023, August 15, 2023, and November 15, 2023, specifically quantifying royalties due to Conradical under the parties' Video Game Licensing Agreement, but contesting whether or not those sums are due to Conradical in light of the various claims and defenses in this case. Digerati has stated it would "set aside" those royalty amounts pending the outcome of this litigation.

Now, the parties have agreed to deposit those specific funds into the Registry of the Court for safekeeping pending the outcome of this action. Specifically, the parties agree that Digerati will deposit the $48,397.43 described in its May 15, 2023, August 15, 2023, and November 15, 2023 royalty reports into the Registry of the Court. The parties also agree Digerati will deposit additional funds into the Registry of the Court on a quarterly basis within 30 days of such funds being identified in forthcoming quarterly royalty reports.

The parties have reached this agreement without admitting and without prejudice to their respective claims in this case. That is, Digerati will make this deposit and future deposits without prejudice to its argument that no such money is due to Conradical and without prejudice to Conradical's claim that additional royalties and other sums are due to it.

The parties' respective lead attorneys, James Creedon for Plaintiff and Additional Defendants, and Arthur Gollwitzer III for Defendants, conferred on this matter on December 11 and 19, 2023, and reached this agreement pursuant to Local Rule CV 7(G).

The parties also consulted with the Court's Finance Clerk in preparation of the attached proposed order.

## *Conclusion*

In conclusion, the parties respectfully request the Court enter the attached order allowing them to deposit a portion of the monies at issue in this case into the Registry of the Court pursuant to Federal Rule of Civil Procedure 67 and allowing them to make future deposits in line with forthcoming Digerati quarterly royalty reports.

Date: December 19, 2023

- 4 -

*/s/ Arthur Gollwitzer III*
Arthur Gollwitzer III
State Bar No. 24073336
agollwitzer@jw.com
Peter C. Hansen
State Bar No. 24066668
phansen@jw.com

**JACKSON WALKER L.L.P.**
100 Congress Avenue, Ste. 1100
Austin, Texas 78701
Tel: (512) 236-2268 / Fax: (512) 236-2002

*Attorney for Defendants Conradical Sàrl and Conrad Grindheim*

*/s/ James G. Creedon*
James H. Creedon
jcreedon@scalefirm.com
State Bar No. 24092299

**SCALE LLP**
5473 Blair Road, Suite 100
Dallas, Texas 75231
(972) 850 6864 Tel.
(972) 920-3290 Fax

*Attorneys for Plaintiff/Counterclaim-Defendant Digerati Distribution & Marketing, LLC and Third-Party Defendants Big Sugar LLC and Sarah Alfieri*

## Certificate of Conference

      Counsel for Defendants, Arthur Gollwitzer III, conferred with counsel for Digerati, Big Sugar, and Alfieri, James Creedon, regarding the substance of this motion by email on December 11 and 19, 2023, pursuant to Local Rule CV 7(G). The parties reached agreement to file this joint motion.

                                    */s/ Arthur Gollwitzer III*
                                    Arthur Gollwitzer III

- 6 -

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, here certify that on December 19, 2023, I electronically filed the following document:

**Joint Motion for Leave to Deposit Funds
into the Registry of the Court**

with the Clerk of the United States District Court for the Western District of Texas, using the CM / ECF system, which will send notification and a copy of this filing to the following counsel of record:

James H. Creedon
jcreedon@scalefirm.com
State Bar No. 24092299
**SCALE LLP**
5473 Blair Road, Suite 100
Dallas, Texas 75231
(972) 850 6864 Tel.
(972) 920-3290 Fax

*Attorneys for Plaintiff/Counterclaim-Defendant Digerati Distribution & Marketing, LLC and Third-Party Defendants Big Sugar LLC and Sarah Alfieri*

                                                */s/ Arthur Gollwitzer III*
                                                Arthur Gollwitzer III