UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL, | § § § § | |
| Defendants. | § § § | |
| _____ | § § | Case No.  1:22-cv-1302-DH |
| CONRADICAL SÀRL, | § § § | |
| Counterclaim-Plaintiff, | § § § | |
| V. | § § | |
| DIGERATI DISTRIBUTION & MARKETING, LLC, | § § § § | |
| Counterclaim-Defendant | § § | |
| and | § § | |
| BIG SUGAR LLC and SARAH ALFIERI, | § § § | |
| Additional Defendants. | § § | |

**Order to Receive and Deposit Monies into Court's Registry**

Before the Court is the parties' unopposed, Joint Motion for Leave to Deposit Funds into the Registry of the Court. The Court, having reviewed the Motion, is of the opinion that it is meritorious and should be GRANTED.  It is therefore;

**ORDERED** that the Clerk, United States District Court, shall receive and deposit into the Court's Registry a check in the exact amount of $48,397.43, which represents the sum of the royalty amounts described by Plaintiff in its May 15, August 15, 2023, and November 15, 2023 royalty reports provided pursuant to the Video Game Licensing Agreement.

**IT IS FURTHER ORDERED** that the Clerk, United States District Court, shall receive and deposit into the Court's Registry checks in the amounts described in Plaintiff's upcoming quarterly royalty reports to be dated on or about February 15, May 15, August 15, and November 15, 2024, and each following year until this action is terminated.

**IT IS FURTHER ORDERED** that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the liquidity fund of the Court Registry Investment System (CRIS) where they shall remain until further order of the Court. The Clerk, United States District court, will require the beneficiary to provide its taxpayer identification number prior to disbursement.

SIGNED this _____ day of _____, 20_____.

_____
Hon. Dustin M. Howell
United States Magistrate Judge.