UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DIGERATI DISTRIBUTION & MARKETING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONRADICAL SÀRL and CONRAD GRINDHEIM BORRELL,<br><br>Defendants.<br><br>_____<br><br>CONRADICAL SÀRL,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>DIGERATI DISTRIBUTION & MARKETING, LLC,<br><br>Counterclaim-Defendant<br><br>and<br><br>BIG SUGAR LLC and SARAH ALFIERI,<br><br>Additional Defendants. | Case No. 1:22-cv-1302-DH |

**Unopposed Motion to Dismiss with Prejudice**

Plaintiff and counterclaim-defendant Digerati Distribution & Marketing, LLC, defendants Conradical Sàrl and Conrad Grindheim Borrell, counterclaim-plaintiff Conradical Sàrl, and additional defendants Big Sugar LLC and Sarah Alfieri respectfully move this Court to dismiss all claims and causes of action in the above-styled and numbered cause with prejudice with each party bearing its own fees and costs for the reason that all matters in controversy herein between

all parties have been fully settled and compromised and there is no further need or occasion for the prosecution of this suit.

Date: June 6, 2024

| | |
|---|---|
| */s/ Arthur Gollwitzer III* | */s/ James H. Creedon* |
| Arthur Gollwitzer III | James H. Creedon |
| State Bar No. 24073336 | jcreedon@scalefirm.com |
| agollwitzer@jw.com | State Bar No. 24092299 |
| Peter C. Hansen | |
| State Bar No. 24066668 | **SCALE LLP** |
| phansen@jw.com | 5473 Blair Road, Suite 100 |
| Melissa Samano Ruiz | Dallas, Texas 75231 |
| State Bar No. 24128097 | (972) 850 6864 Tel. |
| mruiz@jw.com | (972) 920-3290 Fax |

**JACKSON WALKER L.L.P.**
100 Congress Avenue, Ste. 1100
Austin, Texas 78701
Tel: (512) 236-2268 / Fax: (512) 236-2002

*Attorney for Defendants Conradical Sàrl and Conrad Grindheim and Counterclaim-Plaintiff Conradical Sarl*

*Attorneys for Plaintiff/Counterclaim-Defendant Digerati Distribution & Marketing, LLC and Third-Party Defendants Big Sugar LLC and Sarah Alfieri*

- 2 -

## Certificate of Service

      I, Arthur Gollwitzer III, an attorney of record in this matter, here certify that on June 6, 2024, I electronically filed the following document:

**Unopposed Motion to Dismiss with Prejudice**

with the Clerk of the United States District Court for the Western District of Texas, using the CM / ECF system, which will send notification and a copy of this filing to the following counsel of record:

James H. Creedon
jcreedon@scalefirm.com
State Bar No. 24092299
**SCALE LLP**
5473 Blair Road, Suite 100
Dallas, Texas 75231
(972) 850 6864 Tel.
(972) 920-3290 Fax

                                         */s/ Arthur Gollwitzer III*
                                          Arthur Gollwitzer III

36710483v.3