**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DIGERATI DISTRIBUTION &
MARKETING, LLC,

        Plaintiff,

   v.

CONRADICAL SÀRL and CONRAD
GRINDHEIM BORRELL,

        Defendants.

_____

CONRADICAL SÀRL,

        Counterclaim-Plaintiff,

   v.

DIGERATI DISTRIBUTION &
MARKETING, LLC,

        Counterclaim-Defendant

and

BIG SUGAR LLC and SARAH ALFIERI,

        Additional Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Case No.  1:22-cv-1302-DH

**<u>Order to Dismiss with Prejudice</u>**

This matter has come before the Court on plaintiff and counterclaim-defendant Digerati

Distribution & Marketing, LLC's, defendants Conradical Sàrl's and Conrad Grindheim Borrell's,

counterclaim-plaintiff Conradical Sàrl's, and additional defendants Big Sugar LLC's and Sarah

Alfieri's Unopposed Motion to Dismiss with Prejudice all claims and causes of action in this

action. The Court, being familiar with the Motion, the applicable law, and the relevant facts,

finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims and causes of action in the above-entitled

and numbered action are DISMISSED WITH PREJUDICE with each party to bear its own

attorneys' fees, costs of court, and expenses. All other relief not expressly granted herein is

DENIED.

SIGNED this the ___ day of June, 2024.


_____
Hon. Dustin Howell
United States Magistrate Judge

2